USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  07/30/2013

☐ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELSEVIER INC.,

                 Plaintiff,

        v.

PIERRE GROSSMAN,  IBIS CORP.,
PUBLICACOES TECNICAS
INTERNACIONAIS,  and JOHN DOE NOS. 1-
50,

                 Defendants.

Civil Action No. 12-cv-5121 (KPF)

**ORDER TO SHOW CAUSE WHY A
DEFAULT JUDGMENT SHOULD NOT
BE ENTERED AS TO DEFENDANTS
PIERRE GROSSMAN, IBIS CORP.,
AND PUBLICACOES TECNICAS
INTERNACIONAIS**

---

Upon the annexed declarations of Rayan Guman, dated July 23, 2013, and Jason L. Jurkevich, Esq., dated July 29, 2013, and all prior pleadings herein, it is hereby

ORDERED that defendants Pierre Grossman ("Grossman"), IBIS Corp. ("IBIS"), and Publicacoes Tecnicas Internacionais SHOW CAUSE before the Honorable Katherine Polk Failla, United States District Judge, in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at *1:00* a.m./(p.m.) on *Friday, August 30*, 2013, or as soon thereafter as counsel may be heard, why default judgment should not be entered against them pursuant to Rule 55 of the Federal Rules of Civil Procedure, awarding damages in the amount of $113,178, plus interest at 0.11% (or the applicable rate of interest as of the date judgment may be entered in accordance with 28 U.S.C. § 1961) from June 29, 2012, attorneys' fees in the amount of $28,830.50, plus costs and disbursements of this action in the amount of $1,045.66; and it is further

ORDERED that Plaintiff shall serve a copy of this order, and the papers upon which it was granted, on Grossman, IBIS, and PTI on or before *August 7*, 2013 by dispatching a

single copy by Federal Express, or a comparable courier service, to each of the following addresses: (i) 100 Hilton Avenue, Unit M23, Garden City, New York 11530; (ii) Rua Peixoto Gomide 209, 01409-901, Sao Paulo, Brazil; and (iii) Van Aaron Hughes, Esq., Dorsey & Whitney, LLP, 1400 Wewatta Street, Suite 400, Denver, CO 80202-5549; and it is further

ORDERED that defendants' answering papers, if any, shall be filed with the Clerk of this Court and served upon the attorneys for Plaintiff by delivering copies thereof to the offices of Sills Cummis & Gross P.C., One Riverfront Plaza, Newark, New Jersey 07102, Attn: Jason L. Jurkevich, Esq., so as to be received no later than _August 23_, 2013; and it is further

ORDERED that any reply shall be filed and served by Plaintiff at the hearing.

SO ORDERED:

_Katherine Polk Failla_
_____
HON. KATHERINE POLK FAILLA, U.S.D.J.

Dated: _July 30_, 2013

2