# EXHIBIT F

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

Paul Doda, Esq.
Deputy General Counsel
Elsevier, Inc.
360 Park Avenue South
New York, NY 10010

FEI # 22-1920331

Re:    Pierre Grossman

---

For legal services rendered through March 31, 2012.

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 03/26/12 | MED | Conference with J. Jurkevich regarding background of dispute. | 0.30 | |
| | | Mark E. Duckstein | 0.30 | $157.50 |
| 03/26/12 | JLJ | Review draft brief in support of pre-judgment attachment; analyze arguments relating to same. | 2.20 | |
| 03/27/12 | JLJ | Analyze issues related to claim for prejudgment attachment. | 0.30 | |
| | | Jason L. Jurkevich | 2.50 | $1,237.50 |
| | | Total Fees | 2.80 | $1,395.00 |

| Mark E. Duckstein | - | .30 | x | 525.00 | = | 157.50 |
|---|---|---|---|---|---|---|
| Jason L. Jurkevich | - | 2.50 | x | 495.00 | = | 1,237.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

**TOTAL THIS INVOICE**          **$1,395.00**

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

Paul Doda, Esq.
Deputy General Counsel
Elsevier, Inc.
360 Park Avenue South
New York, NY  10010

FEI#22 - 1920331

RE:  Pierre Grossman

---

## REMITTANCE ADVICE

For legal services rendered through March 31, 2012.

| | |
|---|---:|
| Total Fees | $1,395.00 |
| **TOTAL THIS INVOICE** | **$1,395.00** |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI # 22-1920331

Re: Pierre Grossman

For legal services rendered through April 30, 2012.

| | | | HOURS | |
|---|---|---|---|---|
| 04/09/12 | MSO | Analyze RICO allegations. | 3.80 | |
| | | Mark S. Olinsky | 3.80 | $1,995.00 |
| 04/03/12 | JLJ | Review draft Complaint, draft motion for pre-judgment attachment. | 2.10 | |
| 04/04/12 | JLJ | Analyze issues relating to pre-judgment attachment and jurisdiction. | 2.10 | |
| 04/06/12 | JLJ | Telephone conference with M. Stratton regarding case background, open issues, strategy regarding attachment and motion, RICO claims; review additional material from M. Stratton regarding case investigation. | 2.10 | |
| 04/12/12 | JLJ | Review sample Declarations in support of attachment motion; review analysis of RICO claims by M. Olinsky; telephone conference with M. Stratton regarding same and status. | 1.70 | |
| 04/27/12 | JLJ | Revise draft Complaint with RICO claims; prepare supporting Declarations for motion for attachment; | 6.40 | |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  | HOURS |  |
|---|---|---|
| prepare correspondence to M. Stratton regarding same. | | |
| Jason L. Jurkevich | 14.40 | $5,040.00 |
| Total Fees | 18.20 | $7,035.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Mark S. Olinsky | - | 3.80 | x | 525.00 | = | 1,995.00 |
| Jason L. Jurkevich | - | 14.40 | x | 350.00 | = | 5,040.00 |

| | |
|---|---|
| Computerized Research | 33.63 |
| Total Disbursements | $33.63 |
| **TOTAL THIS INVOICE** | **$7,068.63** |
| Prior Open Invoice (s) | $1,395.00 |
| **TOTAL AMOUNT DUE** | **$8,463.63** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1602155 |
| Date | 05/10/12 |
| 02470034.000018 | - MED |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI#22 - 1920331

RE:  Pierre Grossman

---

## REMITTANCE ADVICE

For legal services rendered through April 30, 2012.

| | |
|---|---:|
| Total Fees | $7,035.00 |
| Total Disbursements | $33.63 |
| **TOTAL THIS INVOICE** | **$7,068.63** |
| Prior Open Invoice (s) | $1,395.00 |
| **TOTAL AMOUNT DUE** | **$8,463.63** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

Page        1
Inv#     1603309
Date    06/05/12
02470034.000018  - MED

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI # 22-1920331

Re:   Pierre Grossman

For legal services rendered through May 31, 2012.

| | | | HOURS |
|---|---|---|---|
| 05/02/12 | JLJ | Telephone conference with M. Stratton regarding status of papers for filing Complaint and attachment motion. | 0.20 |
| 05/13/12 | JLJ | Prepare brief in support of attachment; revise Complaint and supporting Declarations; prepare correspondence to M. Stratton regarding same. | 4.40 |
| 05/14/12 | JLJ | Review additional materials from M. Stratton regarding case background; prepare correspondence to M. Stratton regarding same; review revised complaint, motion papers. | 1.80 |
| 05/15/12 | JLJ | Telephone conference with M. Stratton and A. Pitts (PSI) regarding investigation of Grossman and REDACTED defendants, and existence of any connection between groups; review materials sent by A. Pitts. | 2.50 |
| 05/16/12 | JLJ | Review correspondence from A. Pitts regarding lack of connection between Grossman and REDACTED defendants; review correspondence from M. Stratton regarding updated analysis in view of same. | 0.20 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/22/12 | JLJ | Revise Complaint, Declarations, and brief in support of attachment based on additional information from client; prepare correspondence to client regarding open issues. | 3.60 | |
| | | Jason L. Jurkevich | 12.70 | $4,445.00 |
| | | Total Fees | 12.70 | $4,445.00 |

