# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1631779 |
| Date | 11/14/13 |
| 02470034.000018 | - MED |

Elsevier, Inc.
3251 Riverport Lane
Maryland Heights, MO 63043

FEI # 22-1920331

Re:   Pierre Grossman
      PO 650014726

For legal services rendered through October 31, 2013.

| | | | HOURS | |
|---|---|---|---|---|
| 10/02/13 | JLJ | Prepare draft joint letter to court regarding status of settlement discussions. | 0.40 | |
| 10/15/13 | JLJ | Review correspondence from A. Hughes regarding status of settlement negotiation. | 0.10 | |
| | | Telephone conference with M. Stratton regarding response to last offer from Grossman. | 0.30 | |
| 10/16/13 | JLJ | Prepare draft e-mail to plaintiffs' counsel regarding response to settlement offer. | 0.30 | |
| 10/17/13 | JLJ | Revise and finalize correspondence to A. Hughes regarding response to settlement proposal; prepare correspondence to M. Stratton regarding same. | 0.30 | |
| | | Jason L. Jurkevich | 1.40 | $490.00 |
| | | Total Fees | 1.40 | $490.00 |

Jason L. Jurkevich        -     1.40   x   350.00   =        490.00

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$490.00** |
| Prior Open Invoice (s) | $60,013.97 |
| **TOTAL AMOUNT DUE** | **$60,503.97** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

Elsevier, Inc.
3251 Riverport Lane
Maryland Heights, MO 63043

FEI#22 - 1920331

RE:  Pierre Grossman
PO 650014726

---

## REMITTANCE ADVICE

For legal services rendered through October 31, 2013.

| | |
|---|---:|
| Total Fees | $490.00 |
| **TOTAL THIS INVOICE** | **$490.00** |
| Prior Open Invoice (s) | $60,013.97 |
| **TOTAL AMOUNT DUE** | **$60,503.97** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1635737 |
| Date | 02/07/14 |
| 02470034.000018 - MED | |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI # 22-1920331

Re: Pierre Grossman
PO #22161183

---

For legal services rendered through January 31, 2014.

| | | | HOURS | |
|---|---|---|---|---|
| 12/06/13 | MED | Conference with J. Jurkevich regarding decision on motion to vacate. | 0.20 | |
| 12/20/13 | MED | Conference with J. Jurkevich regarding settlement strategy. | 0.20 | |
| | | Mark E. Duckstein | 0.40 | $210.00 |
| 11/26/13 | JLJ | Review status of pending motion for default judgment. | 0.30 | |
| 12/02/13 | JLJ | Prepare correspondence to M. Stratton regarding status of pending motion for default judgment. | 0.20 | |
| 12/06/13 | JLJ | Review decision and order vacating default, imposing counsel fee awards, granting leave to replead. | 0.50 | |
| | | Telephone conference with M. Stratton regarding decision on default judgment motion, strategy regarding same. | 0.20 | |
| | | Prepare correspondence to M. Stratton forwarding | 0.20 | |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| Date | | Description | HOURS |
|------|------|-------------|-------|
| | | decision and order on default judgment motion. | |
| 12/13/13 | JLJ | Prepare follow-up correspondence to M. Stratton regarding RICO complaint against Grossman. | 0.10 |
| 12/18/13 | JLJ | Exchange correspondence with M. Stratton regarding conference call to discuss Court's order vacating default, granting time to amend complaint. | 0.10 |
| 12/19/13 | JLJ | Analyze issues and case law relating to amendment of RICO claims to address deficiencies noted in Court opinion vacating default. | 2.80 |
| | | Telephone conference with M. Stratton regarding amendment of RICO complaint against Grossman, settlement strategy. | 0.90 |
| | | Review e-mail correspondence from M. Stratton regarding settlement strategy. | 0.10 |
| | | Prepare correspondence to A. Hughes regarding discussion on settlement. | 0.20 |
| 12/20/13 | JLJ | Telephone conference with M. Stratton regarding settlement strategy. | 0.30 |
| 12/24/13 | JLJ | Prepare e-mail to A. Hughes regarding payment of fees, settlement proposal for client consideration. | 0.80 |
| | | Telephone communications to A. Hughes, M. Stratton regarding proposed settlement offer. | 0.30 |
| 12/26/13 | JLJ | Follow up call to A. Hughes regarding settlement proposal. | 0.10 |
| 12/27/13 | JLJ | Follow up communication to A. Hughes regarding settlement offer. | 0.10 |
| 12/30/13 | JLJ | Telephone conference with A. Hughes regarding settlement proposal. | 0.10 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | HOURS |
|---|---|---|---|
| | | Prepare correspondence to A. Hughes regarding settlement proposal. | 0.10 |
| | | Prepare correspondence to M. Stratton regarding conversation with A. Hughes about settlement proposal. | 0.10 |
| 01/06/14 | JLJ | Prepare draft letter to Court demanding enforcement of fee award for default motion. | 0.90 |
| | | Prepare correspondence to A. Hughes requesting status of settlement counter-offer, status of fee award payment. | 0.30 |
| 01/07/14 | JLJ | Review additional information regarding PSI investigation into Grossman, PTI. | 0.30 |
| | | Prepare correspondence to M. Stratton regarding additional allegations regarding PSI investigation for amended complaint. | 0.20 |
| 01/09/14 | JLJ | Review notice from Court regarding ex parte e-mail from P. Grossman. | 0.30 |
| | | Telephone conference with A. Hughes regarding P. Grossman's ex parte communication with court and prepare confirming correspondence to Hughes regarding same. | 0.20 |
| | | Prepare correspondence to M. Stratton regarding Grossman's ex parte communication to Court. | 0.10 |
| 01/10/14 | JLJ | Prepare status report to M. Stratton regarding settlement communications with A. Hughes. | 0.20 |
| 01/14/14 | JLJ | Telephone conference with M. Stratton regarding settlement, amendment of complaint. | 0.50 |
| | | Review information from PSI regarding background | 0.60 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | | HOURS | |
|---|---|---|---|---|---|
| | | of investigation of Pierre Grossman and PTI. | | | |
| 01/15/14 | JLJ | Review check from Grossman for attorney fee award, prepare correspondence to client forwarding same. | | 0.20 | |
| | | Prepare correspondence to A. Hughes regarding receipt of fee award, status of settlement proposal. | | 0.10 | |
| 01/23/14 | JLJ | Review correspondence to Brazilian counsel regarding recent correspondence from Grossman's Brazilian counsel. | | 0.20 | |
| 01/24/14 | JLJ | Prepare amended complaint. | | 2.80 | |
| 01/27/14 | JLJ | Review correspondence from Brazilian counsel regarding status of Brazilian proceedings. | | 0.10 | |
| 01/29/14 | JLJ | Prepare correspondence to M. Stratton regarding comments to revised complaint. | | 0.10 | |
| 01/31/14 | JLJ | Revise draft amended complaint and exhibit of subscription details based on client comments. | | 1.60 | |
| | | Jason L. Jurkevich | | 16.20 | $5,670.00 |
| | | Total Fees | | 16.60 | $5,880.00 |

