# EXHIBIT G



# INVOICE

**DATE:** 8/31/2015
**INVOICE #** 081715-440171

**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

| Bill To: | Matthew D. Stratton<br>Corporate Counsel<br>Elsevier Inc.<br>360 Park Avenue South<br>New York, NY 10010 | Ship To: | Jason L. Jurkevich Esq.<br>Sills Cummis & Gross P.C.<br>The Legal Center<br>One Riverfront Plaza<br>Newark, NJ 07102 |
|---|---|---|---|

**CASE:** Elsevier Inc. / B.V. / Ltd., and Elsevier SAS v. Grossman, IBIS Corp., PTI, and John Doe Nos. 1-50
**WITNESS:** Pierre Grossmann
**DATE:** 8/17/2015
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 275 | $4.25 | $1,168.75 |
| Original Transcript - Evening Pages | 15 | $2.00 | $30.00 |
| Reporter Appearance Fee / Session | 2 | $45.00 | $90.00 |
| Reporter Appearance Fee / Evening Session | 1 | $67.50 | $67.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 290 | $0.25 | $72.50 |
| Exhibits - Scanned & Hyperlinked - Color | 4 | $1.50 | $6.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (2) | 550 | -$0.50 | -$275.00 |
| | | SUBTOTAL | $1,159.75 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,189.75 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**