# EXHIBIT A

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---:|
| Page | 1 |
| Inv# | 1678976 |
| Date | 03/28/16 |
| 02470034.000018 | - MED |

Elsevier, Inc.
3251 Riverport Lane
Maryland Heights, MO 63043

FEI # 22-1920331

Re: Pierre Grossman
    PO 650014726

For legal services rendered through February 29, 2016.

| | | | HOURS | |
|---|---|---|---:|---:|
| 02/16/16 | MED | Revise brief in support of motion for judgment notwithstanding the verdict or new trial on damages. | 1.80 | |
| | | Revise brief re: entry of judgment against defendants PTI and IBIS. | 1.20 | |
| | | Mark E. Duckstein | 3.00 | $1,575.00 |
| 02/16/16 | JLJ | Revise and finalize brief in support of motion for award of damages and entry of default judgment against PTI and IBIS. | 1.80 | |
| | | Revise and finalize declaration in support of award of fees and costs. | 1.60 | |
| | | Review interim February invoice and revise figures for fee claim. | 0.90 | |
| | | Revise and finalize brief in support of motion for award of fees and costs. | 0.70 | |
| | | Revise and finalize brief in support of motion for judgment as a matter of law or new trial on damages. | 4.30 | |
| | | Prepare correspondence to defendants serving copies | 0.40 | |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000

Page 2
Inv# 1678976
Date 03/28/16
02470034.000018 - MED

|            |     |                                                                                                                                                 | HOURS |          |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            |     | of post-trial motion papers.                                                                                                                    |       |          |
|            |     | Telephone conference with A. Deich (Judge Failla's law clerk) regarding copies of trial exhibits for consideration of post-trial motions.       | 0.10  |          |
| 02/24/16   | JLJ | Review correspondence from P. Grossman regarding proposed subpoena to appear at March 24 hearing in Wiley case.                                 | 0.10  |          |
|            |     | Prepare correspondence to M. Stratton regarding correspondence from P. Grossman concerning March 24 hearing in Wiley case.                      | 0.10  |          |
| 02/29/16   | JLJ | Review correspondence from P. Grossman regarding complaint against publishers.                                                                  | 0.10  |          |
|            |     | Jason L. Jurkevich                                                                                                                              | 10.10 | $3,535.00 |
| 02/16/16   | EVC | Assist with organizing materials for fee application.                                                                                           | 0.20  |          |
|            |     | Edward V. Colavito                                                                                                                              | 0.20  | $42.00   |
|            |     | Total Fees                                                                                                                                      | 13.30 | $5,152.00 |

| Mark E. Duckstein  | - | 3.00  | x | 525.00 | = | 1,575.00 |
| Jason L. Jurkevich | - | 10.10 | x | 350.00 | = | 3,535.00 |
| Edward V. Colavito | - | 0.20  | x | 210.00 | = |    42.00 |

| Pacer                  | 4.50    |
| Telephone Toll Charges | 13.05   |
| Duplication            | 61.80   |
| Postage                | .00     |
| Computerized Research  | 1791.50 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

|  |  |
|---|---:|
| Page | 3 |
| Inv# | 1678976 |
| Date | 03/28/16 |
| 02470034.000018 - MED | |

| | |
|---|---:|
| Duplication | 28.44 |
| Color Copies | 51.00 |
| Total Disbursements | $1,950.29 |
| **TOTAL THIS INVOICE** | **$7,102.29** |
| Prior Open Invoice (s) | $126,504.59 |
| **TOTAL AMOUNT DUE** | **$133,606.88** |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 4 |
| Inv# | 1678976 |
| Date | 03/28/16 |
| 02470034.000018 | - MED |

Elsevier, Inc.
3251 Riverport Lane
Maryland Heights, MO 63043

FEI#22 - 1920331

RE: Pierre Grossman
PO 650014726

## REMITTANCE ADVICE

For legal services rendered through February 29, 2016.

| | |
|---|---:|
| Total Fees | $5,152.00 |
| Total Disbursements | $1,950.29 |
| **TOTAL THIS INVOICE** | **$7,102.29** |
| Prior Open Invoice (s) | $126,504.59 |
| **TOTAL AMOUNT DUE** | **$133,606.88** |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

|  |  |
|---|---|
| Page | 1 |
| Inv# | 1678986 |
| Date | 03/29/16 |
| 02470034.000018 | - MED |