Jason L. Jurkevich   -   12.70   x   350.00   =    4,445.00

| | |
|---|---|
| Computerized Research | 38.62 |
| Total Disbursements | $38.62 |
| **TOTAL THIS INVOICE** | **$4,483.62** |
| Prior Open Invoice (s) | $7,068.63 |
| **TOTAL AMOUNT DUE** | **$11,552.25** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1603309 |
| Date | 06/05/12 |
| 02470034.000018 | - MED |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI#22 - 1920331

RE: Pierre Grossman

---

## REMITTANCE ADVICE

For legal services rendered through May 31, 2012.

| | |
|---|---|
| Total Fees | $4,445.00 |
| Total Disbursements | $38.62 |
| **TOTAL THIS INVOICE** | **$4,483.62** |
| Prior Open Invoice (s) | $7,068.63 |
| **TOTAL AMOUNT DUE** | **$11,552.25** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1605732 |
| Date | 07/05/12 |
| 02470034.000018 | - MED |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI # 22-1920331

Re: Pierre Grossman

For legal services rendered through June 30, 2012.

HOURS

| | | | HOURS | |
|---|---|---|---|---|
| 06/07/12 | JLJ | Review correspondence from M. Stratton regarding revisions to papers; revise Complaint and attachment motion papers; prepare Summons, civil cover sheet, Rule 7.1 disclosure statement; prepare correspondence to M. Stratton regarding same. | 2.10 | |
| 06/21/12 | JLJ | Revise and finalize Complaint and attachment motion papers; prepare correspondence to A. Pitts with revised Declaration. | 2.20 | |
| 06/28/12 | JLJ | Revise attachment motion papers; prepare correspondence to M. Stratton and A. Pitts regarding same; prepare proposed Order to Show Cause. | 1.60 | |
| 06/29/12 | JLJ | Finalize attachment motion papers; telephone conference with Court regarding attachment motion; prepare correspondence to client regarding same. | 0.90 | |
| | | Jason L. Jurkevich | 6.80 | $2,380.00 |
| 06/28/12 | BS | Confer with J. Jurkevich regarding requirements for filing Order to Show Cause at U.S. District Court for | 0.30 | |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |  | HOURS | |
|---|---|---|---|---|
| | | the Southern District of New York. | | |
| 06/29/12 | BS | File Summons and Complaint with clerk's office at U.S. District Court for the District of New York; present Order to Show Cause to Orders Section for approval and deliver to Judge's chambers for signature. | 2.00 | |
| | | Bonnie Schwab | 2.30 | $609.50 |
| | | Total Fees | 9.10 | $2,989.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jason L. Jurkevich | - | 6.80 | x | 350.00 | = | 2,380.00 |
| Bonnie Schwab | - | 2.30 | x | 265.00 | = | 609.50 |

| | |
|---|---|
| Duplication | 22.68 |
| Computerized Research | 251.85 |
| Total Disbursements | $274.53 |
| **TOTAL THIS INVOICE** | **$3,264.03** |
| Prior Open Invoice (s) | $4,483.62 |
| **TOTAL AMOUNT DUE** | **$7,747.65** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1605732 |
| Date | 07/05/12 |
| 02470034.000018 | - MED |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI#22 - 1920331

RE: Pierre Grossman

---

## REMITTANCE ADVICE

For legal services rendered through June 30, 2012.

| | |
|---|---|
| Total Fees | $2,989.50 |
| Total Disbursements | $274.53 |
| **TOTAL THIS INVOICE** | **$3,264.03** |
| Prior Open Invoice (s) | $4,483.62 |
| **TOTAL AMOUNT DUE** | **$7,747.65** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1607581 |
| Date | 08/06/12 |
| 02470034.000018 - MED | |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI # 22-1920331

Re:   Pierre Grossman

For legal services rendered through July 31, 2012.

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/23/12 | MED | Conference with J. Jurkevich regarding service of process and status. | 0.20 | |
| | | Mark E. Duckstein | 0.20 | $105.00 |
| 07/02/12 | JLJ | Telephone conferences with Judge Marrero's law clerk regarding motion for attachment; telephone conference with M. Stratton regarding same; review online resources regarding value of property; review rule regarding filing of lis pendens. | 1.60 | |
| 07/09/12 | JLJ | Review court decision and order re: ex parte TRO for attachment; prepare correspondence to client regarding same. | 0.80 | |
| 07/13/12 | JLJ | Telephone conference with M. Stratton regarding service of papers. | 0.10 | |
| 07/17/12 | JLJ | Prepare correspondence to P. Grossman regarding service of process, briefing schedule. | 0.40 | |
| 07/18/12 | JLJ | Prepare correspondence to defendants regarding service of summons, complaint, motion papers and | 1.20 | |

## SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | | briefing schedule for attachment motion. | | |
| 07/20/12 | JLJ | Prepare correspondence to client regarding status of service. | 0.20 | |
| | | Jason L. Jurkevich | 4.30 | $1,505.00 |
| 07/03/12 | BS | Sent PDFs of case initiating documents to clerk's office at U.S. District Court for the Southern District of New York. | 0.30 | |
| | | Bonnie Schwab | 0.30 | $79.50 |
| | | Total Fees | 4.80 | $1,689.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Mark E. Duckstein | - | 0.20 | x | 525.00 | = | 105.00 |
| Jason L. Jurkevich | - | 4.30 | x | 350.00 | = | 1,505.00 |
| Bonnie Schwab | - | 0.30 | x | 265.00 | = | 79.50 |

| | |
|---|---|
| Court Filing Fees | 350.00 |
| Duplication | 61.56 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---:|
| Federal Express | 190.70 |
| Total Disbursements | $602.26 |
| **TOTAL THIS INVOICE** | **$2,291.76** |
| Prior Open Invoice (s) | $3,264.03 |
| **TOTAL AMOUNT DUE** | **$5,555.79** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 4 |
| Inv# | 1607581 |
| Date | 08/06/12 |

02470034.000018  - MED

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI#22 - 1920331

RE:  Pierre Grossman

---

## REMITTANCE ADVICE

For legal services rendered through July 31, 2012.

| | |
|---|---:|
| Total Fees | $1,689.50 |
| Total Disbursements | $602.26 |
| **TOTAL THIS INVOICE** | **$2,291.76** |
| Prior Open Invoice (s) | $3,264.03 |
| **TOTAL AMOUNT DUE** | **$5,555.79** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

Page              1
Inv#        1609770
Date        09/18/12
02470034.000018   - MED

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI # 22-1920331

Re:   Pierre Grossman

For legal services rendered through August 31, 2012.

| | | | HOURS |
|---|---|---|---|
| 08/02/12 | JLJ | Telephone conference with process server regarding status of service efforts on defendants; telephone conference with law clerk regarding status of attempts at service; prepare correspondence to M. Stratton regarding same. | 0.60 |
| 08/06/12 | JLJ | Review correspondence from M. Stratton regarding service attempts; prepare reply to same. | 0.20 |
| 08/17/12 | JLJ | Telephone communications to P. Grossman regarding service of papers. | 0.20 |
| 08/21/12 | JLJ | Review proof of service of Grossman filed with court. | 0.20 |
| 08/24/12 | JLJ | Telephone conference with P. Grossman regarding representation, receipt of papers; prepare correspondence to M. Stratton regarding status. | 0.30 |
| 08/30/12 | JLJ | Review correspondence from counsel for defendants regarding complaint; analyze strategy for response to same. | 0.40 |
| 08/31/12 | JLJ | Analyze strategy for response to Rule 11 letter. | 0.30 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | HOURS | |
|---|---|---|
| Jason L. Jurkevich | 2.20 | $770.00 |
| Total Fees | 2.20 | $770.00 |

Jason L. Jurkevich      -    2.20   x   350.00   =      770.00

| | |
|---|---|
| Velobinding | 73.50 |
| Total Disbursements | $73.50 |
| **TOTAL THIS INVOICE** | **$843.50** |
| Prior Open Invoice (s) | $2,291.76 |
| **TOTAL AMOUNT DUE** | **$3,135.26** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1609770 |
| Date | 09/18/12 |
| 02470034.000018 - MED | |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI#22 - 1920331

RE: Pierre Grossman

---

## REMITTANCE ADVICE

For legal services rendered through August 31, 2012.

| | |
|---|---|
| Total Fees | $770.00 |
| Total Disbursements | $73.50 |
| **TOTAL THIS INVOICE** | **$843.50** |
| Prior Open Invoice (s) | $2,291.76 |
| **TOTAL AMOUNT DUE** | **$3,135.26** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 1 |
| Inv# | 1610624 |
| Date | 10/05/12 |
| 02470034.000018 | - MED |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI # 22-1920331

Re:   Pierre Grossman

For legal services rendered through September 30, 2012.

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/05/12 | JLJ | Telephone conference with client regarding strategy for response to letter from Grossman's attorney; prepare draft letter responding to same; legal research regarding applicable statute of limitations for RICO. | 2.90 | |
| 09/07/12 | JLJ | Revise and finalize letter to A. Hughes (Grossman attorney) responding to frivolous litigation letter. | 0.40 | |
| | | Jason L. Jurkevich | 3.30 | $1,155.00 |
| | | Total Fees | 3.30 | $1,155.00 |

Jason L. Jurkevich          -    3.30   x   350.00  =       1,155.00

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---:|
| Computerized Research | 10.44 |
| Total Disbursements | $10.44 |
| **TOTAL THIS INVOICE** | **$1,165.44** |
| Prior Open Invoice (s) | $843.50 |
| **TOTAL AMOUNT DUE** | **$2,008.94** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1610624 |
| Date | 10/05/12 |

02470034.000018  - MED

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI#22 - 1920331

RE:  Pierre Grossman

---

## REMITTANCE ADVICE

For legal services rendered through September 30, 2012.

| | |
|---|---|
| Total Fees | $1,155.00 |
| Total Disbursements | $10.44 |
| **TOTAL THIS INVOICE** | **$1,165.44** |
| Prior Open Invoice (s) | $843.50 |
| **TOTAL AMOUNT DUE** | **$2,008.94** |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1612154 |
| Date | 11/15/12 |
| 02470034.000018 - MED | |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI # 22-1920331

Re: Pierre Grossman
      PO #22161183

---

For legal services rendered through October 31, 2012.