| | | | | | |
|---|---|---|---|---|---|
| Mark E. Duckstein | - | 0.40 | x 525.00 | = | 210.00 |
| Jason L. Jurkevich | - | 16.20 | x 350.00 | = | 5,670.00 |

| | |
|---|---|
| Search Service Fees | 300.00 |
| Federal Express | 17.75 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

Page         5
Inv#     1635737
Date     02/07/14
02470034.000018 - MED

| | |
|---|---|
| Computerized Research | 105.63 |
| Total Disbursements | $423.38 |
| **TOTAL THIS INVOICE** | **$6,303.38** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI#22 - 1920331

RE:  Pierre Grossman
PO #22161183

---

## REMITTANCE ADVICE

For legal services rendered through January 31, 2014.

| | |
|---|---:|
| Total Fees | $5,880.00 |
| Total Disbursements | $423.38 |
| **TOTAL THIS INVOICE** | **$6,303.38** |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1638522 |
| Date | 03/17/14 |
| 02470034.000018 - MED | |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI # 22-1920331

Re:  Pierre Grossman
     PO #22161183

---

For legal services rendered through February 28, 2014.

| | | | HOURS |
|---|---|---|---|
| 02/03/14 | JLJ | Revise and finalize Amended Complaint and exhibit. | 2.80 |
| | | Telephone conferences with court clerk, chambers, and client regarding filing of amended complaint. | 1.20 |
| | | Prepare amended Rule 7.1 Disclosure Statement. | 0.60 |
| 02/04/14 | JLJ | Prepare copies of Amended Complaint and amended disclosure statement for filing. | 0.30 |
| 02/06/14 | JLJ | Review e-filing notice from Court regarding Amended Complaint. | 0.10 |
| 02/14/14 | JLJ | Prepare correspondence to M. Stratton regarding Grossman's request for extension to respond to Amended Complaint. | 0.20 |
| | | Review correspondence from A. Hughes requesting extension to respond to Amended Complaint. | 0.10 |
| 02/17/14 | JLJ | Review correspondence from M. Stratton regarding Grossman request for extension of time to respond to Amended Complaint. | 0.10 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | HOURS | |
|---|---|---|---|---|
| | | Prepare correspondence to A. Hughes consenting to request for extension. | 0.10 | |
| 02/18/14 | JLJ | Review correspondence from A. Hughes regarding request for extension to respond to Amended Complaint. | 0.20 | |
| 02/26/14 | JLJ | Review correspondence from P. Grossman regarding allegations against publishers. | 0.20 | |
| | | Review docket in Wiley litigation regarding Grossman motion to vacate default judgment. | 0.30 | |
| | | Prepare correspondence to M. Stratton regarding update. | 0.10 | |
| | | Jason L. Jurkevich | 6.30 | $2,205.00 |
| 02/04/14 | BS | Electronically file Amended Complaint and amended corporate disclosure statement. | 0.50 | |
| | | Bonnie Schwab | 0.50 | $132.50 |
| | | Total Fees | 6.80 | $2,337.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jason L. Jurkevich | - | 6.30 | x | 350.00 | = | 2,205.00 |
| Bonnie Schwab | - | 0.50 | x | 265.00 | = | 132.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Duplication | 6.24 |
| Total Disbursements | $6.24 |
| **TOTAL THIS INVOICE** | **$2,343.74** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI#22 - 1920331

RE:  Pierre Grossman
PO #22161183

---

## REMITTANCE ADVICE

For legal services rendered through February 28, 2014.

| | |
|---|---:|
| Total Fees | $2,337.50 |
| Total Disbursements | $6.24 |
| **TOTAL THIS INVOICE** | **$2,343.74** |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1639964 |
| Date | 04/11/14 |
| 02470034.000018 | - MED |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI # 22-1920331

Re:   Pierre Grossman
      PO #22161183

For legal services rendered through March 31, 2014.