Elsevier, Inc.
3251 Riverport Lane
Maryland Heights, MO 63043

FEI # 22-1920331

Re:    Pierre Grossman
         PO 650014726

---

For legal services rendered through March 28, 2016.

|  |  |  |  | HOURS |
|---|---|---|---|---|
| 03/08/16 | JLJ | Legal research regarding RICO "distinctiveness" requirement for opposition to Grossman post-trial motion. | | 1.70 |
| 03/09/16 | JLJ | Prepare opposition brief point on "distinctiveness" requirement as to Grossman. | | 6.70 |
| 03/10/16 | JLJ | Prepare opposition brief points on "distinctiveness" requirement as to corporate defendants, extraterritorial applicability of RICO. | | 8.90 |
| 03/11/16 | JLJ | Prepare Preliminary Statement for opposition brief. | | 2.50 |
| | | Review client comments to draft opposition brief. | | 0.60 |
| 03/14/16 | JLJ | Revise draft opposition brief regarding standard for motion. | | 2.80 |
| 03/15/16 | JLJ | Revise and finalize opposition brief, including tables of contents and authorities. | | 1.30 |
| | | Prepare correspondence to P. Grossman serving opposition brief. | | 0.20 |
| | | Prepare correspondence to Court submitting courtesy copy of opposition brief to Grossman Rule 50(b) | | 0.10 |

# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

|  |  |
|---|---|
| Page | 2 |
| Inv# | 1678986 |
| Date | 03/29/16 |
| 02470034.000018 - MED | |

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | motion. |  |  |
|  |  | Review opposition brief by Pierre Grossman to post-trial motion for award of fees and costs. | 0.80 |  |
|  |  | Prepare correspondence to M. Stratton regarding opposition brief by Pierre Grossman to post-trial motion for award of fees and costs. | 0.40 |  |
| 03/16/16 | JLJ | Telephone conference with chambers regarding opposition filed by P. Grossman. | 0.10 |  |
|  |  | Exchange correspondence with M. Stratton regarding P. Grossman's opposition to motion for fees and costs. | 0.30 |  |
| 03/21/16 | JLJ | Legal research regarding cases cited by P. Grossman in opposition to motion for fees and costs, availability of fees for unsuccessful motions. | 1.90 |  |
|  |  | Draft outline for preliminary statement for reply brief on motion for fees and costs. | 0.60 |  |
| 03/22/16 | JLJ | Analyze issues, arguments for reply papers on motion for fees and costs. | 0.50 |  |
| 03/24/16 | JLJ | Prepare reply brief in support of motion for fees and costs. | 5.50 |  |
| 03/25/16 | JLJ | Review comments to draft reply brief. | 0.30 |  |
| 03/27/16 | JLJ | Revise draft reply brief on motion for fees and costs. | 1.00 |  |
|  |  | Prepare correspondence to client regarding revised draft reply brief on motion for fees and costs. | 0.10 |  |
|  |  | Jason L. Jurkevich | 36.30 | $12,705.00 |
|  |  | Total Fees | 36.30 | $12,705.00 |

**SILLS CUMMIS & GROSS**
A PROFESSIONAL CORPORATION

**THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5400
(973) 643-7000**

| | | | | | |
|---|---|---|---|---|---|
| | Page | | | | 3 |
| | Inv# | | | | 1678986 |
| | Date | | | | 03/29/16 |
| | 02470034.000018 - MED | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Jason L. Jurkevich | - | 36.30 | x 350.00 | = | 12,705.00 |

**TOTAL THIS INVOICE**      **$12,705.00**

# SILLS CUMMIS & GROSS

A PROFESSIONAL CORPORATION

**THE LEGAL CENTER**
**ONE RIVERFRONT PLAZA**
**NEWARK, NEW JERSEY 07102-5400**
**(973) 643-7000**

| | |
|---|---|
| Page | 4 |
| Inv# | 1678986 |
| Date | 03/29/16 |
| 02470034.000018 | - MED |

Elsevier, Inc.
3251 Riverport Lane
Maryland Heights, MO 63043

FEI#22 - 1920331

RE: Pierre Grossman
PO 650014726

## REMITTANCE ADVICE

For legal services rendered through March 28, 2016.

| | |
|---|---:|
| Total Fees | $12,705.00 |
| **TOTAL THIS INVOICE** | **$12,705.00** |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT PLEASE RETURN THIS
REMITTANCE ADVICE WITH YOUR PAYMENT.