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/04/12 | MED | Conference with J. Jurkevich regarding advising Court of Grossman's refusal to enter into briefing schedule. | 0.30 | |
|  |  | Mark E. Duckstein | 0.30 | $157.50 |
| 10/10/12 | JLJ | Prepare correspondence to A. Hughes (counsel for Grossman) regarding lack of response to prior letter. | 0.30 | |
| 10/11/12 | JLJ | Review correspondence from A. Hughes regarding acceptance of service and proposed resolution of attachment motion. | 0.20 | |
|  |  | Analyze strategy regarding proposal by adversary for stipulation as to NY assets (.20). Prepare correspondence to client regarding same (.20). | 0.40 | |
| 10/15/12 | JLJ | Telephone conference with M. Stratton regarding strategy for response to Grossman's attorney. | 0.50 | |
| 10/18/12 | JLJ | Telephone conference with A. Hughes regarding agreement to accept service and proposed consent | 0.30 | |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | | HOURS |
|---|---|---|---|---|
| | | order regarding attachment of property in lieu of stipulation. | | |
| 10/19/12 | JLJ | Prepare acknowledgment of service (.20). Prepare correspondence to A. Hughes regarding same and requesting response on proposed consent order as to preservation of assets (.30). | 0.50 | |
| 10/26/12 | JLJ | Prepare correspondence to A. Hughes regarding status of acknowledgment of service and agreement to consent order. | 0.20 | |
| | | Jason L. Jurkevich | 2.40 | $840.00 |
| | | Total Fees | 2.70 | $997.50 |

| | | | | |
|---|---|---|---|---|
| Mark E. Duckstein | - | 0.30 x 525.00 = | 157.50 |
| Jason L. Jurkevich | - | 2.40 x 350.00 = | 840.00 |

**TOTAL THIS INVOICE**                                    **$997.50**

Prior Open Invoice (s)                                    $2,008.94

**TOTAL AMOUNT DUE**                                    **$3,006.44**

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI#22 - 1920331

RE:  Pierre Grossman
PO #22161183

---

## REMITTANCE ADVICE

For legal services rendered through October 31, 2012.

| | |
|---|---|
| Total Fees | $997.50 |
| **TOTAL THIS INVOICE** | **$997.50** |
| Prior Open Invoice (s) | $2,008.94 |
| **TOTAL AMOUNT DUE** | **$3,006.44** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1613155 |
| Date | 12/04/12 |
| 02470034.000018 | - MED |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI # 22-1920331

Re: Pierre Grossman
PO #22161183

For legal services rendered through November 30, 2012.

|  |  | | HOURS |
|---|---|---|---|
| 11/05/12 | JLJ | Prepare draft Consent Order for resolution of attachment motion. | 0.90 |
| 11/08/12 | JLJ | Prepare draft Consent Order regarding preservation of assets and correspondence to M. Stratton regarding same. | 0.30 |
| 11/12/12 | JLJ | Review client comments to proposed Consent Order and revise same (.30); Prepare correspondence to M. Stratton regarding proposed revised draft (.10). | 0.40 |
| 11/15/12 | JLJ | Revise proposed Consent Order (.10); Prepare correspondence to adversary regarding same (.20). | 0.30 |
| 11/28/12 | JLJ | Telephone conference with M. Stratton regarding settlement strategy. | 0.30 |
| 11/30/12 | JLJ | Telephone conference with A. Hughes regarding settlement. | 0.10 |
| | Jason L. Jurkevich | | 2.30 | $805.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | |
|---|---|---|
| Total Fees | 2.30 | $805.00 |

Jason L. Jurkevich          -      2.30   x   350.00  =          805.00

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$805.00** |
| Prior Open Invoice (s) | $997.50 |
| **TOTAL AMOUNT DUE** | **$1,802.50** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI#22 - 1920331

RE:  Pierre Grossman
PO #22161183

---

## REMITTANCE ADVICE

For legal services rendered through November 30, 2012.

| | |
|---|---|
| Total Fees | $805.00 |
| **TOTAL THIS INVOICE** | **$805.00** |
| Prior Open Invoice (s) | $997.50 |
| **TOTAL AMOUNT DUE** | **$1,802.50** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1616718 |
| Date | 02/11/13 |

02470034.000018  - MED

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI # 22-1920331

Re:   Pierre Grossman
      PO #22161183

---

For legal services rendered through January 31, 2013.

| | |
|---|---|
| Service Of Process/Sheriff Fees | 170.00 |
| Total Disbursements | $170.00 |
| **TOTAL THIS INVOICE** | **$170.00** |
| Prior Open Invoice (s) | $997.50 |
| **TOTAL AMOUNT DUE** | **$1,167.50** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

Page                        2
Inv#              1616718
Date              02/11/13
02470034.000018   - MED

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI#22 - 1920331

RE:  Pierre Grossman
PO #22161183

---

## REMITTANCE ADVICE

For legal services rendered through January 31, 2013.