| | | | HOURS |
|---|---|---|---|
| 03/07/14 | JLJ | Review pre-motion letter from A. Hughes regarding proposed motion to dismiss. | 0.20 |
| | | Prepare correspondence to M. Stratton forwarding pre-motion letter from A. Hughes. | 0.10 |
| 03/11/14 | JLJ | Prepare pre-motion letter in response to defendants' letter requesting leave to file motion to dismiss for lack of personal jurisdiction, failure to state a claim. | 1.80 |
| | | Revise and finalize letter to Court based on client comments. | 0.30 |
| 03/17/14 | JLJ | Review correspondence from P. Grossman to Elsevier CEO, responding to request to cease communications. | 0.20 |
| 03/19/14 | JLJ | Exchange correspondence with client regarding Brazilian counsel's analysis of potential issue regarding service of process for US lawsuit. | 0.40 |
| 03/20/14 | JLJ | Prepare correspondence to R. Gama (Brazilian counsel) regarding acknowledgment of service. | 0.20 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | Telephone conference with R. Gama (Brazilian counsel) regarding status of US litigation, effect of Court's decision requiring amended complaint. | 0.60 |  |
| 03/26/14 | JLJ | Review order granting pre-motion conference on defendants' motion to dismiss. | 0.20 |  |
|  |  | Jason L. Jurkevich | 4.00 | $1,400.00 |
|  |  | Total Fees | 4.00 | $1,400.00 |

Jason L. Jurkevich    -    4.00   x   350.00   =    1,400.00

| Computerized Research | 74.79 |
|---|---|
| Total Disbursements | $74.79 |
| **TOTAL THIS INVOICE** | **$1,474.79** |
| Prior Open Invoice (s) | $2,343.74 |
| **TOTAL AMOUNT DUE** | **$3,818.53** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI#22 - 1920331

RE:  Pierre Grossman
PO #22161183

---

## REMITTANCE ADVICE

For legal services rendered through March 31, 2014.

| | |
|---|---:|
| Total Fees | $1,400.00 |
| Total Disbursements | $74.79 |
| **TOTAL THIS INVOICE** | **$1,474.79** |
| Prior Open Invoice (s) | $2,343.74 |
| **TOTAL AMOUNT DUE** | **$3,818.53** |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1641413 |
| Date | 05/07/14 |
| 02470034.000018 | - MED |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI # 22-1920331

Re:   Pierre Grossman
      PO #22161183

---

For legal services rendered through April 30, 2014.

                                                          HOURS

| | | | |
|---|---|---|---|
| 04/07/14 | JLJ | Review latest correspondence from P. Grossman regarding status of American litigation, accusations against publishers. | 0.20 |
| | | Prepare correspondence to M. Stratton regarding correspondence from Grossman, schedule to discuss strategy for pre-motion conference. | 0.10 |
| 04/08/14 | JLJ | Review correspondence from P. Grossman and attached chart of subscriptions. | 0.40 |
| | | Analyze comparison of Grossman chart to Exhibit A to Amended Complaint regarding matching subscriptions. | 1.50 |
| | | Telephone conference with M. Stratton regarding issues and strategy for pre-motion conference. | 0.40 |
| 04/09/14 | JLJ | Prepare for pre-motion conference including correspondence to M. Stratton regarding additional information on newly-added Elsevier Plaintiffs. | 1.70 |
| | | Prepare correspondence to A. Hughes regarding direct | 0.20 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | HOURS | |
|---|---|---|---|---|
| | | communications from P. Grossman. | | |
| 04/11/14 | JLJ | Attend pre-motion conference regarding defendants' proposed motion to dismiss. | 2.70 | |
| 04/14/14 | JLJ | Prepare correspondence to M. Stratton regarding further correspondence from P. Grossman regarding CAPES contract. | 0.10 | |
| 04/23/14 | JLJ | Exchange correspondence with M. Stratton regarding analysis of Grossman's spreadsheet against purchase orders and invoices, further emails from Grossman against Wiley and Elsevier. | 0.30 | |
| | | Jason L. Jurkevich | 7.60 | $2,660.00 |
| | | Total Fees | 7.60 | $2,660.00 |

Jason L. Jurkevich      -    7.60   x   350.00   =     2,660.00

**TOTAL THIS INVOICE**      **$2,660.00**

Prior Open Invoice (s)      $1,474.79

**TOTAL AMOUNT DUE**      **$4,134.79**

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1641413 |
| Date | 05/07/14 |
| 02470034.000018 - MED | |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI#22 - 1920331

RE: Pierre Grossman
PO #22161183

---

## REMITTANCE ADVICE

For legal services rendered through April 30, 2014.

| | |
|---|---|
| Total Fees | $2,660.00 |
| **TOTAL THIS INVOICE** | **$2,660.00** |
| Prior Open Invoice (s) | $1,474.79 |
| **TOTAL AMOUNT DUE** | **$4,134.79** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI # 22-1920331

Re:  Pierre Grossman
     PO #22161183

For legal services rendered through May 31, 2014.

| | | | HOURS | |
|---|---|---|---|---|
| 05/07/14 | JLJ | Review correspondence from P. Grossman to Court regarding dismissal of counsel, no motion to dismiss. | 0.10 | |
| | | Prepare correspondence to M. Stratton regarding P. Grossman communication to Court, strategy regarding same. | 0.20 | |
| 05/09/14 | JLJ | Communications with M. Stratton regarding strategy for letter to court requesting leave to file default judgment motion. | 0.40 | |
| 05/19/14 | JLJ | Review defendants' motion to dismiss papers. | 1.30 | |
| 05/20/14 | JLJ | Review signed affidavit from Pierre Grossman. | 0.20 | |
| | | Jason L. Jurkevich | 2.20 | $770.00 |
| | | Total Fees | 2.20 | $770.00 |

Jason L. Jurkevich           -    2.20  x  350.00  =        770.00

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 2 |
| Inv# | 1643120 |
| Date | 06/10/14 |
| 02470034.000018 - MED | |

| | |
|---|---|
| Pacer | 2.50 |
| Total Disbursements | $2.50 |
| **TOTAL THIS INVOICE** | **$772.50** |
| Prior Open Invoice (s) | $2,660.00 |
| **TOTAL AMOUNT DUE** | **$3,432.50** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1643120 |
| Date | 06/10/14 |
| 02470034.000018 | - MED |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI#22 - 1920331