| | |
|---|---:|
| Total Disbursements | $170.00 |
| **TOTAL THIS INVOICE** | **$170.00** |
| Prior Open Invoice (s) | $997.50 |
| **TOTAL AMOUNT DUE** | **$1,167.50** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1618978 |
| Date | 03/15/13 |
| 02470034.000018 - MED | |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI # 22-1920331

Re:  Pierre Grossman
     PO #22161183

For legal services rendered through February 28, 2013.

| | | | HOURS | |
|---|---|---|---|---|
| 02/15/13 | JLJ | Telephone communication from M. Stratton regarding settlement communication with A. Hughes (Grossman attorney). | 0.10 | |
| | | Review correspondence from M. Stratton regarding same. | 0.10 | |
| | | Prepare correspondence to Stratton regarding Wiley complaint against Grossman. | 0.20 | |
| 02/21/13 | JLJ | Telephone conferences with M. Stratton regarding strategy for settlement demand. | 0.30 | |
| 02/25/13 | JLJ | Telephone communication to A. Hughes regarding settlement demand. | 0.10 | |
| | | Jason L. Jurkevich | 0.80 | $280.00 |
| | | Total Fees | 0.80 | $280.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

Jason L. Jurkevich      -     0.80   x   350.00   =     280.00

**TOTAL THIS INVOICE**      **$280.00**

Prior Open Invoice (s)      $1,167.50

**TOTAL AMOUNT DUE**      **$1,447.50**

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI#22 - 1920331

RE:  Pierre Grossman
PO #22161183

---

## REMITTANCE ADVICE

For legal services rendered through February 28, 2013.

| | |
|---|---:|
| Total Fees | $280.00 |
| **TOTAL THIS INVOICE** | **$280.00** |
| Prior Open Invoice (s) | $1,167.50 |
| **TOTAL AMOUNT DUE** | **$1,447.50** |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 1 |
| Inv# | 1619904 |
| Date | 04/09/13 |
| 02470034.000018 - MED | |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI # 22-1920331

Re:   Pierre Grossman
      PO #22161183

---

For legal services rendered through March 31, 2013.

|  |  |  | HOURS |
|---|---|---|---|
| 03/06/13 | JLJ | Review correspondence from M. Stratton regarding complaint filed with federal attorney in Sao Paulo regarding CAPES subscription. | 0.30 |
| 03/12/13 | JLJ | Telephone conference with A. Hughes regarding status of settlement position. | 0.20 |
|  |  | Prepare correspondence to M. Stratton regarding same. | 0.10 |
| 03/14/13 | JLJ | Telephone conference with P. Doda and M. Stratton regarding Grossman's conduct in Brazil regarding CAPES and impact on potential settlement in New York litigation. | 0.60 |
| 03/15/13 | JLJ | File acknowledgment of service. | 0.20 |
|  |  | Prepare and file request for clerk's entry of default as to Grossman, IBIS, and PTI, supporting declarations regarding same, and proposed certificates of default. | 2.50 |
|  |  | Prepare correspondence to client forwarding documents filed with the Clerk. | 0.20 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 03/20/13 | JLJ | Telephone conference with A. Hughes regarding settlement. | 0.30 | |
| | | Prepare correspondence to client summarizing conversation. | 0.20 | |
| 03/22/13 | JLJ | Telephone communication to A. Hughes regarding settlement. | 0.10 | |
| 03/25/13 | JLJ | Review correspondence from M. Stratton regarding status of settlement negotiation with A. Hughes and prepare reply to same. | 0.10 | |
| | | Jason L. Jurkevich | 4.80 | $1,680.00 |
| | | Total Fees | 4.80 | $1,680.00 |

Jason L. Jurkevich     -    4.80   x   350.00   =     1,680.00

| | |
|---|---|
| Duplication | 13.08 |
| Total Disbursements | $13.08 |
| **TOTAL THIS INVOICE** | **$1,693.08** |
| Prior Open Invoice (s) | $1,277.50 |
| **TOTAL AMOUNT DUE** | **$2,970.58** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1619904 |
| Date | 04/09/13 |

02470034.000018  - MED

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI#22 - 1920331

RE:  Pierre Grossman
PO #22161183

---

## REMITTANCE ADVICE

For legal services rendered through March 31, 2013.

| | |
|---|---:|
| Total Fees | $1,680.00 |
| Total Disbursements | $13.08 |
| **TOTAL THIS INVOICE** | **$1,693.08** |
| Prior Open Invoice (s) | $1,277.50 |
| **TOTAL AMOUNT DUE** | **$2,970.58** |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1622152 |
| Date | 05/21/13 |
| 02470034.000018 | - MED |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI # 22-1920331

Re:   Pierre Grossman
      PO #22161183

---

For legal services rendered through April 30, 2013.

| | | | | HOURS | |
|---|---|---|---|---|---|
| 04/23/13 | JLJ | Prepare memorandum to B. Schwab regarding status of request for clerk's certificate of default. | | 0.20 | |
| | | Jason L. Jurkevich | | 0.20 | $70.00 |
| | | Total Fees | | 0.20 | $70.00 |

Jason L. Jurkevich          -     0.20   x   350.00  =          70.00

**TOTAL THIS INVOICE** **$70.00**

Prior Open Invoice (s) $2,970.58

**TOTAL AMOUNT DUE** **$3,040.58**

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 2 |
| Inv# | 1622152 |
| Date | 05/21/13 |
| 02470034.000018 | - MED |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI#22 - 1920331