RE: Pierre Grossman
PO #22161183

---

## REMITTANCE ADVICE

For legal services rendered through May 31, 2014.

| | |
|---|---|
| Total Fees | $770.00 |
| Total Disbursements | $2.50 |
| **TOTAL THIS INVOICE** | **$772.50** |
| Prior Open Invoice (s) | $2,660.00 |
| **TOTAL AMOUNT DUE** | **$3,432.50** |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

Page                   1
Inv#           1646423
Date          07/16/14
02470034.000018  - MED

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI # 22-1920331

Re:   Pierre Grossman
      PO #22161183

---

For legal services rendered through June 30, 2014.

| | | | HOURS |
|---|---|---|---|
| 06/03/14 | JLJ | Telephone conference with M. Stratton regarding strategy for opposition to motion to dismiss. | 0.50 |
| 06/10/14 | JLJ | Prepare opposition brief on motion to dismiss (preliminary statement, statement of facts). | 4.40 |
| | | Review pleadings and briefs in Wiley action regarding allegations and arguments as to personal jurisdiction over Defendants for use in opposition brief. | 1.70 |
| 06/11/14 | JLJ | Prepare opposition brief on motion to dismiss (personal jurisdiction). | 4.80 |
| | | Additional legal research regarding personal jurisdiction in RICO actions. | 1.80 |
| 06/12/14 | JLJ | Prepare opposition brief to motion to dismiss (12(b)(6) portion). | 5.40 |
| | | Legal research for opposition brief. | 0.90 |
| | | Prepare exhibits for supporting declaration for opposition to motion to dismiss. | 0.80 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

Page         2
Inv#      1646423
Date     07/16/14
02470034.000018 - MED

| | | | HOURS | |
|---|---|---|---|---|
| 06/13/14 | JLJ | Telephone conference with M. Stratton regarding opposition brief on motion to dismiss. | 0.10 | |
| 06/15/14 | JLJ | Revise draft opposition brief on motion to dismiss based on client comments to same. | 0.80 | |
| 06/16/14 | JLJ | Telephone conference with M. Stratton regarding comments to opposition brief on motion to dismiss. | 0.20 | |
| | | Prepare Declaration in opposition to motion to dismiss with exhibits. | 1.80 | |
| | | Revise and finalize opposition brief. | 0.60 | |
| 06/30/14 | JLJ | Review Defendants' reply brief in support of motion to dismiss. | 0.80 | |
| | | Review case cited by Defendants in reply brief regarding RICO jurisdiction. | 0.30 | |
| | | Prepare correspondence to M. Stratton forwarding reply brief. | 0.10 | |
| | | Jason L. Jurkevich | 25.00 | $8,750.00 |
| | | Total Fees | 25.00 | $8,750.00 |

Jason L. Jurkevich         -   25.00   x   350.00   =     8,750.00

Pacer                                                  1.80

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---:|
| Computerized Research | 738.20 |
| Total Disbursements | $740.00 |
| **TOTAL THIS INVOICE** | **$9,490.00** |
| Prior Open Invoice (s) | $772.50 |
| **TOTAL AMOUNT DUE** | **$10,262.50** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 4 |
| Inv# | 1646423 |
| Date | 07/16/14 |
| 02470034.000018 | - MED |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI#22 - 1920331

RE: Pierre Grossman
PO #22161183

---

## REMITTANCE ADVICE

For legal services rendered through June 30, 2014.

| | |
|---|---|
| Total Fees | $8,750.00 |
| Total Disbursements | $740.00 |
| **TOTAL THIS INVOICE** | **$9,490.00** |
| Prior Open Invoice (s) | $772.50 |
| **TOTAL AMOUNT DUE** | **$10,262.50** |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 1 |
| Inv# | 1649982 |
| Date | 09/10/14 |
| 02470034.000018 | - MED |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI # 22-1920331

Re: Pierre Grossman
PO #22161183

For legal services rendered through August 31, 2014.

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/15/14 | JLJ | Review docket in Wiley action in NY Supreme Court for changes, updates. | 0.60 | |
| | | Prepare correspondence to M. Stratton regarding interim order restraining enforcement of Wiley default judgment pending decision on Grossman's motion to vacate. | 0.30 | |
| | | Review correspondence from M. Stratton regarding interim order restraining enforcement in Wiley action. | 0.10 | |
| | | Jason L. Jurkevich | 1.00 | $350.00 |
| | | Total Fees | 1.00 | $350.00 |

Jason L. Jurkevich          -     1.00   x   350.00   =          350.00

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 2 |
| Inv# | 1649982 |
| Date | 09/10/14 |
| 02470034.000018 - MED | |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$350.00** |
| Prior Open Invoice (s) | $9,490.00 |
| **TOTAL AMOUNT DUE** | **$9,840.00** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1649982 |
| Date | 09/10/14 |

02470034.000018  - MED

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI#22 - 1920331

RE:  Pierre Grossman
PO #22161183

---

## REMITTANCE ADVICE

For legal services rendered through August 31, 2014.

| | |
|---|---:|
| Total Fees | $350.00 |
| **TOTAL THIS INVOICE** | **$350.00** |
| Prior Open Invoice (s) | $9,490.00 |
| **TOTAL AMOUNT DUE** | **$9,840.00** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1652903 |
| Date | 11/07/14 |
| 02470034.000018 - MED | |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI # 22-1920331

Re:   Pierre Grossman
      PO #22161183

For legal services rendered through October 31, 2014.