RE: Pierre Grossman
PO #22161183

---

## REMITTANCE ADVICE

For legal services rendered through April 30, 2013.

| | |
|---|---|
| Total Fees | $70.00 |
| **TOTAL THIS INVOICE** | **$70.00** |
| Prior Open Invoice (s) | $2,970.58 |
| **TOTAL AMOUNT DUE** | **$3,040.58** |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1624614 |
| Date | 07/07/13 |
| 02470034.000018 | - MED |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI # 22-1920331

Re:  Pierre Grossman
     PO #22161183

For legal services rendered through June 30, 2013.

|  |  |  | | HOURS |
|---|---|---|---|---|
| 06/07/13 | JLJ | Telephone conference with clerk's office regarding certificate of default. | | 0.20 |
| | | Prepare correspondence to Judgments and Orders clerk regarding same. | | 0.40 |
| | | Review certificates of default. | | 0.20 |
| | | Prepare correspondence to client regarding same. | | 0.30 |
| 06/14/13 | JLJ | Prepare motion for default judgment. | | 2.70 |
| 06/19/13 | JLJ | Prepare notice of motion, proposed form of order for default judgment, declaration in support of motion. | | 1.60 |
| 06/21/13 | JLJ | Review chart of orders and damages for default judgment application. | | 0.80 |
| | | Prepare correspondence to M. Stratton regarding same. | | 0.40 |
| 06/24/13 | JLJ | Telephone conference with Judge Marrero's law clerk regarding status of default judgment motion. | | 0.20 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | HOURS | |
|---|---|---|
| Review notice of change of judge assignment. | 0.10 | |
| Review individual rules of practice for Judge Failla. | 0.80 | |
| Review correspondence from M. Stratton regarding "internal" chart. | 1.70 | |
| Jason L. Jurkevich | 9.40 | $3,290.00 |
| Total Fees | 9.40 | $3,290.00 |

Jason L. Jurkevich     -    9.40   x   350.00   =     3,290.00

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$3,290.00** |
| Prior Open Invoice (s) | $3,040.58 |
| **TOTAL AMOUNT DUE** | **$6,330.58** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

Page           3
Inv#       1624614
Date      07/07/13
02470034.000018   - MED

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI#22 - 1920331

RE:  Pierre Grossman
PO #22161183

---

## REMITTANCE ADVICE

For legal services rendered through June 30, 2013.

| | |
|---|---:|
| Total Fees | $3,290.00 |
| **TOTAL THIS INVOICE** | **$3,290.00** |
| Prior Open Invoice (s) | $3,040.58 |
| **TOTAL AMOUNT DUE** | **$6,330.58** |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI # 22-1920331

Re:   Pierre Grossman
      PO #22161183

For legal services rendered through July 31, 2013.

| | | | HOURS |
|---|---|---|---|
| 07/02/13 | JLJ | Prepare order to show cause for entry of default judgment. | 0.70 |
| | | Prepare declaration in support of default judgment. | 0.40 |
| 07/03/13 | JLJ | Prepare papers in support of default judgment application. | 2.70 |
| 07/05/13 | JLJ | Legal research regarding award of prejudgment interest for RICO violation. | 0.80 |
| | | Revise draft declaration regarding request for prejudgment interest. | 0.30 |
| | | Prepare draft proposed form of default judgment. | 0.30 |
| | | Prepare correspondence to M. Stratton regarding default judgment application. | 0.20 |
| 07/08/13 | JLJ | Review legal invoices for calculation of requested award of attorney fees and costs. | 0.60 |
| | | Revise declaration in support of default judgment for request of award of fees and costs. | 0.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| Date | Atty | Description | HOURS | |
|---|---|---|---|---|
| 07/09/13 | JLJ | Prepare correspondence to M. Stratton regarding motion for default judgment. | 0.20 | |
| | | Review reply to same, changes to draft papers. | 0.30 | |
| | | Revise papers regarding same. | 0.20 | |
| 07/15/13 | JLJ | Review correspondence from M. Stratton to R. Guman regarding damages calculation. | 0.30 | |
| | | Prepare correspondence to R. Guman regarding revised declaration. | 0.40 | |
| 07/23/13 | JLJ | Review correspondence from R. Guman regarding signed declaration. | 0.20 | |
| 07/26/13 | JLJ | Review signed original declaration from R. Guman. | 0.10 | |
| | | Review summary of damages from client. | 0.10 | |
| 07/29/13 | JLJ | Revise and finalize papers in support of motion for default judgment. | 3.40 | |
| 07/30/13 | JLJ | Review correspondence from M. Almonte confirming filing of proposed order to show cause with Judge Failla's chambers. | 0.20 | |
| 07/31/13 | JLJ | Review signed order to show cause from Judge Failla. | 0.20 | |
| | | Prepare correspondence to client regarding same. | 0.30 | |
| | | Jason L. Jurkevich | 12.40 | $4,340.00 |
| 07/30/13 | MA | In-person filing of Order to Show Cause for Default Judgment. | 1.60 | |
| | | Magnolia Almonte | 1.60 | $312.00 |
| | | Total Fees | 14.00 | $4,652.00 |