|  |  |  | | HOURS | |
|---|---|---|---|---|---|
| 10/02/14 | JLJ | Prepare report to client regarding Grossman correspondence, status of motion to dismiss, and status of Wiley suit. | | 0.50 | |
| | | Review correspondence from P. Grossman. | | 0.10 | |
| 10/28/14 | JLJ | Correspondence with M. Stratton regarding potential for settlement. | | 0.10 | |
| 10/29/14 | JLJ | Telephone conference with client and Brazilian counsel regarding status of investigations in Brazil and potential for settlement of litigation. | | 0.80 | |
| | | Jason L. Jurkevich | | 1.50 | $525.00 |
| | | Total Fees | | 1.50 | $525.00 |

Jason L. Jurkevich          -     1.50   x   350.00   =          525.00

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

**TOTAL THIS INVOICE**                                    **$525.00**

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI#22 - 1920331

RE: Pierre Grossman
PO #22161183

---

## REMITTANCE ADVICE

For legal services rendered through October 31, 2014.

| | |
|---|---|
| Total Fees | $525.00 |
| **TOTAL THIS INVOICE** | **$525.00** |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI # 22-1920331

Re:   Pierre Grossman
      PO #22161183

For legal services rendered through January 31, 2015.

|  |  |  | HOURS |
|---|---|---|---|
| 01/06/15 | JLJ | Review opinion and order denying motion to dismiss, setting date for conference. | 0.20 |
|  |  | Prepare correspondence to client regarding same. | 0.40 |
| 01/09/15 | JLJ | Telephone conference with client regarding strategy for case management conference and joint discovery plan. | 0.80 |
|  |  | Telephone conference with A. Hughes regarding meet and confer for discovery plan. | 0.10 |
|  |  | Prepare correspondence to client regarding meet and confer schedule with adversary. | 0.10 |
| 01/13/15 | JLJ | Prepare draft case management plan for discussion with A. Hughes. | 0.40 |
|  |  | Establish deadline for defendants' answer to amended complaint. | 0.10 |
| 01/14/15 | JLJ | Telephone conference with A. Hughes regarding case management plan. | 0.40 |

# SILLS CUMMIS & GROSS
### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 2 |
| Inv# | 1658029 |
| Date | 02/13/15 |
| 02470034.000018 - MED | |

| | | | HOURS |
|---|---|---|---|
| 01/15/15 | JLJ | Prepare correspondence to court regarding proposed case management plan. | 0.20 |
| | | E-file proposed case management plan. | 0.20 |
| | | Prepare correspondence to client regarding same. | 0.20 |
| 01/16/15 | JLJ | Review correspondence from P. Grossman regarding letters rogatory from Brazilian authority. | 0.20 |
| | | Review correspondence from A. Hughes requesting one-week extension on answer to complaint. | 0.10 |
| | | Prepare reply consenting to request for extension. | 0.10 |
| 01/21/15 | JLJ | Prepare communication to client regarding scehduling conference. | 0.20 |
| 01/22/15 | JLJ | Telephone conference with A. Hughes regarding motion to withdraw. | 0.20 |
| | | Prepare correspondence to M. Stratton regarding A. Hughes motion to withdraw. | 0.20 |
| 01/23/15 | JLJ | Attend status conference with Court. | 2.90 |
| 01/26/15 | JLJ | Exchange correspondence with M. Stratton regarding strategy for communication with Grossman regarding representation of corporate defendants. | 0.20 |
| 01/27/15 | JLJ | Review correspondence and attachments from P. Grossman. | 0.50 |
| | | Prepare correspondence to client regarding correspondence to Court and attachments from P. Grossman. | 0.30 |
| 01/28/15 | JLJ | Telephone conference with M. Stratton regarding correspondence to Court regarding P. Grossman correspondence. | 0.20 |

**SILLS CUMMIS & GROSS**

A PROFESSIONAL CORPORATION

THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000

| | |
|---|---|
| Page | 3 |
| Inv# | 1658029 |
| Date | 02/13/15 |
| 02470034.000018 - MED | |

| | | | HOURS | |
|---|---|---|---|---|
| | | Prepare correspondence to Court regarding P. Grossman correspondence. | 0.80 | |
| 01/29/15 | JLJ | Review additional correspondence from P. Grossman to Court. | 0.20 | |
| | | Review Court order reiterating original deadlines for response to Amended Complaint. | 0.20 | |
| 01/30/15 | JLJ | Review correspondence from P. Grossman to Federal Trade Commission. | 0.20 | |
| | | Jason L. Jurkevich | 9.60 | $3,360.00 |
| | | Total Fees | 9.60 | $3,360.00 |

Jason L. Jurkevich          -     9.60   x   350.00   =        3,360.00

| | |
|---|---|
| Train Fare | 9.25 |
| Pacer | 2.30 |
| Computerized Research | 37.20 |
| Total Disbursements | $48.75 |

**TOTAL THIS INVOICE**                                          **$3,408.75**

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

Page          4
Inv#        1658029
Date       02/13/15
02470034.000018  - MED

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI#22 - 1920331

RE: Pierre Grossman
PO #22161183

---

## REMITTANCE ADVICE

For legal services rendered through January 31, 2015.

| | |
|---|---:|
| Total Fees | $3,360.00 |
| Total Disbursements | $48.75 |
| **TOTAL THIS INVOICE** | **$3,408.75** |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1658942 |
| Date | 03/06/15 |
| 02470034.000018  - MED | |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI # 22-1920331

Re:   Pierre Grossman
      PO #22161183

For legal services rendered through February 28, 2015.