# Sills Cummis & Gross
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | | | | | |
|---|---|---|---|---|---|---|
| Jason L. Jurkevich | - | 12.40 | x | 350.00 | = | 4,340.00 |
| Magnolia Almonte | - | 1.60 | x | 195.00 | = | 312.00 |

| | |
|---|---|
| Duplication | 25.20 |
| Computerized Research | 145.80 |
| Total Disbursements | $171.00 |
| Less Credit Applied | ($170.00) |
| **TOTAL THIS INVOICE** | **$4,653.00** |
| Prior Open Invoice (s) | $4,983.08 |
| **TOTAL AMOUNT DUE** | **$9,636.08** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 4 |
| Inv# | 1627076 |
| Date | 08/09/13 |
| 02470034.000018 | - MED |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI#22 - 1920331

RE:  Pierre Grossman
PO #22161183

## REMITTANCE ADVICE

For legal services rendered through July 31, 2013.

| | |
|---|---|
| Total Fees | $4,652.00 |
| Total Disbursements | $171.00 |
| **TOTAL THIS INVOICE** | **$4,823.00** |
| Less Payments Applied | ($170.00) |
| **BALANCE DUE THIS INVOICE** | **$4,653.00** |
| Prior Open Invoice (s) | $4,983.08 |
| **TOTAL AMOUNT DUE** | **$9,636.08** |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1628582 |
| Date | 09/11/13 |
| 02470034.000018 | - MED |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI # 22-1920331

Re:   Pierre Grossman
       PO #22161183

---

For legal services rendered through August 31, 2013.

|          |     |                                                                                    | HOURS |          |
|----------|-----|------------------------------------------------------------------------------------|-------|----------|
| 08/27/13 | MED | Conference with J. Jurkevich regarding default judgment application.               | 0.30  |          |
| 08/29/13 | MED | Conference with J. Jurkevich in preparation for oral argument of motion for entry of default judgment. | 0.30  |          |
|          |     | Mark E. Duckstein                                                                  | 0.60  | $315.00  |
| 08/02/13 | JLJ | Prepare correspondence to defendants serving Order to Show Cause and supporting papers for default judgment. | 0.50  |          |
| 08/07/13 | JLJ | Prepare Affidavit of Service of default judgment papers.                           | 0.20  |          |
|          |     | Telephone conference with chambers regarding courtesy copy for Judge Failla.       | 0.30  |          |
| 08/08/13 | JLJ | Prepare e-filing of default judgment motion papers, affidavit of service.          | 0.40  |          |
| 08/12/13 | JLJ | Review e-mail correspondence from P. Grossman.                                     | 0.20  |          |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | |
|---|---|---|
| Page | | 2 |
| Inv# | | 1628582 |
| Date | | 09/11/13 |
| 02470034.000018 - MED | | |

| | | | HOURS |
|---|---|---|---|
| | | Prepare correspondence to A. Hughes regarding e-mail from P. Grossman. | 0.10 |
| | | Prepare correspondence to M. Stratton regarding e-mail from P. Grossman. | 0.20 |
| 08/13/13 | JLJ | Telephone conference with M. Stratton regarding e-mail from P. Grossman. | 0.20 |
| | | Review correspondence from A. Hughes regarding e-mail from P. Grossman. | 0.10 |
| 08/19/13 | JLJ | Telephone conference with Judge Failla's law clerk regarding submission of legal invoices for in camera review. | 0.20 |
| | | Review legal invoices for any privileged matters prior to submission. | 0.70 |
| | | Exchange correspondence with M. Stratton regarding submission of legal bills for in camera review. | 0.20 |
| 08/20/13 | JLJ | Review emails from P. Grossman regarding CAPES. | 0.50 |
| | | Prepare correspondence to M. Stratton regarding emails from P. Grossman. | 0.20 |
| | | Telephone conference with Judge Failla's chambers regarding rescheduling of default judgment hearing. | 0.10 |
| | | Review order rescheduling hearing. | 0.10 |
| 08/21/13 | JLJ | Prepare correspondence to defendants serving August 20, 2013 Order, declaration of service of same, and letter to court enclosing proof of service. | 0.30 |
| | | Prepare legal invoices for in camera review by court, cover letter to court enclosing invoices. | 0.80 |
| 08/23/13 | JLJ | Review opposition to default judgment motion from | 1.20 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  | | | HOURS |
|---|---|---|---|
| | | defendants; prepare correspondence to M. Stratton regarding same. | |
| 08/26/13 | JLJ | Review correspondence from M. Stratton and R. Gama (Brazilian counsel) regarding reply on default judgment motion, additional correspondence from Pierre Grossman on CAPES, and strategy for reply. | 0.70 |
| | | Legal research regarding standards for setting aside default. | 0.70 |
| | | Prepare correspondence to M. Stratton regarding strategy for reply on default judgment motion. | 0.30 |
| 08/27/13 | JLJ | Telephone conference with M. Stratton and R. Gama (Brazilian counsel) regarding declaration in support of default judgment application. | 1.00 |
| | | Prepare correspondence to R. Gama with model form of Declaration. | 0.20 |
| | | Telephone conference with Chicago Title regarding property search for Grossman property. | 0.40 |
| | | Legal research regarding vacating default and default judgments for reply papers. | 2.80 |
| 08/28/13 | JLJ | Telephone conference with Chicago Title regarding lien and mortgage search for Grossman property. | 0.30 |
| | | Prepare Reply Declaration in support of motion for default judgment. | 1.40 |
| | | Review draft declaration of R. Gama in support of default judgment and review client comments to same. | 0.50 |
| | | Prepare reply brief in support of motion for default judgment. | 4.70 |
| | | Additional legal research for reply brief in support of | 1.30 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | HOURS | |
|---|---|---|---|---|
| | | motion for default judgment. | | |
| | | Revise proposed form of default judgment. | 0.30 | |
| | | Prepare correspondence to M. Stratton regarding draft papers, comments to Gama declaration. | 0.30 | |
| 08/29/13 | JLJ | Review title company property search report for Grossman property. | 0.30 | |
| | | Revise and finalize reply papers on motion for default judgment. | 3.30 | |
| | | Prepare for oral argument. | 1.90 | |
| 08/30/13 | JLJ | Finalize and file reply brief and accompanying papers for default judgment motion. | 1.40 | |
| | | Attend argument on default judgment motion. | 2.80 | |
| | | Telephone conference with M. Stratton regarding argument for default judgment, strategy regarding settlement. | 0.30 | |
| | | Jason L. Jurkevich | 31.40 | $10,990.00 |
| | | Total Fees | 32.00 | $11,305.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Mark E. Duckstein | - | 0.60 | x | 525.00 | = | 315.00 |
| Jason L. Jurkevich | - | 31.40 | x | 350.00 | = | 10,990.00 |