|  |  |  | HOURS |
|---|---|---|---|
| 02/02/15 | JLJ | Prepare correspondence to P. Grossman serving 1/29/2015 Court Order. | 0.30 |
| 02/03/15 | JLJ | Prepare corrspondence to client regarding recent docket entries from Grossman. | 0.50 |
| 02/05/15 | JLJ | Prepare and file proof of service of 1-29-15 Order. | 0.60 |
| 02/09/15 | JLJ | Provide ECF notice of letter from Pierre Grossman to client. | 0.20 |
| 02/18/15 | JLJ | Review correspondence from M. Stratton regarding preparation of requests for entry of default. | 0.10 |
| | | Prepare correspondence in reply to same. | 0.30 |
| 02/20/15 | JLJ | Review correspondence from P. Grossman regarding no representation for corporate entities. | 0.10 |
| | | Prepare correspondence to client regarding correspondence from P. Grossman concerning no representation for corporate entities, strategy for seeking default. | 0.30 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | HOURS | |
|---|---|---|
| Review correspondence from client regarding correspondence from P. Grossman concerning no representation for corporate entities and strategy for seeking default. | 0.10 | |
| Jason L. Jurkevich | 2.50 | $875.00 |
| Total Fees | 2.50 | $875.00 |

Jason L. Jurkevich     -     2.50   x   350.00   =     875.00

**TOTAL THIS INVOICE**        **$875.00**

Prior Open Invoice (s)        $3,408.75

**TOTAL AMOUNT DUE**        **$4,283.75**

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 3 |
| Inv# | 1658942 |
| Date | 03/06/15 |
| 02470034.000018 | - MED |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI#22 - 1920331

RE: Pierre Grossman
PO #22161183

---

## REMITTANCE ADVICE

For legal services rendered through February 28, 2015.

| | |
|---|---|
| Total Fees | $875.00 |
| **TOTAL THIS INVOICE** | **$875.00** |
| Prior Open Invoice (s) | $3,408.75 |
| **TOTAL AMOUNT DUE** | **$4,283.75** |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 1 |
| Inv# | 1661093 |
| Date | 04/10/15 |
| 02470034.000018 | - MED |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI # 22-1920331

Re:  Pierre Grossman
     PO #22161183

---

For legal services rendered through March 31, 2015.

|  |  |  | HOURS |
|---|---|---|---|
| 03/02/15 | JLJ | Prepare correspondence to client forwarding correspondence from P. Grossman. | 0.20 |
|  |  | Review Answer filed by P. Grossman. | 0.50 |
|  |  | Prepare correspondence to client regarding Grossman's Answer and failure to respond by corporate defendants. | 0.10 |
| 03/04/15 | JLJ | Prepare request to enter default against corporate defendants. | 1.00 |
| 03/05/15 | JLJ | Review notice of Rule 16 scheduling conference. | 0.10 |
|  |  | Prepare correspondence to court requesting that preliminary conference be rescheduled. | 0.40 |
| 03/06/15 | JLJ | Finalize request to enter clerk's default. | 0.30 |
| 03/16/15 | JLJ | Prepare Certificate of Service of Amended Complaint for default request. | 0.40 |
| 03/17/15 | JLJ | Review correspondence from P. Grossman to publishers. | 0.20 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | HOURS |
|---|---|---|---|
| 03/19/15 | JLJ | Review Certificates of Default as to PTI and IBIS. | 0.10 |
| 03/20/15 | JLJ | Telephone conference with M. Stratton regarding certificates of default and case management schedule. | 0.20 |
| | | Prepare correspondence to M. Stratton regarding status of Wiley litigation. | 0.50 |
| 03/23/15 | JLJ | Review correspondence from P. Grossman regarding request to reschedule conference. | 0.20 |
| | | Prepare papers in support of default judgment Order to Show Cause. | 1.70 |
| | | Legal research regarding default judgment as to damages as against fewer than all defendants. | 0.70 |
| | | Prepare correspondence to client regarding issue of default judgment as to damages when not all defendants have defaulted. | 0.50 |
| 03/24/15 | JLJ | Legal research regarding piercing corporate veil to pursue Grossman's assets to satisfy judgments against corporate defendants. | 1.90 |
| | | Prepare correspondence to M. Stratton regarding piercing corporate veil to pursue Grossman's assets to satisfy judgments against corporate defendants. | 0.60 |
| 03/27/15 | JLJ | Prepare papers in support of default judgment application. | 2.40 |
| 03/30/15 | JLJ | Prepare papers in support of default judgment. | 2.20 |
| | | Prepare draft pre-conference letter to court regarding case status. | 1.90 |
| | | Revise proposed case management schedule. | 0.50 |
| | | Prepare correspondence to M. Stratton regarding draft | 0.20 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |  | HOURS | |
|---|---|---|---|---|
| | | default judgment papers, draft letter to court, and proposed case management schedule. | | |
| | | Review court rules regarding meet-and-confer obligation with pro se parties. | 0.40 | |
| 03/31/15 | JLJ | Telephone conference with M. Stratton regarding draft letter to court, proposed schedule, and draft default judgment papers. | 0.50 | |
| | | Prepare correspondence to P. Grossman regarding proposed case management schedule. | 0.30 | |
| | | Jason L. Jurkevich | 18.00 | $6,300.00 |
| | | Total Fees | 18.00 | $6,300.00 |

Jason L. Jurkevich    -  18.00  x  350.00  =    6,300.00

| | |
|---|---|
| Court Reporter Transcript Fees | 28.08 |
| Pacer | 5.10 |
| Computerized Research | 323.51 |
| Total Disbursements | $356.69 |
| **TOTAL THIS INVOICE** | **$6,656.69** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 4 |
| Inv# | 1661093 |
| Date | 04/10/15 |
| 02470034.000018 | - MED |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI#22 - 1920331

RE:  Pierre Grossman
PO #22161183

---

## REMITTANCE ADVICE

For legal services rendered through March 31, 2015.