| | |
|---|---|
| Duplication | 22.44 |
| Federal Express | 98.60 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 5 |
| Inv# | 1628582 |
| Date | 09/11/13 |
| 02470034.000018 - MED | |

| | |
|---|---|
| Computerized Research | 316.69 |
| Total Disbursements | $437.73 |
| **TOTAL THIS INVOICE** | **$11,742.73** |
| Prior Open Invoice (s) | $6,346.08 |
| **TOTAL AMOUNT DUE** | **$18,088.81** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI#22 - 1920331

RE: Pierre Grossman
PO #22161183

---

## REMITTANCE ADVICE

For legal services rendered through August 31, 2013.

| | |
|---|---:|
| Total Fees | $11,305.00 |
| Total Disbursements | $437.73 |
| **TOTAL THIS INVOICE** | **$11,742.73** |
| Prior Open Invoice (s) | $6,346.08 |
| **TOTAL AMOUNT DUE** | **$18,088.81** |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1631003 |
| Date | 10/31/13 |
| 02470034.000018 | - MED |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI # 22-1920331

Re: Pierre Grossman
PO #22161183

For legal services rendered through September 30, 2013.

| | | | HOURS |
|---|---|---|---|
| 09/04/13 | JLJ | Prepare letter to court regarding filing of reply papers. | 0.30 |
| | | Telephone conference with M. Stratton regarding strategy for settlement discussions. | 0.30 |
| | | Prepare correspondence to A. Hughes regarding settlement discussion. | 0.10 |
| 09/11/13 | JLJ | Prepare correspondence to M. Stratton regarding no response from Grossman's lawyer. | 0.10 |
| 09/16/13 | JLJ | Review correspondence from A. Hughes regarding settlement. | 0.10 |
| | | Prepare correspondence to M. Stratton outlining strategy for response to Hughes regarding settlement. | 0.40 |
| 09/17/13 | JLJ | Prepare correspondence to A. Hughes regarding settlement. | 0.30 |
| | | Telephone communications to A. Hughes regarding settlement. | 0.20 |
| | | Review correspondence from M. Stratton regarding | 0.10 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | HOURS | |
|---|---|---|---|---|
| | | strategy for settlement discussion with Grossman, joint letter to court. | | |
| 09/18/13 | JLJ | Telephone conferences with A. Hughes regarding settlement. | 0.30 | |
| | | Telephone conference with M. Stratton regarding settlement. | 0.20 | |
| | | Prepare joint letter to court regarding status of settlement discussions. | 1.80 | |
| | | Jason L. Jurkevich | 4.20 | $1,470.00 |
| | | Total Fees | 4.20 | $1,470.00 |

Jason L. Jurkevich      -     4.20   x   350.00   =     1,470.00

| | |
|---|---|
| Duplication | .12 |
| Postage | 0.00 |
| Total Disbursements | $0.12 |
| **TOTAL THIS INVOICE** | **$1,470.12** |
| Prior Open Invoice (s) | $11,742.73 |
| **TOTAL AMOUNT DUE** | **$13,212.85** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI#22 - 1920331

RE:  Pierre Grossman
PO #22161183

---

## REMITTANCE ADVICE

For legal services rendered through September 30, 2013.

| | |
|---|---|
| Total Fees | $1,470.00 |
| Total Disbursements | $0.12 |
| **TOTAL THIS INVOICE** | **$1,470.12** |
| Prior Open Invoice (s) | $11,742.73 |
| **TOTAL AMOUNT DUE** | **$13,212.85** |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.