| | |
|---|---:|
| Total Fees | $6,300.00 |
| Total Disbursements | $356.69 |
| **TOTAL THIS INVOICE** | **$6,656.69** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI # 22-1920331

Re:   Pierre Grossman
      PO #22161183

For legal services rendered through April 30, 2015.

|  |  |  | HOURS |
|---|---|---|---:|
| 04/01/15 | JLJ | Exchange correspondence with P. Grossman regarding proposed case management schedule. | 0.30 |
| 04/02/15 | JLJ | Revise, finalize and file pre-conference letter to Court and proposed case management schedule. | 0.40 |
|  |  | Prepare and file proof of service of pre-conference letter with Court. | 0.40 |
|  |  | Finalize papers in support of order to show cause for default judgment against PTI and IBIS. | 0.90 |
| 04/07/15 | JLJ | Review signed order to show cause on default judgment application; prepare correspondence to P. Grossmann serving same, supporting papers. | 0.50 |
| 04/08/15 | JLJ | Prepare and file proof of service of order to show cause and supporting papers for default judgment application. | 0.40 |
| 04/09/15 | JLJ | Attend Rule 16 Scheduling Conference. | 2.90 |
|  |  | Prepare correspondence to client regarding Rule 16 | 0.80 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|            |     |                                                                                                                              | HOURS |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-------|
|            |     | conference.                                                                                                                  |       |
|            |     | Review motion to dismiss filed by Grossmann in Wiley lawsuit.                                                                 | 0.50  |
| 04/13/15   | JLJ | Telephone conferences with M. Stratton and P. Grossman regarding settlement.                                                 | 1.00  |
|            |     | Prepare litigation cost estimate requested by M. Stratton.                                                                   | 1.80  |
|            |     | Review correspondence from M. Stratton regarding settlement conversation with P. Grossmann.                                  | 0.10  |
| 04/15/15   | JLJ | Review correspondence from P. Grossman regarding settlement discussion.                                                      | 0.20  |
|            |     | Exchange correspondence with M. Stratton regarding P. Grossmann email on settlement, telephone discussion with M. Gershenoff regarding same, preparation of reply to same. | 0.60  |
|            |     | Telephone conference with M. Gershenoff (Grossmann attorney in Wiley matter) regarding settlement discussion with P. Grossmann. | 0.20  |
| 04/20/15   | JLJ | Draft Rule 26(a) initial disclosures.                                                                                        | 0.80  |
|            |     | Draft document requests to defendant.                                                                                        | 2.20  |
|            |     | Prepare correspondence to M. Stratton regarding draft discovery.                                                            | 0.20  |
| 04/21/15   | JLJ | Review correspondence from P. Grossmann regarding "settlement."                                                             | 0.10  |
| 04/23/15   | JLJ | Review correspondence from P. Grossmann responding to settlement communication.                                             | 0.10  |
|            |     | Prepare correspondence to M. Stratton regarding P.                                                                          | 0.10  |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | | | HOURS |
|---|---|---|---|
| | | Grossmann response to settlement communication. | |
| | | Review court order regarding P. Grossmann communications to court. | 0.10 |
| 04/24/15 | JLJ | Review correspondence from client regarding settlement response from P. Grossmann. | 0.10 |
| 04/27/15 | JLJ | Revise and finalize Rule 26(a) initial disclosures. | 0.40 |
| | | Review client comments to document requests. | 0.60 |
| | | Exchange correspondence with M. Stratton regarding revisions to document requests. | 0.20 |
| | | Prepare correspondence to P. Grossmann serving Initial Disclosures. | 0.10 |
| 04/28/15 | JLJ | Revise and finalize document requests to Grossmann. | 0.40 |
| | | Review Grossmann's initial disclosures. | 0.40 |
| | | Prepare correspondence to M. Stratton regarding Grossmann's initial disclosures. | 0.10 |
| 04/30/15 | JLJ | Exchange correspondence with client regarding strategy for reply on default judgment motion in light of no opposition from corporate defendants. | 0.20 |
| | | Review correspondence from court reporter regarding invoice for transcript of initial scheduling conference. | 0.10 |
| | | Telephone conferences with court reporter regarding transcript of initial scheduling conference. | 0.20 |
| | | Jason L. Jurkevich | 17.40 | $6,090.00 |
| | | Total Fees | 17.40 | $6,090.00 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

Jason L. Jurkevich            -   17.40   x   350.00   =        6,090.00

| | |
|---|---:|
| Court Reporter Transcript Fees | 79.56 |
| Pacer | 4.60 |
| Duplication | 51.24 |
| Federal Express | 23.40 |
| Total Disbursements | $158.80 |

**TOTAL THIS INVOICE**                                    **$6,248.80**

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 5 |
| Inv# | 1662263 |
| Date | 05/11/15 |
| 02470034.000018 | - MED |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI#22 - 1920331

RE:  Pierre Grossman
PO #22161183

---

## REMITTANCE ADVICE

For legal services rendered through April 30, 2015.

| | |
|---|---|
| Total Fees | $6,090.00 |
| Total Disbursements | $158.80 |
| **TOTAL THIS INVOICE** | **$6,248.80** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1663975 |
| Date | 06/11/15 |
| 02470034.000018 | - MED |

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY 10010

FEI # 22-1920331

Re:   Pierre Grossman
        PO #22161183

For legal services rendered through May 31, 2015.

|  |  |  | | HOURS |
|---|---|---|---|---|
| 05/01/15 | JLJ | Finalize and file reply letter on application for default judgment against IBIS and PTI. | | 0.30 |
| | | Review Judge's rules for default judgment procedure; prepare memorandum to B. Schwab regarding approval of form of proposed default judgment by Clerk before 5/8 return date. | | 0.40 |
| 05/05/15 | JLJ | Review correspondence from P. Grossmann regarding settlement. | | 0.20 |
| 05/08/15 | JLJ | Attend hearing on default judgment against PTI and IBIS. | | 2.50 |
| | | Telephone conference with M. Stratton regarding hearing on default judgment application. | | 0.10 |
| 05/11/15 | JLJ | Review default judgment entered by court against IBIS and PTI. | | 0.10 |
| | | Prepare correspondence to M. Stratton regarding default judgment entered against IBIS and PTI. | | 0.10 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 05/13/15 | JLJ | Review Grossmann's objections and responses to document requests. | 0.50 | |
| | | Prepare correspondence to M. Stratton regarding Grossmann's objections and responses to document requests. | 0.10 | |
| 05/15/15 | JLJ | Prepare draft correspondence to P. Grossmann regarding deficient discovery responses. | 1.70 | |
| 05/18/15 | JLJ | Review correspondence from P. Grossmann regarding complaint to FTC. | 0.60 | |
| | | Review correspondence from M. Stratton regarding draft deficiency letter to P. Grossmann. | 0.20 | |
| | | Analyze strategy regarding default judgment, veil-piercing. | 0.40 | |
| 05/19/15 | JLJ | Revise and finalize deficiency letter to P. Grossmann regarding responses to document requests. | 0.40 | |
| 05/21/15 | JLJ | Review document demands from Pierre Grossmann. | 0.80 | |
| 05/29/15 | JLJ | Telephone conference with court reporter regarding availability of transcript from 5/8/15 return date on default judgment application. | 0.20 | |
| | | Jason L. Jurkevich | 8.60 | $3,010.00 |
| | | Total Fees | 8.60 | $3,010.00 |

Jason L. Jurkevich        -        8.60   x   350.00   =        3,010.00

Court Reporter Transcript Fees                                              40.20

# SILLS CUMMIS & GROSS

### A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Pacer | 7.60 |
| Federal Express | 20.87 |
| Total Disbursements | $68.67 |
| **TOTAL THIS INVOICE** | **$3,078.67** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 4 |
| Inv# | 1663975 |
| Date | 06/11/15 |

02470034.000018   - MED

Elsevier
Attn: Paul Doda, Esq.
General Counsel
360 Park Avenue South
New York, NY  10010

FEI#22 - 1920331

RE:  Pierre Grossman
PO #22161183

---

## REMITTANCE ADVICE

For legal services rendered through May 31, 2015.

| | |
|---|---:|
| Total Fees | $3,010.00 |
| Total Disbursements | $68.67 |
| **TOTAL THIS INVOICE** | **$3,078.67** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Page | 1 |
| Inv# | 1665589 |
| Date | 07/13/15 |
| 02470034.000018 - MED | |

Elsevier, Inc.
3251 Riverport Lane
Maryland Heights, MO 63043

FEI # 22-1920331

Re:  Pierre Grossman
      PO 650014726

For legal services rendered through June 30, 2015.

|  |  |  | HOURS |
|---|---|---|---|
| 06/01/15 | JLJ | Review correspondence from P. Grossman responding to deficiency letter. | 0.10 |
| 06/02/15 | JLJ | Prepare correspondence to M. Stratton regarding Grossman's response to deficiency letter. | 0.70 |
| 06/03/15 | JLJ | Prepare correspondence to M. Stratton regarding transcripts of recent court appearances. | 0.20 |
| 06/15/15 | JLJ | Review correspondence from Brazilian counsel regarding developments in Brazilian government investigation. | 0.20 |
| 06/17/15 | JLJ | Prepare responses to Grossman's document requests. | 0.80 |
| 06/18/15 | JLJ | Prepare responses and objections to document requests. | 2.70 |
| 06/19/15 | JLJ | Telephone conference with M. Stratton regarding responses to Grossman's document requests and production of PSI investigation materials. | 0.80 |
|  |  | Prepare objections and responses to Grossman's document requests. | 0.80 |
| 06/22/15 | JLJ | Draft objections and responses to Grossman's | 1.50 |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | | document requests. | | |
| 06/24/15 | JLJ | Telephone conference with client and Publishers Solutions International regarding (i) production of PSI materials in discovery, and (ii) PSI's role in litigation. | 0.90 | |
| | | Revise draft objections and responses to Grossman's document requests based on conference call with client and PSI. | 0.50 | |
| | | Review invoices for Grossman/PTI orders, PSI case files, and Grossman spreadsheet for call with client and PSI. | 0.60 | |
| 06/25/15 | JLJ | Review client comments to draft objections and responses to Grossman's document requests; revise and finalize same. | 1.90 | |
| | | Legal research regarding discovery of litigation hold letters. | 0.40 | |
| | | Review correspondence from P. Grossman regarding responses to his document requests. | 0.10 | |
| | | Jason L. Jurkevich | 12.20 | $4,270.00 |
| | | Total Fees | 12.20 | $4,270.00 |

Jason L. Jurkevich        -    12.20   x   350.00   =        4,270.00

Duplication                                                                      2.04
Federal Express                                                                 20.79

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | |
|---|---|
| Computerized Research | 104.98 |
| Total Disbursements | $127.81 |
| **TOTAL THIS INVOICE** | **$4,397.81** |

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

Elsevier, Inc.
3251 Riverport Lane
Maryland Heights, MO 63043

FEI#22 - 1920331

RE:  Pierre Grossman
PO #650014726

---

## REMITTANCE ADVICE

For legal services rendered through June 30, 2015.

| | |
|---|---|
| Total Fees | $4,270.00 |
| Total Disbursements | $127.81 |
| **TOTAL THIS INVOICE** | **$4,397.81** |