# EXHIBIT F



**ELSEVIER**

Elsevier
Customer Service
6277 Sea Harbor Drive
Orlando FL 32887-4800
USA

Tel: (+1) 407-345-4020
Fax: (+1) 407 363 1354
Email: usjcs@elsevier.com
www.elsevier.com

NLS0148124780O1
GS404627213
FR57390002230

# Invoice
## Archive Copy

FED: 13-1958712
DUNS: 906-394-391
GST: R137135919

Billing Account Number. **00794881**

BILL TO:

IBIS/PTI
PUBLICACOES TECNICAS
INTERNACIONIS LTDA
R PEIXOTO GOMIDE 209
01409-901 SAO PAULO SP
BRAZIL

Delivery Account Number. **10830496**

SEND TO:

PTI BOOKS
UNIP
CX POSTAL 31220
01309-970 SAO PAULO SP
BRAZIL

Registered in England Number 1982084 Elsevier, Fulfilment Centre, The Boulevard, Kidlington, Oxford, OX5 1GB, UK

INCL   FD9

| PAGE NO 1 | SOURCE CODE E-PID Order | DUE DATE 29-SEP-2007 | INVOICE DATE 30-AUG-2007 | | INVOICE NO A9535033 | | | |
|---|---|---|---|---|---|---|---|---|
| PRODUCT REF | DETAIL | | PURCHASE ORDER NUMBER | QTY | PRICE | NET AMOUNT | POSTAGE | TAX | TOTAL AMOUNT |

| | PRODUCT REF | DETAIL | PURCHASE ORDER NUMBER | QTY | PRICE | NET AMOUNT | POSTAGE | TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | The balance of 1003930181 to be supplied separately. Delivery charges for this order are based on a single delivery but are split between invoices. | | | | | | | |
| 1 | 05287 P | INTERACTING WITH COMPUTERS 00019/0001 JAN-07  00019/0006 DEC-07 Number of Issues=  6 Personal | 87916.03.09 | 1 | 105.00 | 105.00 | 0.00 | 0.00 | 105.00 |
| | | ELSEVIER ORDER NUMBER: 1003930181 | | | | | | | |
| 2 | 12001 P | ADVANCES IN APPLIED MATHEMATICS 00038/0001  JAN-07 00039/0004 DEC-07 Number of Issues=  8   Personal | 87916.03.09 | 1 | 433.00 | 433.00 | 0.00 | 0.00 | 433.00 |
| | | ELSEVIER ORDER NUMBER: 1003930181 | | | | | | | |
| 3 | 12005 P | ADVANCES IN MATHEMATICS 00208/0001  JAN-07   00216/0002 DEC-07 Number of Issues=  18 Personal | 87916.03.09 | 1 | 1399.00 | 1399.00 | 0.00 | 0.00 | 1399.00 |
| | | ELSEVIER ORDER NUMBER: 1003930181 | | | | | | | |

**Continued on next page ..**

EXHIBIT ID
P-15
DATE: 8/17/15
CORINNE J. BLAIR, CSR RPR

ELS 000138

See final page for Elsevier's

terms and conditions of supply

ELS 000139

Elsevier
Customer Service
6277 Sea Harbor Drive
Orlando FL 32887-4800
USA

Tel: (+1) 407-345-4020
Fax: (+1) 407 363 1354
Email: usjcs@elsevier.com
www.elsevier.com

NLS01481247B01
GB494627212
FR67390885230

# Invoice
## Archive Copy

**ELSEVIER**

FED: 13-1958712
DUNS: 806-294-391
GST: R137135919

| Billing Account Number. **00794881** | Delivery Account Number. **10830496** |
|---|---|
| BILL TO:<br><br>IBIS/PTI<br>PUBLICACOES TECNICAS<br>INTERNACIONIS LTDA<br>R PEIXOTO GOMIDE 209<br>01409-901 SAO PAULO SP<br>BRAZIL | SEND TO:<br><br>PTI BOOKS<br>UNIP<br>CX POSTAL 31220<br>01309-970 SAO PAULO SP<br>BRAZIL |

Registered in England Number 1982084 Elsevier, Fulfilment Centre, The Boulevard, Kidlington, Oxford, OX5 1GB, UK

INCL    FD9

| PAGE NO 3 | SOURCE CODE E-PID Order | DUE DATE 29-SEP-2007 | INVOICE DATE 30-AUG-2007 | INVOICE NO A9535033 | | | | |
|---|---|---|---|---|---|---|---|---|
| PRODUCT REF | DETAIL | | PURCHASE ORDER NUMBER | QTY | PRICE | NET AMOUNT | POSTAGE | TAX | TOTAL AMOUNT |
| | TOTAL VALUE OF THIS INVOICE | | | | | | 0.00 | 0.00 | 1937.00 |
| | LESS PAYMENT ALREADY RECEIVED | | | | | | | | 1840.15 |
| REMARKS | | | | | | | | |

Thank you for your payment of 1840.15 USD of which 1840.15 USD has been
applied to this invoice. Thank you for your order as listed on this invoice. Please
note the amount paid was insufficient for this order. Your order has been
processed. We kindly request you remit the additional payment quoted on this
invoice to balance your account.

| Amount due in US Dollars | USD | 96.85 |
|---|---|---|

| Quantity Supplied 26 | Method Dutch PTT/Stan |
|---|---|
| Total Weight 1.580 | Type Dutch PTT/Stan |

--- ✂ --------------------------------------------------------------------------------------

Please return the complete invoice to the Customer Service address above if you are making any changes
**REMITTANCE ADVICE - PLEASE RETURN WITH CHEQUE OR CREDIT CARD PAYMENTS**

BACS transfers - please quote invoice and billing account numbers. Failure to do so will result in delays or lost payments.

| Billing Account Number | |
|---|---|
| Invoice Number | |
| Delivery Account Number | |
| Invoice Date: | 30-AUG-2007 |
| TOTAL AMOUNT USD | 96.85 |

Registered in England Number 1982084  Elsevier,
Fulfilment Centre, The Boulevard, Kidlington, Oxford, OX5 1GB, UK

**PAYMENT OPTIONS:**

**Bank Transfer:** Remit the amount to our account 62.65.07.634 with the Hollandsche Bank Unie NV, Rotterdam, The Netherlands, SWIFT-address: HBUANL2R, IBAN: NL76 HBUA 0626 5076 34

**Cheque:** Draw and send this slip with a check to Elsevier, PO Box 7247-7682 Philadelphia, PA 19170-7682, USA

**Credit Card:** Fill in your credit card details and send to Customer Service, 11830 Westline IND Dr, St Louis, MO 63146, USA

☐ Amex (not JPY)    ☐ Visa    ☐ Euro/Mastercard    ☐ JCB

Valid Expiry Date: _____ Month _____ Year _____

Signature _____

Name _____

00794881   A9535033   00   0000000193700   0

**ELS 000140**

# Elsevier Terms and Conditions of Supply

**1. Applicability:** These terms and conditions shall apply to all offers, proposals and agreements made between Elsevier and any third party or its agent ("the Client") relating to the products and/or services of Elsevier ("the Products and/or Services") and, along with the relevant Elsevier order acknowledgement, shall form the entire agreement between the parties (the "TC"). They supersede any previous supply terms and conditions. For the purposes of the TC 'Elsevier' shall mean the company within the Elsevier group that is providing the Products or Services as set out on the Elsevier order acknowledgement or invoice. Where general terms and conditions of business are proposed by the Client, these shall not apply and the TC will prevail. Any variation to the TC and any representations about the Products and Services shall have no effect unless expressly agreed in writing and signed by an authorised signatory of Elsevier. Nothing in this TC will exclude or limit Elsevier's liability for fraudulent misrepresentation.

**2. Offer and acceptance / Description:** Each order for the Products and Services by the Client from Elsevier shall be deemed to be an offer by the Client to purchase the Products and Services subject to the TC. No order placed by the Client shall be deemed accepted until a written acknowledgement of order is issued by Elsevier or (if earlier) Elsevier delivers the Products or issues the invoice to the Client or commences performance of the Services for the Client. All product orders are accepted subject to availability of the ordered Products. Unless otherwise expressly agreed by Elsevier in writing, Client represents and warrants that it is purchasing the Products or Services from Elsevier for its own account and use and not on behalf of any other person or entity. If Client is an agent, it represents and warrants that it is purchasing the Products and Services from Elsevier for the account and use of no more than one identified institutional subscriber as principal or, if the agent is permitted to order personal subscriptions to a representative capacity, for the account and use of no more than one identified eligible individual subscriber for valid personal use. Client acknowledges that violation of this representation and warranty will cause irreparable harm to Elsevier. Upon any violation of this representation and warranty, Elsevier shall be entitled to immediate injunctive relief requiring Client to disclose all recipients of Elsevier Products and Services from Client, including all actual recipients that have not been previously properly identified by Client. Elsevier shall use commercially reasonable efforts to comply with descriptions of the Products and Services agreed by both parties in the relevant order, including such things as format, printing processes, technical design, size and kind of address file, weights and the like. All drawings, descriptive matter, specifications and advertising issued by Elsevier and any descriptions or illustrations contained in Elsevier's catalogues or brochures are issued or published for the sole purpose of giving an approximate description of the Products and Services described in them. They will not form part of the TC. Publishing errors, including, but not limited to, typographical errors, having no significant effect on the editorial content or design characteristics of the Products and Services, cannot be considered a reason for rejecting delivery or, as the case may be, modifying the agreed price.

**3. Execution and modification of the order:** Any modifications to the agreed product or service description, budget or schedule, as set out in the order acknowledgement, may result in an adjustment to the final price and/or delivery schedule at Elsevier's discretion.

**4. Rates and prices:** Unless otherwise agreed by Elsevier in writing the price/rates for the Products shall be those set out in Elsevier's current price/rate list (whether print or online). All such prices/rates shall be exclusive of any handling, packing, loading, freight, transport and insurance charges unless otherwise agreed in writing, and shall also be exclusive of any taxes, import duties or other levies imposed on the sale or import of the Products by local or national authorities, which shall be charged by Elsevier as appropriate. Where applicable, Client shall provide its VAT registration number or other evidence of tax exemption to Elsevier at the time of placing its order. If, under the laws of the territory in which Client is selling the Products, the Client is required to withhold any tax on the amounts payable to Elsevier under the TC, then the amount of the payment will be automatically increased to fully offset such tax, so that the amount actually remitted to Elsevier, net of all taxes, equals the amount invoiced or otherwise due. The Client will promptly furnish Elsevier with the official receipt of payment of those taxes to the appropriate taxing authority. All financial transactions must be settled in the currency of the applicable Elsevier invoice. The Client will be solely responsible at its own cost for completing any foreign exchange-related procedures in the said territory that are necessary to make payments to Elsevier under the TC, including without limitation all bank charges and foreign exchange charges.

**5. Payment:** Unless otherwise agreed in writing, payments shall be effected within thirty (30) days of the invoice date in the currency invoiced. Time for payment shall be of the essence. Elsevier may set and vary credit limits for any Client account and shall be entitled to refuse to supply and Elsevier has exceeded its current credit limit. Legal and beneficial title in any tangible Products supplied by Elsevier to the Client shall remain with Elsevier until Elsevier has received in full (in cash or cleared funds) all sums due to it in respect of the Products and all other sums which are or which become due to Elsevier from the Client on any account. The Client may resell the Products before ownership has passed to it provided that any sale shall be effected in the ordinary course of the Client's business at full market value and any such sale shall be a sale of Elsevier's property on the Client's own behalf and the Client shall deal as principal when making such a sale. Elsevier shall be entitled to recover payment for the copies of the Product notwithstanding that ownership of any of the copies of the Product has not passed from Elsevier. For the avoidance of doubt no intellectual property rights in any Elsevier Products shall transfer to the Client. Products shall be at the Client's risk as from delivery. The Client shall make all payments due under the TC without any deduction whether by way of set-off, counterclaim, discount, abatement or otherwise unless the Client has a valid court order requiring an amount equal to such deduction to be paid by Elsevier to the Client. From the due date of the invoice to the date of payment in full, interest at the rate of 1% may be charged to the Client on a monthly basis for any sums outstanding, together with any collection fees incurred by Elsevier. If the Client wishes to dispute any invoice (or part), the Client shall, as soon as reasonably practicable, but no later than the due date of such invoice, send full details of such dispute to Elsevier in writing. The Client shall remain liable for any undisputed part of such invoice. Elsevier shall be entitled, at any time, to demand payment in advance and may suspend performance of its obligations arising from the TC until such advance payment has been received. Where the Client is indebted to Elsevier for any other Product or Service under any other order, Elsevier reserves the right to withhold supply of the Products or Services under the current order until any outstanding monies are fully paid. Elsevier shall be entitled to apply any monies received by the Client, to clear any of the Client's outstanding debts to Elsevier.

**6. Distribution:** The Client shall not engage in piracy, reproduction, or plagiarism of the Products or any other products of Elsevier or its affiliates, nor shall it directly or indirectly facilitate any other party to engage in those activities. The Client shall promptly notify Elsevier if it becomes aware of any piracy, reproduction, or plagiarism of the Products by any third party. The Client is solely responsible for collecting from its customers amounts due in respect of its sales of the Products, exercising full credit control and solely bearing all of its own losses resulting from any uncollected amounts. Delays or failures in obtaining such payments will not affect the Client's obligation to make payments to Elsevier under clause 5.

**7. Intellectual property:** Copyright and other intellectual property rights to all Elsevier proposals, publications and other Products and or Services shall remain with Elsevier unless agreed otherwise in writing. The rights granted by Elsevier are restricted to use solely by the Client and may not be assigned, transferred or sublicensed without the prior written permission of Elsevier. The rights granted by Elsevier are non-exclusive and for the purpose expressly agreed upon. Any other use shall require the prior written permission of Elsevier. The Client shall not acquire any intellectual property rights in the Products. No part

of the Elsevier proposals, publications or Products may be stored in any automated data file and/or reproduced, whether electronically, mechanically, by photocopying, recording or in any other manner or form, without the specific prior written permission of Elsevier.

**8. Liability and claims:** TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS (i) Elsevier shall not be liable for any of the following losses which may arise by reason of any breach of this TC or any implied warranty, condition or other term, any representation or any duty of any kind imposed on Elsevier by operation of law: (a) any loss of anticipated profits or expected future business; (b) damage to reputation or goodwill; (c) any damages, costs or expenses payable by Elsevier to any third party; (d) loss of any order or contract; or (e) any loss that was not foreseeable by the Client and Elsevier at the time this TC was entered into; or (f) any loss not caused by any breach on the part of Elsevier; AND (ii) NEITHER PARTY SHALL BE RESPONSIBLE FOR DEATH OR PERSONAL INJURY EXCEPT THAT RESULTING FROM ITS OWN NEGLIGENCE OR WILFUL INTENT OR THE NEGLIGENCE OF ITS EMPLOYEES OR OTHERS FOR WHOM THE PARTY IS LEGALLY RESPONSIBLE. NOTHING IN THE TC SHALL BE CONSTRUED AS CREATING AN OBLIGATION TO INDEMNIFY THE OTHER PARTY AGAINST THE OTHER PARTY'S OWN NEGLIGENCE. ELSEVIER'S LIABILITY FOR ANY OTHER LOSS IMPUTABLE TO IT SHALL IN ANY EVENT BE LIMITED TO THE DAMAGES WHICH, TO THE EXTENT THAT THE TC TO WHICH THE LIABILITY ARISES. TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS ELSEVIER EXPRESSLY EXCLUDES ANY LIABILITY FOR BREACH OF ANY IMPLIED OR EXPRESS WARRANTY OF AS TO MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. NOTHING IN THIS CONTRACT SHALL LIMIT THE CLIENT'S EXISTING LEGAL OR STATUTORY RIGHTS WHERE IT IS ACTING AS A CONSUMER. The parties agree that the United Nations Convention on Contracts for the International Sale of Goods shall not apply to this TC or the interpretation or enforcement thereof. The Client has entered into this TC in the knowledge that the liability of Elsevier is to be limited in accordance with these terms and conditions and the charges have been agreed accordingly. The Client acknowledges that a higher price would be payable for the Products or Services but for such limitations.

**9. Force majeure:** If by reason of labor disputes, strikes, inability to obtain labor or materials, fire or other action of the elements, accidents, power or telecommunications failure, customs delays, governmental restrictions or appropriation or other causes beyond the control of a party, such party is unable to perform in whole or in part its obligations set forth in this TC, then such party shall be relieved of those obligations to the extent it is thereby unable to perform, and such inability to perform shall not make such party liable to any other party. The party subject to an event of force majeure shall use good faith efforts to comply as soon as reasonably possible with the provisions of this TC and to avoid the effects of such event to the extent possible.

**10. Audit:** If Client is an agent, Client shall allow Elsevier's authorized representative at any reasonable time to have access to Client's premises (or to arrange for Elsevier to appoint authorized representatives to have access to other relevant premises) for the purpose of inspecting Client's facilities, books and records to verify Client's compliance with the TC.

**11. Compliance with laws:** Client shall at all times during the term strictly comply with all applicable laws, ordinances, codes, regulations, standards and judicial and administrative orders (jointly "Applicable Laws" or "Laws") relevant to its duties, obligations and performance under the TC, including, without limitation, the Read Elsevier Code of Conduct for Suppliers www.reedelsevier.com/investorcentre/corporateresponsibility/Pages/CodeofEthics.aspx and Applicable Laws related to bribery, including, without limitation any such Laws that are enforced internationally (such as the United States Foreign Corrupt Practice Act and the UK Bribery Act) and those enforced in the country where business is being conducted and/or the Client places its basis of business or residency. Client and its officers, directors, employees and agents shall engage only in legitimate business and ethical practices in commercial operations and in relation to its dealings with any employee or official of a government agency or any other government owned, operated or controlled entity (including, without limitation, state run universities, hospitals and libraries), or political parties or candidates (jointly "Government Official"). Neither Client nor any of its officers, directors, employees or agents shall pay, offer, give, promise or authorize the payment, directly or indirectly, of any monies or anything of value to any commercial contact or Government Official for the purpose or intent to induce such person to use his/her authority to help the Client, Elsevier, and/or any affiliate of Elsevier for personal gain or for that of Elsevier or Elsevier's affiliates (any such act, a "Prohibited Payment"). A Prohibited Payment does not include a payment of reasonable and bona fide expenditures, such as travel or lodging expenses, which are directly related to the promotion, demonstration or explanation of Products or Services or the execution or performance of a contract provided that such payments are permissible under the Applicable Laws. Client further agrees that he/she will not accept any payment or other benefit in money or in kind from any person as an inducement or reward for any act or forbearance or in connection with any matter or business transacted by or on behalf of Elsevier.

**12. Cancellations & Returns:** Without prejudice to any rights the Client may have under statute as a consumer, if the Client cancels an order either fully or partially, a cancellation fee may be charged. All cancellations must be made in writing. This fee will be calculated to cover any external or internal costs which have been incurred or committed up to and including the date of cancellation. No new external costs will be incurred or committed/contracted from the date of receipt of written notice of cancellation by Elsevier. Any returns of the Products shall be subject to the relevant Elsevier company's return policy applicable to the product at the time of the return. Details of such policies will be provided to the Client upon request. Reprints cannot be returned once these have been printed.

**13. General:** The formation, existence, construction, performance, validity and all aspects of the TC shall be governed by the law of the corporate domicile of the Elsevier company which is providing the Products or Services. The parties agree to submit to the exclusive jurisdiction of the courts of that same corporate domicile. The Client shall not be entitled to assign the TC or any part of it without the prior written consent of Elsevier. Elsevier may assign the TC or any part of it to any person, firm or company. If any provision of the TC is found by any court, tribunal or administrative body of competent jurisdiction to be wholly or partly illegal, invalid, void, voidable, unenforceable or unreasonable it shall to the extent of such illegality, invalidity, voidness, voidability, unenforceability or unreasonableness be deemed severable and the remaining provisions of the TC and the remainder of such provision shall continue in full force and effect. Failure or delay by Elsevier in enforcing or partially enforcing any provision (or prosecuting any breach) of the TC will not be construed as a waiver of any of its rights under the TC.

ELS 000141



**Elsevier**
Customer Service
6277 Sea Harbor Drive
Orlando FL 32887-4800
USA

GB494627212

# *Invoice*
*Archive Copy*

Tel: (+1) 407-345-4020
Fax: (+1) 407 363 1354
Email: usjcs@elsevier.com
www.elsevier.com

FED: 13-1958712
DUNS: 006-294-391
GST: R137135919

Billing Account Number. **00794881**

Delivery Account Number. **10830496**

BILL TO:

IBIS/PTI
PUBLICACOES TECNICAS
INTERNACIONIS LTDA
R PEIXOTO GOMIDE 209
01409-901 SAO PAULO SP
BRAZIL

SEND TO:

PTI BOOKS
UNIP
CX POSTAL 31220
01309-970 SAO PAULO SP
BRAZIL

Registered in England Number 1982084 Elsevier, Fulfilment Centre, The Boulevard, Kidlington, Oxford, OX5 1GB, UK

INCL    FD9

| PAGE NO 1 | SOURCE CODE E-PID Order | DUE DATE 29-SEP-2007 | INVOICE DATE 30-AUG-2007 | INVOICE NO A9534953 | | | | |
|---|---|---|---|---|---|---|---|---|
| PRODUCT REF | DETAIL | PURCHASE ORDER NUMBER | QTY | PRICE | NET AMOUNT | POSTAGE | TAX | TOTAL AMOUNT |
| 00689 P | ANNALS OF TOURISM RESEARCH 00034/0001 JAN-07  00034/0004 DEC-07 Number of Issues=  4 Personal | 87982.08.15 | 1 | 179.00 | 179.00 | 0.00 | 0.00 | 179.00 |
| | ELSEVIER ORDER NUMBER: 1003930189 | | | | | | | |
| | TOTAL VALUE OF THIS INVOICE | | | | | 0.00 | 0.00 | 179.00 |
| | LESS PAYMENT ALREADY RECEIVED | | | | | | | 170.05 |

REMARKS
Thank you for your payment of 170.05 USD of which 170.05 USD has been applied to this invoice. Thank you for your order as listed on this invoice. Please note the amount paid was insufficient for this order.  Your order has been processed. We kindly request you remit the additional payment quoted on this invoice to balance your account.

| Amount due in US Dollars | USD | 8.95 |
|---|---|---|

| Quantity Supplied 4 | Method Dutch PTT/Stan |
|---|---|
| Total Weight 0.880 | Type Dutch PTT/Stan |

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return the complete invoice to the Customer Service address above if you are making any changes
**REMITTANCE ADVICE - PLEASE RETURN WITH CHEQUE OR CREDIT CARD PAYMENTS**

**BACS transfers - please quote invoice and billing account numbers. Failure to do so will result in delays or lost payments.**

**PAYMENT OPTIONS:**

| Billing Account Number | 00794881 |
|---|---|
| Invoice Number: | A9534953 |
| Delivery Account Number: | 10830496 |
| Invoice Date: | 30-AUG-2007 |
| TOTAL AMOUNT  USD | 8.95 |

Registered in England Number 1982084  Elsevier,
Fulfilment Centre, The Boulevard, Kidlington, OX5 1GB, UK

**Bank Transfer:** Remit the amount to our account 62.65.07.634 with the Hollandsche Bank Unie NV, Rotterdam, The Netherlands, SWIFT-address: HBUANL2R, IBAN: NL76 HBUA 0626 5076 34

**Cheque:** Draw and send this slip with a check to Elsevier, PO Box 7247-7682 Philadelphia, PA 19170-7682, USA

**Credit Card:** Fill in your credit card details and send to Customer Service, 11830 Westline IND Dr, St Louis, MO 63146, USA

☐ Amex (not JPY)   ☐ Visa   ☐ Euro/Mastercard   ☐ JCB

Valid Expiry Date:    Month    Year

Signature

Name

00794881  A9534953  00  0000000017900  O

**ELS 000134**

# Elsevier Terms and Conditions of Supply

**1. Applicability:** These terms and conditions shall apply to all offers, proposals and agreements made between Elsevier and any third party or its agent ("the Client") relating to the products and/or services of Elsevier ("the Products and/or Services") and, along with the relevant Elsevier order acknowledgement, shall form the entire agreement between the parties (the "TC"). They supersede any previous supply terms and conditions. For the purposes of the TC "Elsevier" shall mean the company within the Elsevier group that is providing the Products or Services as set out on the Elsevier order acknowledgement or invoice. Where general terms and conditions of business are proposed by the Client, these shall not apply and the TC will prevail. Any variation to the TC and any representations about the Products and Services shall have no effect unless expressly agreed in writing and signed by an authorised signatory of Elsevier. Nothing in the TC will exclude or limit Elsevier's liability for fraudulent misrepresentation.

**2. Offer and acceptance/ Description:** Each order for the Products and Services by the Client from Elsevier shall be deemed to be an offer by the Client to purchase the Products and Services subject to the TC. No order placed by the Client shall be deemed accepted until a written acknowledgement of order is issued by Elsevier or (if earlier) Elsevier delivers the Products or issues the invoice to the Client or commences performance of the Services for the Client. All product orders are accepted subject to availability of the ordered Products. Unless otherwise expressly agreed by Elsevier in writing, Client represents and warrants that it is purchasing Products or Services from Elsevier for its own account and use and not on behalf of any other person or entity. If Client is an agent, it represents and warrants that it is purchasing the Products and Services from Elsevier for the account and use of no more than one identified institutional subscriber as principal or, if the agent is permitted to order personal subscriptions in a representative capacity, for the account and use of no more than one identified eligible individual subscriber for valid personal use. Client acknowledges that violation of this representation and warranty will cause irreparable harm to Elsevier. Upon any violation of this representation and warranty, Elsevier shall be entitled to immediate injunctive relief requiring Client to disclose all recipients of Elsevier Products and Services from Client, including all actual recipients that have not been previously properly identified by Client. Elsevier shall use commercially reasonable efforts to comply with descriptions of the Products and Services agreed by both parties in the relevant order, including such things as format, printing processes, technical design, size and kind of address file, weights and the like. All drawings, descriptive matter, specifications and advertising issued by Elsevier and any descriptions or illustrations contained in Elsevier's catalogues or brochures are issued or published for the sole purpose of giving an approximate description of the Products and Services described in them. They will not form part of the TC. Publishing errors, including, but not limited to, typographical errors, having no significant effect on the editorial content or design characteristics of the Products and Services, cannot be considered a reason for rejecting delivery or, as the case may be, modifying the agreed price.

**3. Execution and modification of the order:** Any modifications to the agreed product or service description, budget or schedule, as set out in the order acknowledgement, may result in an adjustment to the final price and/or delivery schedule at Elsevier's discretion.

**4. Rates and prices:** Unless otherwise agreed by Elsevier in writing the price/rates for the Products shall be those set out in Elsevier's current price/rate list (whether print or online). All such prices/rates shall be exclusive of any handling, packing, loading, freight, transport and insurance charges unless otherwise agreed in writing, and **shall also be** exclusive of any taxes, import duties or other levies imposed on the sale or import of the Products by local or national authorities, which shall be charged by Elsevier as appropriate. Where applicable, Client shall provide its VAT registration number or other evidence of tax exemption to Elsevier at the time of placing its order. If, under the laws of the territory in which Client is selling the Products, the Client is required to withhold any tax on the amounts payable to Elsevier under the TC, then the amount of the payment will be automatically increased to fully offset such tax, so that the amount actually remitted to Elsevier, net of all taxes, equals the amount invoiced or otherwise due. The Client will promptly furnish Elsevier with the official receipt of payment of those taxes to the appropriate taxing authority. All financial transactions must be settled in the currency of the applicable Elsevier invoice. The Client will be solely responsible at its own cost for completing any foreign exchange-related procedures in the said territory that are necessary to make payments to Elsevier under the TC, including without limitation all bank charges and foreign exchange charges.

**5. Payment:** Unless otherwise agreed in writing, payments shall be effected within thirty (30) days of the invoice date in the currency invoiced. Time for payment shall be of the essence. Elsevier may set and vary credit limits for any Client account and shall be entitled to refuse to supply any Client who has exceeded its current credit limit. Legal and beneficial title in any tangible Products supplied by Elsevier to the Client shall remain with Elsevier until Elsevier has received in full (in cash or cleared funds) all sums due to it in respect of the Products and all other sums which are or which become due to Elsevier from the Client on any account. The Client may resell the Products before ownership has passed to it provided that any sale shall be effected in the ordinary course of the Client's business at full market value and any such sale shall be a sale of Elsevier's property on the Client's own behalf and the Client shall deal as principal when making such a sale. Elsevier shall be entitled to recover payment for the copies of the Product notwithstanding that ownership of any of the copies of the Product has not passed from Elsevier. For the avoidance of doubt no intellectual property rights in any Elsevier Products shall transfer to the Client. Products shall be at the Client's risk as from delivery. The Client shall make all payments due under the TC without any deduction whether by way of set-off, counterclaim, discount, abatement or otherwise unless the Client has a valid court order requiring an amount equal to such deduction to be paid by Elsevier to the Client. From the due date of the invoice to the date of payment in full, interest at the rate of 1% may be charged to the Client on a monthly basis for any sums outstanding, together with any collection fees incurred by Elsevier. If the Client wishes to dispute any invoice (or part), the Client shall, as soon as reasonably practicable, but no later than the due date of such invoice, send full details of such dispute to Elsevier in writing. The Client shall remain liable for any undisputed part of such invoice. Elsevier shall be entitled, at any time, to demand payment in advance and may suspend performance of its obligations arising from the TC until such advance payment has been received. Where the Client is indebted to Elsevier for any other Product or Service under any other order, Elsevier reserves the right to withhold supply of the Products or Services under the current order until any outstanding monies are fully paid. Elsevier shall be entitled to apply any monies received by the Client, to clear any of the Client's outstanding debts to Elsevier.

**6. Distribution:** The Client shall not engage in piracy, reproduction, or plagiarism of the Products or any other products of Elsevier or its affiliates, nor shall it directly or indirectly facilitate any other party to engage in those activities. The Client shall promptly notify Elsevier if it becomes aware of any piracy, reproduction, or plagiarism of the Products by any third party. The Client is solely responsible for collecting from its customers amounts due in respect of its sales of the Products, exercising full credit control and solely bearing all of its own losses resulting from any uncollected amounts. Delays or failures in obtaining such payments will not affect the Client's obligation to make payments to Elsevier under clause 5.

**7. Intellectual property:** Copyright and other intellectual property rights to all Elsevier proposals, publications and other Products and or Services shall remain with Elsevier unless agreed otherwise in writing. The rights granted by Elsevier are restricted to use solely by the Client and may not be assigned, transferred or sublicensed without the prior written permission of Elsevier. The rights granted by Elsevier are non-exclusive and for the purpose expressly agreed upon. Any other use shall require the prior written permission of Elsevier. The Client shall not acquire any intellectual property rights in the Products. No part

of the Elsevier proposals, publications or Products may be stored in any automated data file and/or reproduced, whether electronically, mechanically, by photocopying, recording or in any other manner or form, without the specific prior written permission of Elsevier.

**8. Liability and claims:** TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS (i) Elsevier shall not be liable for any of the following losses which may arise by reason of any breach of this TC or any implied warranty, condition or other term, any representation or any duty of any kind imposed on Elsevier by operation of law: (a) any loss of anticipated profits or expected future business; (b) damage to reputation or goodwill; (c) any damages, costs or expenses payable by Elsevier to any third party; (d) loss of any order or contract; or (e) any loss that was not foreseeable by the Client and Elsevier at the time this TC was entered into; or (f) any loss not caused by any breach on the part of Elsevier; AND (ii) NEITHER PARTY SHALL BE RESPONSIBLE FOR DEATH OR PERSONAL INJURY EXCEPT THAT RESULTING FROM ITS OWN NEGLIGENCE OR WILFUL INTENT OR THE NEGLIGENCE OF ITS EMPLOYEES OR OTHERS FOR WHOM THE PARTY IS LEGALLY RESPONSIBLE. NOTHING IN THE TC SHALL BE CONSTRUED AS CREATING AN OBLIGATION TO INDEMNIFY THE OTHER PARTY AGAINST THE OTHER PARTY'S OWN NEGLIGENCE. ELSEVIER'S LIABILITY FOR ANY OTHER LOSS IMPUTABLE TO IT SHALL IN ANY EVENT BE LIMITED TO THE INVOICE VALUE OF THE PART OF THE TC TO WHICH THE LIABILITY ARISES. TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS Elsevier EXPRESSLY EXCLUDES ANY LIABILITY FOR BREACH OF ANY IMPLIED OR EXPRESS WARRANTY OF AS TO MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. NOTHING IN THIS CONTRACT SHALL LIMIT THE CLIENT'S EXISTING LEGAL OR STATUTORY RIGHTS WHERE IT IS ACTING AS A CONSUMER. The parties agree that the United Nations Convention on Contracts for the International Sale of Goods shall not apply to this TC or the interpretation or enforcement thereof. The Client has entered into this TC in the knowledge that the liability of Elsevier is to be limited in accordance with these terms and conditions and the charges have been agreed accordingly. The Client acknowledges that a higher price would be payable for the Products or Services but for such limitations.

**9. Force majeure:** If by reason of labor dispute, strikes, inability to obtain labor or materials, fire or other action of the elements, accidents, power or telecommunications failure, customs delays, governmental restrictions or appropriation or other causes beyond the control of a party, such party is unable to perform in whole or in part its obligations set forth in this TC, then such party shall be relieved of those obligations to the extent it is thereby unable to perform, and such inability to perform shall not make such party liable to any other party. The party subject to an event of force majeure shall use good faith efforts to comply as closely as possible with the provisions of this TC and to avoid the effects of such event to the extent possible.

**10. Audit:** If Client is an agent, Client shall allow Elsevier's authorized representative at any reasonable time to have access to Client's premises (or to arrange for Elsevier's authorized representatives to have access to other relevant premises) for the purpose of inspecting Client's facilities, books and records to verify Client's compliance with the TC.

**11. Compliance with laws:** Client shall at all times during the term strictly comply with all applicable laws, ordinances, codes, regulations, standards and judicial and administrative orders (jointly "Applicable Laws" or "Laws") relevant to its duties, obligations and performance under the TC, including, without limitation, the Reed Elsevier Code of Conduct for Suppliers www.reedelsevier.com/investorcentre/corporatestructure/Pages/Codeofethics.aspx and Applicable Laws related to bribery, including, without limitation any Laws that are enforced internationally (such as the United States Foreign Corrupt Practice Act and the UK Bribery Act) and those enforced in the country where business is being conducted and/or the Clients place of business or residency. Client and its officers, directors, employees and agents shall engage only in legitimate business and ethical practices in commercial operations and in relation to its dealings with any employee or official of a government agency or any other government owned, operated or controlled entity (including, without limitation, state run universities, hospitals and libraries), or political parties or candidates (jointly "Government Official"). Neither Client nor any of its officers, directors, employees or agents shall pay, offer, give, promise or authorize the payment, directly or indirectly, of any monies or anything of value to any commercial contact or Government Official for the purpose or intent to induce such person to use his/her authority to help the Client, Elsevier, and/or any affiliate of Elsevier for personal gain or for that of Elsevier or Elsevier's affiliates (any such act, a "Prohibited Payment"). A Prohibited Payment does not include a payment of reasonable and bona fide expenditures, such as travel or lodging expenses, which are directly related to the promotion, demonstration or explanation of Products or Services or the execution or performance of a contract provided that such payments are permissible under the Applicable Laws. Client further agrees that he/she will not accept any payment or other benefit in money or in kind from any person as an inducement or reward for any act or forbearance or in connection with any matter or business transacted by or on behalf of Elsevier.

**12. Cancellations & Returns:** Without prejudice to any rights the Client may have under statute as a consumer, if the Client cancels an order either fully or partially, a cancellation fee may be charged. All cancellations must be made in writing. This fee will be calculated to cover any external or internal costs which have been incurred or committed up to and including the date of cancellation. No new external costs will be incurred or committed/contracted from the date of receipt of written notice of cancellation by Elsevier. Any returns of the Products shall be subject to the relevant Elsevier company's return policy applicable to the product at the time of the return. Details of such policies will be provided to the Client upon request. Reprints cannot be returned once these have been printed.

**13. General:** The formation, existence, construction, performance, validity and all aspects of the TC shall be governed by the law of the corporate domicile of the Elsevier company which is providing the Products or Services. The parties agree to submit to the exclusive jurisdiction of the courts of that same corporate domicile. The Client shall not be entitled to assign the TC or any part of it without the prior written consent of Elsevier. Elsevier may assign the TC or any part of it to any person, firm or company. If any provision of the TC is found by any court, tribunal or administrative body of competent jurisdiction to be wholly or partly illegal, invalid, void, voidable, unenforceable or unreasonable it shall to the extent of such illegality, invalidity, voidness, voidability, unenforceability or unreasonableness be deemed severable and the remaining provisions of the TC and the remainder of such provision shall continue in full force and effect. Failure or delay by Elsevier in enforcing or partially enforcing any provision of the TC shall not be construed as a waiver of any of its rights under the TC.



ELS 000135



**Elsevier**
Customer Service
6277 Sea Harbor Drive
Orlando FL 32887-4800
USA

Tel: (+1) 407-345-4020
Fax: (+1) 407 363 1354
Email: usjcs@elsevier.com
www.elsevier.com

GB494627212

# Invoice
## Archive Copy

FED: 13-1958712
DUNS: 006-294-391
GST: R137135919

| Billing Account Number. **00794881** | | Delivery Account Number. **10839249** |
|---|---|---|
| BILL TO: | | SEND TO: |
| IBIS/PTI<br>PUBLICACOES TECNICAS<br>INTERNACIONIS LTDA<br>R PEIXOTO GOMIDE 209<br>01409-901 SAO PAULO SP<br>BRAZIL | | ANA DOMINGAS<br>RUA MAL. DEODORO 1099<br>13020-904 CAMPINAS SP<br>BRAZIL |

Registered in England Number 1982084 Elsevier, Fulfilment Centre, The Boulevard, Kidlington, Oxford, OX5 1GB, UK

INCL          FD9

| PAGE NO | SOURCE CODE | DUE DATE | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|
| 1 | E-PID Order | 01-SEP-2007 | 02-AUG-2007 | **A9482361** |

| | PRODUCT REF | DETAIL | PURCHASE ORDER NUMBER | QTY | PRICE | NET AMOUNT | POSTAGE | TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 00203 P | ARCHIVES OF ORAL BIOLOGY<br>00052/0001 JAN-07  00052/0012<br>DEC-07 Number of Issues=  12<br>Personal<br><br>ELSEVIER ORDER NUMBER: 1003677991 | 97971.01.03 | 1 | 166.00 | 166.00 | 0.00 | 0.00 | 166.00 |
| 2 | 03053 P | JOURNAL OF DENTISTRY<br>00035/0001 JAN-07  00035/0012<br>DEC-07 Number of Issues=  12<br>Personal<br><br>ELSEVIER ORDER NUMBER: 1003677991 | 97971.01.03 | 1 | 169.00 | 169.00 | 0.00 | 0.00 | 169.00 |

**Continued on next page ..**

**ELS 000124**

See final page for Elsevier's

terms and conditions of supply



**ELSEVIER**

**Elsevier**
Customer Service
6277 Sea Harbor Drive
Orlando FL 32887-4800
USA

Tel: (+1) 407-345-4020
Fax: (+1) 407 363 1354
Email: usjcs@elsevier.com
www.elsevier.com

GB494627212

# *Invoice*
## *Archive Copy*

FED: 13-1958712
DUNS: 006-294-391
GST: R137135919

Billing Account Number. **00794881**

BILL TO:

IBIS/PTI
PUBLICACOES TECNICAS
INTERNACIONIS LTDA
R PEIXOTO GOMIDE 209
01409-901 SAO PAULO SP
BRAZIL

Delivery Account Number. **10839249**

SEND TO:

ANA DOMINGAS
RUA MAL. DEODORO 1099
13020-904 CAMPINAS SP
BRAZIL

Registered in England Number 1982084 Elsevier, Fulfilment Centre, The Boulevard, Kidlington, Oxford, OX5 1GB, UK

INCL    FD9

| PAGE NO 3 | SOURCE CODE E-PID Order | DUE DATE 01-SEP-2007 | INVOICE DATE 02-AUG-2007 | INVOICE NO A9482361 | | | |
|---|---|---|---|---|---|---|---|
| PRODUCT REF | DETAIL | PURCHASE ORDER NUMBER | QTY | PRICE | NET AMOUNT | POSTAGE | TAX | TOTAL AMOUNT |
| | TOTAL VALUE OF THIS INVOICE | | | | | 0.00 | 0.00 | 335.00 |
| | LESS PAYMENT ALREADY RECEIVED | | | | | | | 318.25 |

REMARKS
Thank you for your payment of 318.25 USD of which 318.25 USD has been applied to this invoice. Thank you for your order as listed on this invoice. Please note the amount paid was insufficient for this order. Your order has been processed. We kindly request you remit the additional payment quoted on this invoice to balance your account.

Amount due in US Dollars    USD    **16.75**

| Quantity Supplied 18 | Method Dutch PTT/Stan |
|---|---|
| Total Weight 4.240 | Type Dutch PTT/Stan |

---

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return the complete invoice to the Customer Service address above if you are making any changes

**REMITTANCE ADVICE - PLEASE RETURN WITH CHEQUE OR CREDIT CARD PAYMENTS**

**BACS transfers - please quote invoice and billing account numbers. Failure to do so will result in delays or lost payments.**

## PAYMENT OPTIONS:

| Billing Account Number | 00794881 |
|---|---|
| Invoice Number: | A9482361 |
| Delivery Account Number: | 10839249 |
| Invoice Date: | 02-AUG-2007 |
| TOTAL AMOUNT  USD | 16.75 |

Registered in England Number 1982084  Elsevier,
Fulfilment Centre, The Boulevard, Kidlington, Oxford, OX5 1GB, UK

**Bank Transfer:** Remit the amount to our account 62.65.07.634 with the Hollandsche Bank Unie NV, Rotterdam, The Netherlands, SWIFT-address: HBUANL2R, IBAN: NL76 HBUA 0626 5076 34

**Cheque:** Draw and send this slip with a check to Elsevier, PO Box 7247-7682 Philadelphia, PA 19170-7682, USA

**Credit Card:** Fill in your credit card details and send to Customer Service, 11830 Westline IND Dr, St Louis, MO 63146, USA

☐ Amex (not JPY)   ☐ Visa   ☐ Euro/Mastercard   ☐JCB

Valid Expiry Date:    Month _____    Year _____

Signature _____

Name _____

00794881  A9482361  00  0000000033500  0

**ELS 000126**

# Elsevier Terms and Conditions of Supply

**1. Applicability:** These terms and conditions shall apply to all offers, proposals and agreements made between Elsevier and any third party or its agent ('the Client') relating to the products and/or services of Elsevier ('the Products and/or Services') and, along with the relevant Elsevier order acknowledgement, shall form the entire agreement between the parties (the "TC"). They supersede any previous supply terms and conditions. For the purposes of the TC 'Elsevier' shall mean the company within the Elsevier group that is providing the Products or Services as set out on the Elsevier order acknowledgement or invoice. Where general terms and conditions of business are proposed by the Client, these shall not apply and the TC will prevail. Any variation to the TC and any representations about the Products and Services shall have no effect unless expressly agreed in writing and signed by an authorised signatory of Elsevier. Nothing in the TC will exclude or limit Elsevier's liability for fraudulent misrepresentation.

**2. Offer and acceptance/ Description:** Each order for the Products and Services by the Client from Elsevier shall be deemed to be an offer by the Client to purchase the Products and Services subject to the TC. No order placed by the Client shall be deemed accepted until a written acknowledgement of order is issued by Elsevier or (if earlier) Elsevier delivers the Products or issues the invoice to the Client or commences performance of the Services for the Client. All product orders are accepted subject to availability of the ordered Products. Unless otherwise expressly agreed by Elsevier in writing, Client represents and warrants that it is purchasing Products or Services from Elsevier for its own account and use and not on behalf of any other person or entity. If Client is an agent, it represents and warrants that it is purchasing the Products and Services from Elsevier for the account and use of no more than one identified institutional subscriber as principal or, if the agent is permitted to order personal subscriptions in a representative capacity, for the account and use of no more than one identified eligible individual subscriber for valid personal use. Client acknowledges that violation of this representation and warranty will cause irreparable harm to Elsevier. Upon any violation of this representation and warranty, Elsevier shall be entitled to immediate injunctive relief requiring Client to disclose all recipients of Elsevier Products and Services from Client, including all actual recipients that have not been previously properly identified by Client. Elsevier shall use commercially reasonable efforts to comply with descriptions of the Products and Services agreed by both parties in the relevant order, including such things as format, printing processes, technical design, size and kind of address file, weights and the like. All drawings, descriptive matter, specifications and advertising issued by Elsevier and any descriptions or illustrations contained in Elsevier's catalogues or brochures are issued or published for the sole purpose of giving an approximate description of the Products and Services described in them. They will not form part of the TC. Publishing errors, including, but not limited to, typographical errors, having no significant effect on the editorial content or design characteristics of the Products and Services, cannot be considered a reason for rejecting delivery or, as the case may be, modifying the agreed price.

**3. Execution and modification of the order:** Any modifications to the agreed product or service description, budget or delivery schedule, as set out in the order acknowledgement, may result in an adjustment to the final price and/or delivery schedule at Elsevier's discretion.

**4. Rates and prices:** Unless otherwise agreed by Elsevier in writing the price/rates for the Products shall be those set out in Elsevier's current price/rate list (whether print or online). All such prices/rates shall be exclusive of any handling, packing, loading, freight, transport and insurance charges unless otherwise agreed in writing, and shall also be exclusive of any taxes, import duties or other levies imposed on the sale or import of the Products by local or national authorities, which shall be charged by Elsevier as appropriate. Where applicable, Client shall provide its VAT registration number or other evidence of tax exemption to Elsevier at the time of placing its order. If, under the laws of the territory in which Client is selling the Products, the Client is required to withhold any tax on the amounts payable to Elsevier under the TC, then the amount of the payment will be automatically increased to fully offset such tax, so that the amount actually remitted to Elsevier, net of all taxes, equals the amount invoiced or otherwise due. The Client will promptly furnish Elsevier with the official receipt of payment of those taxes to the appropriate taxing authority. All financial transactions must be settled in the currency of the applicable Elsevier invoice. The Client will be solely responsible at its own cost for completing any foreign exchange-related procedures in the said territory that are necessary to make payments to Elsevier under the TC, including without limitation all bank charges and foreign exchange charges.

**5. Payment:** Unless otherwise agreed in writing, payments shall be effected within thirty (30) days of the invoice date in the currency invoiced. Time for payment shall be of the essence. Elsevier may set and vary credit limits for any Client account and shall be entitled to refuse to supply any Client who has exceeded its current credit limit. Legal and beneficial title in any tangible Products supplied to the Client by Elsevier shall remain with Elsevier until Elsevier has received in full (in cash or cleared funds) all sums due to it in respect of the Products and all other sums which are or which become due to Elsevier from the Client on any account. The Client may resell the Products before ownership has passed to it provided that any sale the Client may be effected in the ordinary course of the Client's business at full market value and any such sale shall be a sale of Elsevier's property on the Client's own behalf and the Client shall deal as principal when making such a sale. Elsevier shall be entitled to recover payment for the copies of the Product notwithstanding that ownership of any of the copies of the Product has not passed from Elsevier. For the avoidance of doubt no intellectual property rights in any Elsevier Products shall transfer to the Client. Products shall be at the Client's risk as from delivery. The Client shall make all payments due under the TC without any deduction whether by way of set-off, counterclaim, discount, abatement or otherwise unless the Client has a valid court order requiring an amount equal to such deduction to be paid by Elsevier to the Client. From the due date of the invoice to the date of payment in full, interest at the rate of 1% may be charged to the Client on a monthly basis for any sums outstanding, together with any collection fees incurred by Elsevier. If the Client wishes to dispute any invoice (or part), the Client shall, as soon as reasonably practicable, but no later than the due date of such invoice, send full details of such dispute to Elsevier in writing. The Client shall remain liable for any undisputed part of such invoice. Elsevier shall be entitled, at any time, to demand payment in advance and may suspend performance of its obligations arising from the TC until such advance payment has been received. Where the Client is indebted to Elsevier for any other Product or Service under any other order, Elsevier reserves the right to withhold supply of the Products or Services under the current order until any outstanding monies are fully paid. Elsevier shall be entitled to apply any monies received by the Client, to clear any of the Client's outstanding debts to Elsevier.

**6. Distribution:** The Client shall not engage in piracy, reproduction, or plagiarism of the Products or any other products of Elsevier or its affiliates, nor shall it directly or indirectly facilitate any other party to engage in those activities. The Client shall promptly notify Elsevier if it becomes aware of any piracy, reproduction, or plagiarism of the Products by any third party. The Client is solely responsible for collecting from its customers amounts due in respect of its sales of the Products, exercising full credit control and solely bearing all of its own losses resulting from any uncollected amounts. Delays or failures in obtaining such payments will not affect the Client's obligation to make payments to Elsevier under clause 5.

**7. Intellectual property:** Copyright and other intellectual property rights to all Elsevier proposals, publications and other Products and or Services shall remain with Elsevier unless agreed otherwise in writing. The rights granted to Elsevier are restricted to use solely by the Client and may not be assigned, transferred or sublicensed without the prior written permission of Elsevier. The rights granted by Elsevier are non-exclusive and for the purpose expressly agreed upon. Any other use shall require the prior written permission of Elsevier. The Client shall not acquire any intellectual property rights in the Products. No part

of the Elsevier proposals, publications or Products may be stored in any automated data file and/or reproduced, whether electronically, mechanically, by photocopying, recording or in any other manner or form, without the specific prior written permission of Elsevier.

**8. Liability and claims:** TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS (i) Elsevier shall not be liable for any of the following losses which may arise by reason of any breach of this TC or any implied warranty, condition or other term, any representation or any duty of any kind imposed on Elsevier by operation of law: (a) any loss of anticipated profits or expected future business; (b) damage to reputation or goodwill; (c) any damages, costs or expenses payable by Elsevier to any third party; (d) loss of any order or contract; or (e) any loss that was not foreseeable by the Client and Elsevier at the time this TC was entered into; or (f) any loss not caused by any breach on the part of Elsevier; AND (ii) NEITHER PARTY SHALL BE RESPONSIBLE FOR DEATH OR PERSONAL INJURY EXCEPT THAT RESULTING FROM ITS OWN NEGLIGENCE OR WILFUL INTENT OR THE NEGLIGENCE OF ITS EMPLOYEES OR OTHERS FOR WHOM THE PARTY IS LEGALLY RESPONSIBLE. NOTHING IN THE TC SHALL BE CONSTRUED AS CREATING AN OBLIGATION TO INDEMNIFY THE OTHER PARTY AGAINST THE OTHER PARTY'S OWN NEGLIGENCE. ELSEVIER'S LIABILITY FOR ANY OTHER LOSS IMPUTABLE TO IT SHALL IN ANY EVENT BE LIMITED TO THE INVOICE VALUE OF THE PART OF THE TC TO WHICH THE LIABILITY ARISES. TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS Elsevier EXPRESSLY EXCLUDES ANY LIABILITY FOR BREACH OF ANY IMPLIED OR EXPRESS WARRANTY OF AS TO MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. NOTHING IN THIS CONTRACT SHALL LIMIT THE CLIENT'S EXISTING LEGAL OR STATUTORY RIGHTS WHERE IT IS ACTING AS A CONSUMER. The parties agree that the United Nations Convention on Contracts for the International Sale of Goods shall not apply to this TC or the interpretation or enforcement thereof. The Client has entered into this TC in the knowledge that the liability of Elsevier is to be limited in accordance with these terms and conditions and the charges have been agreed accordingly. The Client acknowledges that a higher price would be payable for the Products or Services but for such limitations.

**9. Force majeure:** If by reason of labour dispute, strikes, inability to obtain labor or materials, fire or other action of the elements, accidents, power or telecommunications failure, customs delays, governmental restrictions or appropriation or other causes beyond the control of a party, such party is unable to perform in whole or in part its obligations set forth in this TC, then such party shall be relieved of those obligations to the extent it is thereby unable to perform, and such inability to perform shall not make such party liable to any other party. The party subject to an event of force majeure shall use good faith efforts to comply as closely as possible with the provisions of this TC and to avoid the effects of such event to the extent possible.

**10. Audit:** If Client is an agent, Client shall allow Elsevier's authorized representative at any reasonable time to have access to Client's premises (or to arrange for Elsevier's authorized representative to have access to other relevant premises) for the purpose of inspecting Client's facilities, books and records to verify Client's compliance with the TC.

**11. Compliance with laws:** Client shall at all times during the term strictly comply with all applicable laws, ordinances, codes, regulations, standards and judicial and administrative orders (jointly "Applicable Laws" or "Laws") relevant to its duties, obligations and performance under the TC, including, without limitation, the Reed Elsevier Code of Conduct for Suppliers www.reedelsevier.com/investorcentre/corporategovernance/Pages/Codeofethics.aspx and Applicable Laws related to bribery, including, without limitation any such Laws that are enforced internationally (such as the United States Foreign Corrupt Practice Act and the UK Bribery Act) and those enforced in the country where business is being conducted and/or the Clients place of business or residency. Client and its officers, directors, employees and agents shall engage only in legitimate business and ethical practices in commercial operations and in relation to its dealings with any employee or official of a government agency or any other government owned, operated or controlled entity (including, without limitation, state run universities, hospitals and libraries), or political parties or candidates (jointly "Government Official"). Neither Client nor any of its officers, directors, employees or agents shall pay, offer, give, promise or authorize the payment, directly or indirectly, of any monies or anything of value to any commercial contact or Government Official for the purpose or intent to induce such person to use his/her authority to help the Client, Elsevier, and/or any affiliate of Elsevier for personal gain or for that of Elsevier or Elsevier's affiliates (any such act, a "Prohibited Payment"). A Prohibited Payment does not include a payment of reasonable and bona fide expenditures, such as travel or lodging expenses, which are directly related to the promotion, demonstration or explanation of Products or Services or the execution or performance of a contract provided that such payments are permissible under the Applicable Laws. Client further agrees that he/she will not accept any payment or other benefit in money or in kind from any person as an inducement or reward for any act or forbearance or in connection with any matter or business transacted by or on behalf of Elsevier.

**12. Cancellations & Returns:** Without prejudice to any rights the Client may have under statute as a consumer, if the Client cancels an order either fully or partially, a cancellation fee may be charged. All cancellations must be made in writing. This fee will be calculated to cover any external or internal costs which have been incurred or committed up to and including the date of cancellation. No new external costs will be incurred or committed/contracted from the date of receipt of written notice of cancellation by Elsevier. Any returns of the Products shall be subject to the relevant Elsevier company's return policy applicable to the product at the time of the return. Details of such policies will be provided to the Client upon request. Reprints cannot be returned once these have been printed.

**13. General:** The formation, existence, construction, performance, validity and all aspects of the TC shall be governed by the law of the corporate domicile of the Elsevier company which is providing the Products or Services. The parties agree to submit to the exclusive jurisdiction of the courts of that same corporate domicile. The Client shall not be entitled to assign the TC or any part of it without the prior written consent of Elsevier. Elsevier may assign the TC or any part of it to any person, firm or company. If any provision of the TC is found by any court, tribunal or administrative body of competent jurisdiction to be wholly or partly illegal, invalid, void, voidable, unenforceable or unreasonable it shall to the extent of such illegality, invalidity, voidness, voidability, unenforceability or unreasonableness be deemed severable and the remaining provisions of the TC and the remainder of such provision shall continue in full force and effect. Failure or delay by Elsevier in enforcing or partially enforcing any provision (or prosecuting any breach) of the TC will not be construed as a waiver of any of its rights under the TC.

ELS 000127



**Elsevier**
Customer Service
6277 Sea Harbor Drive
Orlando FL 32887-4800
USA

GB494627212

# Invoice
## Archive Copy

Tel: (+1) 407-345-4020
Fax: (+1) 407 363 1354
Email: usjcs@elsevier.com
www.elsevier.com

FED: 13-1958712
DUNS: 006-294-391
GST: R137135919

| Billing Account Number. | **00794881** |
|---|---|

BILL TO:

IBIS/PTI
PUBLICACOES TECNICAS
INTERNACIONIS LTDA
R PEIXOTO GOMIDE 209
01409-901 SAO PAULO SP
BRAZIL

| Delivery Account Number. | **10853852** |
|---|---|

SEND TO:

ANDREIA FERREIRA
ROD MG KM 45 431 CX P 100
35680-142 ITAUNA MG
BRAZIL

Registered in England Number 1982084 Elsevier, Fulfilment Centre, The Boulevard, Kidlington, Oxford, OX5 1GB, UK

INVN  FE8

| PAGE NO 1 | SOURCE CODE E-Mail Order | DUE DATE 09-FEB-2008 | INVOICE DATE 10-JAN-2008 | INVOICE NO A0131248 | | | | |
|---|---|---|---|---|---|---|---|---|
| PRODUCT REF | DETAIL | | PURCHASE ORDER NUMBER | QTY | PRICE | NET AMOUNT | POSTAGE | TAX | TOTAL AMOUNT |

| | PRODUCT REF | DETAIL | PURCHASE ORDER NUMBER | QTY | PRICE | NET AMOUNT | POSTAGE | TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 03009 P | CLINICAL BIOMECHANICS 00022/0001 JAN-07 00022/0010 DEC-07 Number of Issues= 10 Personal | 87819.02.04 | 1 | 126.00 | 126.00 | 0.00 | 0.00 | 126.00 |
| | | ELSEVIER ORDER NUMBER: 1004307256 | | | | | | | |
| | | **TOTAL VALUE OF THIS INVOICE** | | | | | 0.00 | 0.00 | 126.00 |

| REMARKS | | | Amount due in US Dollars | USD 126.00 |
|---|---|---|---|---|

| Quantity Supplied 11 | Method Dutch PTT/Stan |
|---|---|
| Total Weight 3.110 | Type Dutch PTT/Stan |

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return the complete invoice to the Customer Service address above if you are making any changes
**REMITTANCE ADVICE - PLEASE RETURN WITH CHEQUE OR CREDIT CARD PAYMENTS**

**BACS transfers - please quote invoice and billing account numbers. Failure to do so will result in delays or lost payments.**

| Billing Account Number | 00794881 |
|---|---|
| Invoice Number: | A0131248 |
| Delivery Account Number: | 10853852 |
| Invoice Date: | 10-JAN-2008 |
| TOTAL AMOUNT  USD | 126.00 |

Registered in England Number 1982084  Elsevier,
Fulfilment Centre, The Boulevard, Kidlington, Oxford, OX5 1GB, UK

**PAYMENT OPTIONS:**

**Bank Transfer:** Remit the amount to our account 62.65.07.634 with the Hollandsche Bank Unie NV, Rotterdam, The Netherlands, SWIFT-address: HBUANL2R, IBAN: NL76 HBUA 0626 5076 34

**Cheque:** Draw and send this slip with a check to Elsevier, PO Box 7247-7682 Philadelphia, PA 19170-7682, USA

**Credit Card:** Fill in your credit card details and send to Customer Service, 11830 Westline IND Dr, St Louis, MO 63146, USA

☐ Amex (not JPY)   ☐ Visa   ☐ Euro/Mastercard   ☐ JCB

Valid Expiry Date:   Month _____   Year _____

Signature _____

Name _____

00794881  A0131248  00  0000000012600  0

**ELS 000112**

# Elsevier Terms and Conditions of Supply

**1. Applicability:** These terms and conditions shall apply to all offers, proposals and agreements made between Elsevier and any third party or its agent ("the Client") relating to the products and/or services of Elsevier ("the Products and/or Services") and, along with the Elsevier and Elsevier order acknowledgement, shall form the entire agreement between the parties (the "TC"). They supersede any previous supply terms and conditions. For the purposes of the TC "Elsevier" shall mean the company within the Elsevier group that is providing the Products or Services as set out on the Elsevier order acknowledgement or invoice. Where general terms and conditions of business are proposed by the Client, these shall not apply and the TC will prevail. Any variation to the TC and any representations about the Products and Services shall have no effect unless expressly agreed in writing and signed by an authorised signatory of Elsevier. Nothing in the TC will exclude or limit Elsevier's liability for fraudulent misrepresentation.

**2. Offer and acceptance/ Description:** Each order for the Products and Services by the Client from Elsevier shall be deemed to be an offer by the Client to purchase the Products and Services subject to the TC. No order placed by the Client shall be deemed accepted until a written acknowledgement of order is issued by Elsevier or (if earlier) Elsevier delivers the Products or issues the invoice to the Client or commences performance of the Services for the Client. All product orders are accepted subject to availability of the ordered Products. Unless otherwise expressly agreed by Elsevier in writing, Client represents and warrants that it is purchasing Products or Services from Elsevier for its own account and use and not on behalf of any other person or entity. If Client is an agent, it represents and warrants that it is purchasing the Products and Services from Elsevier for the account and use of no more than one identified institutional subscriber as principal or, if the agent is permitted to order personal subscriptions in a representative capacity, for the account and use of no more than one identified eligible individual subscriber for valid personal use. Client acknowledges that violation of this representation and warranty will cause irreparable harm to Elsevier. Upon any violation of this representation and warranty, Elsevier shall be entitled to immediate injunctive relief requiring Client to disclose all recipients of Elsevier Products and Services from Client, including all actual recipients that have not been previously properly identified by Client. Elsevier shall use commercially reasonable efforts to comply with descriptions of the Products and Services agreed by both parties in the relevant order, including such things as format, printing processes, technical design, size and kind of address file, weights and the like. All drawings, descriptive matter, specifications and advertising issued by Elsevier and any descriptions or illustrations contained in Elsevier's catalogues or brochures are issued or published for the sole purpose of giving an approximate description of the Products and Services described in them. They will not form part of the TC. Publishing errors, including, but not limited to, typographical errors, having no significant effect on the editorial content or design characteristics of the Products and Services, cannot be considered a reason for rejecting delivery or, as the case may be, modifying the agreed price.

**3. Execution and modification of the order:** Any modifications to the agreed product or service description, budget or schedule, as set out in the order acknowledgement, may result in an adjustment to the final price and/or delivery schedule at Elsevier's discretion.

**4. Rates and prices:** Unless otherwise agreed by Elsevier in writing the price/rates for the Products shall be those set out in Elsevier's current price/rate list (whether print or online). All such prices/rates shall be exclusive of any handling, packing, loading, freight, transport and insurance charges unless otherwise agreed in writing, and shall also be exclusive of any taxes, import duties or other levies imposed on the sale or import of the Products by local or national authorities, which shall be charged by Elsevier as appropriate. Where applicable, Client shall provide its VAT registration number or other evidence of tax exemption to Elsevier at the time of placing its order. If, under the laws of the territory in which Client is selling the Products, the Client is required to withhold any tax on the amounts payable to Elsevier under the TC, then the amount of the payment will be automatically increased to fully offset such tax, so that the amount actually remitted to Elsevier, net of all taxes, equals the amount invoiced or otherwise due. The Client will promptly furnish Elsevier with the official receipt of payment of those taxes to the appropriate taxing authority. All financial transactions must be settled in the currency of the applicable Elsevier invoice. The Client will be solely responsible at its own cost for completing any foreign exchange-related procedures in the said territory that are necessary to make payments to Elsevier under the TC, including without limitation all bank charges and foreign exchange charges.

**5. Payment:** Unless otherwise agreed in writing, payments shall be effected within thirty (30) days of the invoice date in the currency invoiced. Time for payment shall be of the essence. Elsevier may set any credit limits for any Client account and shall be entitled to refuse to supply any Client who has exceeded its current credit limit. Legal and beneficial title in any tangible Products supplied by Elsevier to the Client shall remain with Elsevier has received in full (in cash or cleared funds) all sums due to it in respect of the Products and all other sums which are or which become due to Elsevier from the Client on any account. The Client may resell the Products before ownership has passed to it provided that any sale shall be effected in the ordinary course of the Client's business at full market value and any such sale shall be a sale of Elsevier's property on the Client's own behalf and the Client shall deal as principal when making such a sale. Elsevier shall be entitled to recover payment for the copies of the Product notwithstanding that ownership of any of the copies of the Product has not passed from Elsevier. For the avoidance of doubt no intellectual property rights in any Elsevier Products shall transfer to the Client. Products shall be at the Client's risk as from delivery. The Client shall make all payments due under the TC without any deduction whether by way of set-off, counterclaim, discount, abatement or otherwise unless the Client has a valid court order requiring an amount equal to such deduction to be paid by Elsevier to the Client. From the due date of the invoice to the date of payment in full, interest at the rate of 1% may be charged to the Client on a monthly basis for any sums outstanding, together with any collection fees incurred by Elsevier. If the Client wishes to dispute any invoice (or part), the Client shall, as soon as reasonably practicable, but no later than the due date of such invoice, send full details of such dispute to Elsevier in writing. The Client shall remain liable for any undisputed part of such invoice. Elsevier shall be entitled, at any time, to demand payment in advance and may suspend performance of its obligations arising from the TC until such advance payment has been received. Where the Client is indebted to Elsevier for any other Product or Service under any other order, Elsevier reserves the right to withhold supply of the Products or Services under the current order until any outstanding monies are fully paid. Elsevier shall be entitled to apply any monies received by the Client, to clear any of the Client's outstanding debts to Elsevier.

**6. Distribution:** The Client shall not engage in piracy, reproduction, or plagiarism of the Products or any other products of Elsevier or its affiliates, nor shall it directly or indirectly facilitate any other party to engage in those activities. The Client shall promptly notify Elsevier if it becomes aware of any piracy, reproduction, or plagiarism of the Products by any third party. The Client is solely responsible for collecting from its customers amounts due in respect of its sales of the Products, exercising full credit control and solely bearing all of its own losses resulting from any uncollected amounts. Delays or failures in obtaining such payments will not affect the Client's obligation to make payments to Elsevier under clause 5.

**7. Intellectual property:** Copyright and other intellectual property rights to all Elsevier proposals, publications and other Products and Services shall remain with Elsevier unless agreed otherwise in writing. The rights granted by Elsevier are restricted to use solely by the Client and may not be assigned, transferred or sublicensed without the prior written permission of Elsevier. The rights granted by Elsevier are non-exclusive and for the purpose expressly agreed upon. Any other use shall require the prior written permission of Elsevier. The Client shall not acquire any intellectual property rights in the Products. No part

of the Elsevier proposals, publications or Products may be stored in any automated data file and/or reproduced, whether electronically, mechanically, by photocopying, recording or in any other manner or form, without the specific prior written permission of Elsevier.

**8. Liability and claims:** TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS (i) Elsevier shall not be liable for any of the following losses which may arise by reason of any breach of this TC or any implied warranty, condition or other term, any representation or any duty of any kind imposed on Elsevier by operation of law: (a) any loss of anticipated profits or expected future business; (b) damage to reputation or goodwill; (c) any damages, costs or expenses payable by Elsevier to any third party; (d) loss of any order or contract; or (e) any loss that was not foreseeable by the Client and Elsevier at the time this TC was entered into; or (f) any loss not caused by any breach on the part of Elsevier; AND (ii) NEITHER PARTY SHALL BE RESPONSIBLE FOR DEATH OR PERSONAL INJURY EXCEPT THAT RESULTING FROM ITS OWN NEGLIGENCE OR WILFUL INTENT OR THE NEGLIGENCE OF ITS EMPLOYEES OR OTHERS FOR WHOM THE PARTY IS LEGALLY RESPONSIBLE. NOTHING IN THE TC SHALL BE CONSTRUED AS CREATING AN OBLIGATION TO INDEMNIFY THE OTHER PARTY AGAINST THE OTHER PARTY'S OWN NEGLIGENCE. ELSEVIER'S LIABILITY FOR ANY OTHER LOSS IMPUTABLE TO IT SHALL IN ANY EVENT BE LIMITED TO THE INVOICE VALUE OF THE PART OF THE TC TO WHICH THE LIABILITY ARISES. TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS Elsevier EXPRESSLY EXCLUDES ANY LIABILITY FOR BREACH OF ANY IMPLIED OR EXPRESS WARRANTY OF AS TO MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. NOTHING IN THIS CONTRACT SHALL LIMIT THE CLIENT'S EXISTING LEGAL OR STATUTORY RIGHTS WHERE IT IS ACTING AS A CONSUMER. The parties agree that the United Nations Convention on Contracts for the International Sale of Goods shall not apply to this TC or the interpretation or enforcement thereof. The Client has entered into this TC in the knowledge that the liability of Elsevier is to be limited in accordance with these terms and conditions and the charges have been agreed accordingly. The Client acknowledges that a higher price would be payable for the Products or Services but for such limitations.

**9. Force majeure:** If by reason of labour dispute, strikes, inability to obtain labor or materials, fire or other action of the elements, accidents, power or telecommunications failure, customs delays, governmental restrictions or appropriation or other causes beyond the control of a party, such party is unable to perform in whole or in part its obligations set forth in this TC, then such party shall be relieved of those obligations to the extent it is thereby unable to perform, and such inability to perform shall not make such party liable to any other party. The party subject to an event of force majeure shall use good faith efforts to comply as closely as possible with the provisions of this TC and to avoid the effects of such event to the extent possible.

**10. Audit:** If Client is an agent, Client shall allow Elsevier's authorized representative at any reasonable time to have access to Client's premises (or to arrange for Elsevier's authorized representatives to have access to other relevant premises) for the purpose of inspecting Client's facilities, books and records to verify Client's compliance with the TC.

**11. Compliance with laws:** Client shall at all times during the term strictly comply with all applicable laws, ordinances, codes, regulations, standards and judicial and administrative orders (jointly "Applicable Laws" or "Laws") relevant to its duties, obligations and performance under the TC, including, without limitation, the Reed Elsevier Code of Conduct for Suppliers www.reedelsevier.com/investorcentre/corporateconstitute/Pages/Codeofethics.aspx and Applicable Laws related to bribery, including, without limitation any Laws that are enforced internationally (such as the United States Foreign Corrupt Practice Act and the UK Bribery Act) and those enforced in the country where business is being conducted and/or the Clients place of business or residency. Client and its officers, directors, employees and agents shall engage only in legitimate business and ethical practices in commercial operations and in relation to its dealings with any employee or official of a government agency or any other government owned, operated or controlled entity (including, without limitation, state run universities, hospitals and libraries), or political parties or candidates (jointly "Government Official"). Neither Client nor any of its officers, directors, employees or agents shall pay, offer, give, promise or authorize the payment, directly or indirectly, of any monies or anything of value to any commercial contact or Government Official for the purpose or intent to induce such person to use his/her authority to help the Client, Elsevier, and/or any affiliate of Elsevier for personal gain or for that of Elsevier or Elsevier's Affiliates (any such act, a "Prohibited Payment"). A Prohibited Payment does not include a payment of reasonable and bona fide expenditures, such as travel or lodging expenses, which are directly related to the promotion, demonstration or explanation of Products or Services or the execution or performance of a contract provided that such payments are permissible under the Applicable Laws. Client further agrees that he/she will not accept any payment or other benefit in money or in kind from any person as an inducement or reward for any act or forbearance or in connection with any matter or business transacted by or on behalf of Elsevier.

**12. Cancellations & Returns:** Without prejudice to any rights the Client may have under statute as a consumer, if the Client cancels an order either fully or partially, a cancellation fee may be charged. All cancellations must be made in writing. This fee will be calculated to cover any external or internal costs which have been incurred or committed up to and including the date of cancellation. No new external costs will be incurred or committed/contracted from the date of receipt of written notice of cancellation by Elsevier. Any returns of the Products shall be subject to the relevant Elsevier company's return policy applicable to the product at the time of the return. Details of such policies will be provided to the Client upon request. Reprints cannot be returned once these have been printed.

**13. General:** The formation, existence, construction, performance, validity and all aspects of the TC shall be governed by the law of the corporate domicile of the Elsevier company which is providing the Products or Services. The parties agree to submit to the exclusive jurisdiction of the courts of that same corporate domicile. The Client shall not be entitled to assign the TC or any part of it without the prior written consent of Elsevier. Elsevier may assign the TC or any part of it to any person, firm or company. If any provision of the TC is found by any court, tribunal or administrative body of competent jurisdiction to be wholly or partly illegal, invalid, void, voidable, unenforceable or unreasonable it shall to the extent of such illegality, invalidity, voidness, voidability, unenforceability or unreasonableness be deemed severable and the remaining provisions of the TC and the remainder of such provision shall continue in full force and effect. Failure or delay by Elsevier in enforcing or partially enforcing any provision of the TC will not be construed as a waiver of any of its rights under the TC.

ELS 000113



**Elsevier**
Customer Service
6277 Sea Harbor Drive
Orlando FL 32887-4800
USA

Tel: (+1) 407-345-4020
Fax: (+1) 407 363 1354
Email: usjcs@elsevier.com
www.elsevier.com

GB494627212

# *Invoice*
## *Archive Copy*

FED: 13-1958712
DUNS: 006-294-391
GST: RI37135919

| Billing Account Number. | **00794881** |
|---|---|

| Delivery Account Number. | **10830496** |
|---|---|

BILL TO:

IBIS/PTI
PUBLICACOES TECNICAS
INTERNACIONIS LTDA
R PEIXOTO GOMIDE 209
01409-901 SAO PAULO SP
BRAZIL

SEND TO:

PTI BOOKS
UNIP
CX POSTAL 31220
01309-970 SAO PAULO SP
BRAZIL

Registered in England Number 1982084 Elsevier, Fulfilment Centre, The Boulevard, Kidlington, Oxford, OX5 1GB, UK

INCL    FD9

| PAGE NO 1 | SOURCE CODE E-PID Order | DUE DATE 29-SEP-2007 | INVOICE DATE 30-AUG-2007 | INVOICE NO A9534952 | | | | |
|---|---|---|---|---|---|---|---|---|
| PRODUCT REF | DETAIL | PURCHASE ORDER NUMBER | QTY | PRICE | NET AMOUNT | POSTAGE | TAX | TOTAL AMOUNT |
| 12713 P | CLINICAL NUTRITION 00026/0001 JAN-07  00026/0006 DEC-07 Number of Issues=  6   Personal ELSEVIER ORDER NUMBER: 1003930169 | 88065.01.01 | 1 | 306.00 | 306.00 | 0.00 | 0.00 | 306.00 |
| | **TOTAL VALUE OF THIS INVOICE** **LESS PAYMENT ALREADY RECEIVED** | | | | | 0.00 | 0.00 | 306.00 290.70 |

REMARKS
Thank you for your payment of 290.70 USD of which 290.70 USD has been applied to this invoice. Thank you for your order as listed on this invoice. Please note the amount paid was insufficient for this order.  Your order has been processed. We kindly request you remit the additional payment quoted on this invoice to balance your account.

| Amount due in US Dollars | USD | 15.30 |
|---|---|---|

| Quantity Supplied 1 | Method Dutch PTT/Stan |
|---|---|
| Total Weight 0.000 | Type Dutch PTT/Stan |

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return the complete invoice to the Customer Service address above if you are making any changes

**REMITTANCE ADVICE - PLEASE RETURN WITH CHEQUE OR CREDIT CARD PAYMENTS**

**BACS transfers - please quote invoice and billing account numbers. Failure to do so will result in delays or lost payments.**

**PAYMENT OPTIONS:**

| Billing Account Number | 00794881 |
|---|---|
| Invoice Number: | A9534952 |
| Delivery Account Number: | 10830496 |
| Invoice Date: | 30-AUG-2007 |
| TOTAL AMOUNT  USD | 15.30 |

Registered in England Number 1982084  Elsevier,
Fulfilment Centre, The Boulevard, Kidlington, Oxford, OX5 1GB, UK

**Bank Transfer:** Remit the amount to our account 62.65.07.634 with the Hollandsche Bank Unie NV, Rotterdam, The Netherlands, SWIFT-address: HBUANL2R, IBAN: NL76 HBUA 0626 5076 34

**Cheque:** Draw and send this slip with a check to Elsevier, PO Box 7247-7682 Philadelphia, PA 19170-7682, USA

**Credit Card:** Fill in your credit card details and send to Customer Service, 11830 Westline IND Dr, St Louis, MO 63146, USA

☐ Amex (not JPY)   ☐ Visa   ☐ Euro/Mastercard   ☐ JCB

Valid Expiry Date:  Month _____  Year _____

Signature _____

Name _____

00794881  A9534952  00  0000000030600  0

**ELS 000132**

# Elsevier Terms and Conditions of Supply

**1. Applicability:** These terms and conditions shall apply to all offers, proposals and agreements made between Elsevier and any third party or its agent ("the Client") relating to the products and/or services of Elsevier ("the Products and/or Services") and, along with the relevant Elsevier order acknowledgement, shall form the entire agreement between the parties (the "TC"). They supersede any previous supply terms and conditions. For the purposes of the TC 'Elsevier' shall mean the company within the Elsevier group that is providing the Products or Services as set out on the Elsevier order acknowledgement or invoice. Where general terms and conditions of business are proposed by the Client, these shall not apply and the TC will prevail. Any variation to the TC and any representations about the Products and Services shall have no effect unless expressly agreed in writing and signed by an authorised signatory of Elsevier. Nothing in the TC will exclude or limit Elsevier's liability for fraudulent misrepresentation.

**2. Offer and acceptance/ Description:** Each order for the Products and Services by the Client from Elsevier shall be deemed to be an offer by the Client to purchase the Products and Services subject to the TC. No order placed by the Client shall be deemed accepted until a written acknowledgement of order is issued by Elsevier or (if earlier) Elsevier delivers the Products or issues the invoice to the Client or commences performance of the Services for the Client. All product orders are accepted subject to availability of the ordered Products. Unless otherwise expressly agreed by Elsevier in writing, Client represents and warrants that it is purchasing Products or Services from Elsevier for its own account and use and not on behalf of any other person or entity. If Client is an agent, it represents and warrants that it is purchasing the Products and Services from Elsevier for the account and use of no more than one identified institutional subscriber as principal or, if the agent is permitted to order personal subscriptions in a representative capacity, for the account and use of no more than one identified eligible individual subscriber for valid personal use. Client acknowledges that violation of this representation and warranty will cause irreparable harm to Elsevier. Upon any violation of this representation and warranty, Elsevier shall be entitled to immediate injunctive relief requiring Client to disclose all recipients of Elsevier Products and Services from Client, including all actual recipients that have not been previously properly identified by Client. Elsevier shall use commercially reasonable efforts to comply with descriptions of the Products and Services agreed by both parties in the relevant order, including such things as format, printing processes, technical design, size and kind of address file, weights and the like. All drawings, descriptive matter, specifications and advertising issued by Elsevier and any descriptions or illustrations contained in Elsevier's catalogues or brochures are issued or published for the sole purpose of giving an approximate description of the Products and Services described in them. They will not form part of the TC. Publishing errors, including, but not limited to, typographical errors, having no significant effect on the editorial content or design characteristics of the Products and Services, cannot be considered a reason for rejecting delivery or, as the case may be, modifying the agreed price.

**3. Execution and modification of the order:** Any modifications to the agreed product or service description, budget or schedule, as set out in the order acknowledgement, may result in an adjustment to the final price and/or delivery schedule at Elsevier's discretion.

**4. Rates and prices:** Unless otherwise agreed by Elsevier in writing the price/rates for the Products shall be those set out in Elsevier's current price/rate list (whether print or online). All such prices/rates shall be exclusive of any handling, packing, loading, freight, transport and insurance charges unless otherwise agreed in writing, and shall also be exclusive of any taxes, import duties or other levies imposed on the sale or import of the Products by local or national authorities, which shall be charged by Elsevier as appropriate. Where applicable, Client shall provide its VAT registration number or other evidence of tax exemption to Elsevier at the time of placing its order. If, under the laws of the territory in which Client is selling the Products, the Client is required to withhold any tax on the amounts payable to Elsevier under the TC, then the amount of the payment will be automatically increased to fully offset such tax, so that the amount actually remitted to Elsevier, net of all taxes, equals the amount invoiced or otherwise due. The Client will promptly furnish Elsevier with the official receipt of payment of those taxes to the appropriate taxing authority. All financial transactions must be settled in the currency of the applicable Elsevier invoice. The Client will be solely responsible at its own cost for completing any foreign exchange-related procedures in the said territory that are necessary to make payments to Elsevier under the TC, including without limitation all bank charges and foreign exchange charges.

**5. Payment:** Unless otherwise agreed in writing, payments shall be effected within thirty (30) days of the invoice date in the currency invoiced. Time for payment shall be of the essence. Elsevier may set and vary credit limits for any Client account and shall be entitled to refuse to supply any Client who has exceeded its current credit limit. Legal and beneficial title in any tangible Products supplied by Elsevier to the Client shall remain with Elsevier until Elsevier has received in full (in cash or cleared funds) all sums due to it in respect of the Products and all other sums which are or which become due to Elsevier from the Client on any account. The Client may resell the Products before ownership has passed to it provided that any sale shall be effected in the ordinary course of the Client's business at full market value and any such sale shall be a sale of Elsevier's property on the Client's own behalf and the Client shall deal as principal when making such a sale. Elsevier shall be entitled to recover payment for the copies of the Product notwithstanding that ownership of any of the copies of the Product has not passed from Elsevier. For the avoidance of doubt no intellectual property rights in any Elsevier Products shall transfer to the Client. Products shall be at the Client's risk as from delivery. The Client shall make all payments due under the TC without any deduction whether by way of set-off, counterclaim, discount, abatement or otherwise unless the Client has a valid court order requiring an amount equal to such deduction to be paid by Elsevier to the Client. From the due date of the invoice to the date of payment in full, interest at the rate of 1% may be charged to the Client on a monthly basis for any sums outstanding, together with any collection fees incurred by Elsevier. If the Client wishes to dispute any invoice (or part), the Client shall, as soon as reasonably practicable, but no later than the due date of such invoice, send full details of such dispute to Elsevier in writing. The Client shall remain liable for any undisputed part of such invoice. Elsevier shall be entitled, at any time, to demand payment in advance and may suspend performance of its obligations arising from the TC until such advance payment has been received. Where the Client is indebted to Elsevier for any other Product or Service under any other order, Elsevier reserves the right to withhold supply of the Products or Services under the current order until any outstanding monies are fully paid. Elsevier shall be entitled to apply any monies received by the Client, to clear any of the Client's outstanding debts to Elsevier.

**6. Distribution:** The Client shall not engage in piracy, reproduction, or plagiarism of the Products or any other products of Elsevier or its affiliates, nor shall it directly or indirectly facilitate any other party to engage in those activities. The Client shall promptly notify Elsevier if it becomes aware of any piracy, reproduction, or plagiarism of the Products by any third party. The Client is solely responsible for collecting from its customers amounts due in respect of its sales of the Products, exercising full credit control and solely bearing all of its own losses resulting from any uncollected amounts. Delays or failures in obtaining such payments will not affect the Client's obligation to make payments to Elsevier under clause 5.

**7. Intellectual property:** Copyright and other intellectual property rights to all Elsevier proposals, publications and other Products and or Services shall remain with Elsevier unless agreed otherwise in writing. The rights granted to Elsevier are restricted to use solely by the Client and may not be assigned, transferred or sublicensed without the prior written permission of Elsevier. The rights granted by Elsevier are non-exclusive and for the purpose expressly agreed upon. Any other use shall require the prior written permission of Elsevier. The Client shall not acquire any intellectual property rights in the Products. No part

of the Elsevier proposals, publications or Products may be stored in any automated data file and/or reproduced, whether electronically, mechanically, by photocopying, recording or in any other manner or form, without the specific prior written permission of Elsevier.

**8. Liability and claims:** TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS (i) Elsevier shall not be liable for any of the following losses which may arise by reason of any breach of this TC or any implied warranty, condition or other term, any representation or any duty of any kind imposed on Elsevier by operation of law: (a) any loss of anticipated profits or expected future business; (b) damage to reputation or goodwill; (c) any damages, costs or expenses payable by Elsevier to any third party; (d) loss of any order or contract; or (e) any loss that was not foreseeable by the Client and Elsevier at the time this TC was entered into; or (f) any loss not caused by any breach on the part of Elsevier; AND (ii) NEITHER PARTY SHALL BE RESPONSIBLE FOR DEATH OR PERSONAL INJURY EXCEPT THAT RESULTING FROM ITS OWN NEGLIGENCE OR WILFUL INTENT OR THE NEGLIGENCE OF ITS EMPLOYEES OR OTHERS FOR WHOM THE PARTY IS LEGALLY RESPONSIBLE. NOTHING IN THE TC SHALL BE CONSTRUED AS CREATING AN OBLIGATION TO INDEMNIFY THE OTHER PARTY AGAINST THE OTHER PARTY'S OWN NEGLIGENCE. ELSEVIER'S LIABILITY FOR ANY OTHER LOSS IMPUTABLE TO IT SHALL IN ANY EVENT BE LIMITED TO THE INVOICE VALUE OF THE PART OF THE TC TO WHICH THE LIABILITY ARISES. TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS Elsevier EXPRESSLY EXCLUDES ANY LIABILITY FOR BREACH OF ANY IMPLIED OR EXPRESS WARRANTY OF AS TO MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. NOTHING IN THIS CONTRACT SHALL LIMIT THE CLIENT'S EXISTING LEGAL OR STATUTORY RIGHTS WHERE IT IS ACTING AS A CONSUMER. The parties agree that the United Nations Convention on Contracts for the International Sale of Goods shall not apply to this TC or the interpretation or enforcement thereof. The Client has entered into this TC in the knowledge that the liability of Elsevier is to be limited in accordance with these terms and conditions and the charges have been agreed accordingly. The Client acknowledges that a higher price would be payable for the Products or Services but for such limitations.

**9. Force majeure:** If by reason of labour dispute, strikes, inability to obtain labor or materials, fire or other action of the elements, accidents, power or telecommunications failure, customs delays, governmental restrictions or appropriation or other causes beyond the control of a party, such party is unable to perform in whole or in part its obligations set forth in this TC, then such party shall be relieved of those obligations to the extent it is thereby unable to perform, and such inability to perform shall not make such party liable to any other party. The party subject to an event of force majeure shall use good faith efforts to comply as closely as possible with the provisions of this TC and to avoid the effects of such event to the extent possible.

**10. Audit:** If Client is an agent, Client shall allow Elsevier's authorized representative at any reasonable time to have access to Client's premises (or to arrange for Elsevier's authorized representatives to have access to other relevant premises) for the purpose of inspecting Client's facilities, books and records to verify Client's compliance with the TC.

**11. Compliance with laws:** Client shall at all times during the term strictly comply with all applicable laws, ordinances, codes, regulations, standards and judicial and administrative orders (jointly "Applicable Laws" or "Laws") relevant to its duties, obligations and performance under the TC, including, without limitation, the Reed Elsevier Code of Conduct for Suppliers www.reedelsevier.com/investorcentre/corporatestructure/Pages/Codeofethics.aspx and Applicable Laws related to bribery, including, without limitation any such Laws that are enforced internationally (such as the United States Foreign Corrupt Practice Act and the UK Bribery Act) and those enforced in the country where business is being conducted and/or the Clients place of business or residence. Client and its officers, directors, employees and agents shall engage only in legitimate business and ethical practices in commercial operations and in relation to its dealings with any employee or official of a government agency or any other government owned, operated or controlled entity (including, without limitation, state run universities, hospitals and libraries), or political parties or candidates (jointly "Government Official"). Neither Client nor any of its officers, directors, employees or agents shall pay, offer, give, promise or authorize the payment, directly or indirectly, of any monies or anything of value to any commercial contact or Government Official for the purpose or intent to induce such person to use his/her authority to help the Client. Elsevier, and/or any affiliate of Elsevier for personal gain or for that of Elsevier or Elsevier's affiliates (any such act, a "Prohibited Payment"). A Prohibited Payment does not include a payment of reasonable and bona fide expenditures, such as travel or lodging expenses, which are directly related to the promotion, demonstration or explanation of Products or Services or the execution or performance of a contract provided that such payments are permissible under the Applicable Laws. Client further agrees that he/she will not accept any payment or other benefit in money or in kind from any person as an inducement or reward for any act or forbearance or in connection with any matter or business transacted by or on behalf of Elsevier.

**12. Cancellations & Returns:** Without prejudice to any rights the Client may have under statute as a consumer, if the Client cancels an order either fully or partially, a cancellation fee may be charged. All cancellations must be made in writing. This fee will be calculated to cover any external or internal costs which have been incurred or committed up to and including the date of cancellation. No new external costs will be incurred or committed/contracted from the date of receipt of written notice of cancellation by Elsevier. Any returns of the Products shall be subject to the relevant Elsevier company's return policy applicable to the product at the time of the return. Details of such policies will be provided to the Client upon request. Reprints cannot be returned once these have been printed.

**13. General:** The formation, existence, construction, performance, validity and all aspects of the TC shall be governed by the law of the corporate domicile of the Elsevier company which is providing the Products or Services. The parties agree to submit to the exclusive jurisdiction of the courts of that same corporate domicile. The Client shall not be entitled to assign the TC or any part of it without the prior written consent of Elsevier. Elsevier may assign the TC or any part of it to any person, firm or company. If any provision of the TC is found by any court, tribunal or administrative body of competent jurisdiction to be wholly or partly illegal, invalid, void, voidable, unenforceable or unreasonable it shall to the extent of such illegality, invalidity, voidness, voidability, unenforceability or unreasonableness be deemed severable and the remaining provisions of the TC and the remainder of such provision shall continue in full force and effect. Failure or delay by Elsevier in enforcing or partially enforcing any provision or (prosecuting any breach) of the TC will not be construed as a waiver of any of its rights under the TC.

ELS 000133



**ELSEVIER**

Elsevier
Customer Service
6277 Sea Harbor Drive
Orlando FL 32887-4800
USA

Tel: (+1) 407-345-4020
Fax: (+1) 407 363 1354
Email: usjcs@elsevier.com
www.elsevier.com

NL801481247B01

# *Invoice*
## *Archive Copy*

FED: 13-1958712
DUNS: 006-294-391
GST: R137135919

| Billing Account Number. | **00794881** |
| --- | --- |

BILL TO:

IBIS/PTI
PUBLICACOES TECNICAS
INTERNACIONIS LTDA
R PEIXOTO GOMIDE 209
01409-901 SAO PAULO SP
BRAZIL

| Delivery Account Number. | **10830496** |
| --- | --- |

SEND TO:

PTI BOOKS
UNIP
CX POSTAL 31220
01309-970 SAO PAULO SP
BRAZIL

Registered in England Number 1982084 Elsevier, Fulfilment Centre, The Boulevard, Kidlington, Oxford, OX5 1GB, UK          INCL          FD9

| PAGE NO | SOURCE CODE | DUE DATE | INVOICE DATE | INVOICE NO |
| --- | --- | --- | --- | --- |
| 1 | E-PID Order | 29-SEP-2007 | 30-AUG-2007 | A9535032 |

| PRODUCT REF | DETAIL | PURCHASE ORDER NUMBER | QTY | PRICE | NET AMOUNT | POSTAGE | TAX | TOTAL AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12035 P | ENVIRONMENTAL RESEARCH | 88067.01.01 | 1 | 1173.00 | 1173.00 | 0.00 | 0.00 | 1173.00 |
| | 00103/0001  JAN-07  00105/0003 | | | | | | | |
| | DEC-07 Number of Issues=  9 | | | | | | | |
| | Personal | | | | | | | |
| | ELSEVIER ORDER NUMBER: 1003930179 | | | | | | | |
| | **TOTAL VALUE OF THIS INVOICE** | | | | | 0.00 | 0.00 | 1173.00 |
| | **LESS PAYMENT ALREADY RECEIVED** | | | | | | | 1114.35 |

REMARKS
Thank you for your payment of 1114.35 USD of which 1114.35 USD has been applied to this invoice. Thank you for your order as listed on this invoice. Please note the amount paid was insufficient for this order.  Your order has been processed. We kindly request you remit the additional payment quoted on this invoice to balance your account.

| Amount due in US Dollars | USD | 58.65 |
| --- | --- | --- |

| Quantity Supplied | Method |
| --- | --- |
| 7 | Dutch PTT/Stan |
| Total Weight | Type |
| 0.000 | Dutch PTT/Stan |

✂ — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

Please return the complete invoice to the Customer Service address above if you are making any changes
**REMITTANCE ADVICE - PLEASE RETURN WITH CHEQUE OR CREDIT CARD PAYMENTS**

**BACS transfers - please quote invoice and billing account numbers. Failure to do so will result in delays or lost payments.**

### PAYMENT OPTIONS:

| Billing Account Number | 00794881 |
| --- | --- |
| Invoice Number: | A9535032 |
| Delivery Account Number: | 10830496 |
| Invoice Date: | 30-AUG-2007 |
| TOTAL AMOUNT  USD | 58.65 |

Registered in England Number 1982084  Elsevier,
Fulfilment Centre, The Boulevard, Kidlington, OX5 1GB, UK

**Bank Transfer:** Remit the amount to our account 62.65.07.634 with the Hollandsche Bank Unie NV, Rotterdam, The Netherlands, SWIFT-address: HBUANL2R, IBAN: NL76 HBUA 0626 5076 34

**Cheque:** Draw and send this slip with a check to Elsevier, PO Box 7247-7682 Philadelphia, PA 19170-7682, USA

**Credit Card:** Fill in your credit card details and send to Customer Service, 11830 Westline IND Dr. St Louis, MO 63146, USA

☐ Amex (not JPY)   ☐ Visa   ☐ Euro/Mastercard   ☐ JCB

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐

Valid Expiry Date:   Month _____   Year _____

Signature _____

Name _____

00794881  A9535032  00  0000000117300  0

**ELS 000136**

# Elsevier Terms and Conditions of Supply

**1. Applicability:** These terms and conditions shall apply to all offers, proposals and agreements made between Elsevier and any third party or its agent ('the Client') relating to the products and/or services of Elsevier ('the Products and/or Services') and, along with the relevant Elsevier order acknowledgement, shall form the entire agreement between the parties (the "TC"). They supersede any previous supply terms and conditions. For the purposes of the TC 'Elsevier' shall mean the company within the Elsevier group that is providing the Products or Services as set out on the Elsevier order acknowledgement. Where general terms and conditions of business are proposed by the Client, these shall not apply and the TC will prevail. Any variation to the TC and any representations about the Products and Services shall have no effect unless expressly agreed in writing and signed by an authorised signatory of Elsevier. Nothing in the TC will exclude or limit Elsevier's liability for fraudulent misrepresentation.

**2. Offer and acceptance/ Description:** Each order for the Products and Services by the Client from Elsevier shall be deemed to be an offer by the Client to purchase the Products and Services subject to the TC. No order placed by the Client shall be deemed accepted until a written acknowledgement of order is issued by Elsevier or (if earlier) Elsevier delivers the Products or issues the invoice to the Client or commences performance of the Services for the Client. All product orders are accepted subject to availability of the ordered Products. Unless otherwise expressly agreed by Elsevier in writing, Client represents and warrants that it is purchasing Products or Services from Elsevier for its own account and use and not on behalf of any other person or entity. If Client is an agent, it represents and warrants that it is purchasing the Products and Services from Elsevier for the account and use of no more than one identified institutional subscriber as principal or, if the agent is permitted to order personal subscriptions for a representative capacity, for the account and use of no more than one identified eligible individual subscriber for valid personal use. Client acknowledges that violation of this representation and warranty will cause irreparable harm to Elsevier. Upon any violation of this representation and warranty, Elsevier shall be entitled to immediate injunctive relief requiring Client to disclose all recipients of Elsevier Products and Services from Client, including all actual recipients that have not been previously properly identified by Client. Elsevier shall use commercially reasonable efforts to comply with descriptions of the Products and Services agreed by both parties in the relevant order, including such things as format, printing processes, technical design, size and kind of address file, weights and the like. All drawings, descriptive matter, specifications and advertising issued by Elsevier and any descriptions or illustrations contained in Elsevier's catalogues or brochures are issued or published for the sole purpose of giving an approximate description of the Products and Services described in them. They will not form part of the TC. Publishing errors, including, but not limited to, typographical errors, having no significant effect on the editorial content or design characteristics of the Products and Services, cannot be considered a reason for rejecting delivery or, as the case may be, modifying the agreed price.

**3. Execution and modification of the order:** Any modifications to the agreed product or service description, budget or schedule, as set out in the order acknowledgement, may result in an adjustment to the final price and/or delivery schedule at Elsevier's discretion.

**4. Rates and prices:** Unless otherwise agreed by Elsevier in writing the price/rates for the Products shall be those set out in Elsevier's current price/rate list (whether print or online). All such prices/rates shall be exclusive of any handling, packing, loading, freight, transport and insurance charges unless otherwise agreed in writing, and shall also be exclusive of any taxes, import duties or other levies imposed on the sale or import of the Products by local or national authorities, which shall be charged by Elsevier as appropriate. Where applicable, Client shall provide its VAT registration number or other evidence of tax exemption to Elsevier at the time of placing its order. If, under the laws of the territory in which Client is selling the Products, the Client is required to withhold any tax on the amounts payable to Elsevier under the TC, then the amount of the payment will be automatically increased to fully offset such tax, so that the amount actually remitted to Elsevier, net of all taxes, equals the amount invoiced or otherwise due. The Client will promptly furnish Elsevier with the official receipt of payment of those taxes to the appropriate taxing authority. All financial transactions must be settled in the currency of the applicable Elsevier invoice. The Client will be solely responsible at its own cost for completing any foreign exchange-related procedures in the said territory that are necessary to make payments to Elsevier under the TC, including without limitation all bank charges and foreign exchange charges.

**5. Payment:** Unless otherwise agreed in writing, payments shall be effected within thirty (30) days of the invoice date in the currency invoiced. Time for payment shall be of the essence. Elsevier may set and vary credit limits for any Client account and shall be entitled to refuse to supply any Client who has exceeded its current credit limit. Legal and beneficial title to any tangible Products supplied by Elsevier to the Client shall remain with Elsevier until Elsevier has received in full (in cash or cleared funds) all sums due to it in respect of the Products and all other sums which are or which become due to Elsevier from the Client on any account. The Client may resell the Products before ownership has passed to it provided that any sale shall be effected in the ordinary course of the Client's business at full market value and any such sale shall be a sale of Elsevier's property on the Client's own behalf and the Client shall deal as principal when making such a sale. Elsevier shall be entitled to recover payment for the copies of the Product notwithstanding that ownership of any of the copies of the Product has not passed from Elsevier. For the avoidance of doubt no intellectual property rights in any Elsevier Products shall transfer to the Client. Products shall be at the Client's risk as from delivery. The Client shall make all payments due under the TC without any deduction whether by way of set-off, counterclaim, discount, abatement or otherwise unless the Client has a valid court order requiring an amount equal to such deduction to be paid by Elsevier to the Client. From the due date of the invoice to the date of payment in full, interest at the rate of 1% may be charged to the Client on a monthly basis for any sums outstanding, together with any collection fees incurred by Elsevier. If the Client wishes to dispute any invoice (or part), the Client shall, as soon as reasonably practicable, but no later than the due date of such invoice, send full details of such dispute to Elsevier in writing. The Client shall remain liable for any undisputed part of such invoice. Elsevier shall be entitled, at any time, to demand payment in advance and may suspend performance of its obligations arising from the TC until such advance payment has been received. Where the Client is indebted to Elsevier for any other Product or Service under any other order, Elsevier reserves the right to withhold supply of the Products or Services under the current order until any outstanding monies are fully paid. Elsevier shall be entitled to apply any monies received by the Client, to clear any of the Client's outstanding debts it wishes.

**6. Distribution:** The Client shall not engage in piracy, reproduction, or plagiarism of the Products or any other products of Elsevier or its affiliates, nor shall it directly or indirectly facilitate any other party to engage in those activities. The Client shall promptly notify Elsevier if it becomes aware of any piracy, reproduction, or plagiarism of the Products by any third party. The Client is solely responsible for collecting from its customers amounts due in respect of its sales of the Products, exercising full credit control and solely bearing all of its own losses resulting from any uncollected amounts. Delays or failures in obtaining such payments will not affect the Client's obligation to make payments to Elsevier under clause 5.

**7. Intellectual property:** Copyright and other intellectual property rights to all Elsevier proposals, publications and other Products and or Services shall remain with Elsevier unless agreed otherwise in writing. The rights granted by Elsevier are restricted to use solely by the Client and may not be assigned, transferred or sublicensed without the prior written permission of Elsevier. The rights granted by Elsevier are non-exclusive and for the purpose expressly agreed upon. Any other use shall require the prior written permission of Elsevier. The Client shall not acquire any intellectual property rights in the Products. No part

of the Elsevier proposals, publications or Products may be stored in any automated data file and/or reproduced, whether electronically, mechanically, by photocopying, recording or in any other manner or form, without the specific prior written permission of Elsevier.

**8. Liability and claims:** TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS (i) Elsevier shall not be liable for any of the following losses which may arise by reason of any breach of this TC or any implied warranty, condition or other term, any representation or any duty of any kind imposed on Elsevier by operation of law: (a) any loss of anticipated profits or expected future business; (b) damage to reputation or goodwill; (c) any damages, costs or expenses payable by Elsevier to any third party; (d) loss of any order or contract; or (e) any loss that was not foreseeable by the Client and Elsevier at the time this TC was entered into; or (f) any loss not caused by any breach on the part of Elsevier; AND (ii) NEITHER PARTY SHALL BE RESPONSIBLE FOR DEATH OR PERSONAL INJURY EXCEPT THAT RESULTING FROM ITS OWN NEGLIGENCE OR WILFUL INTENT OR THE NEGLIGENCE OF ITS EMPLOYEES OR OTHERS FOR WHOM THE PARTY IS LEGALLY RESPONSIBLE. NOTHING IN THE TC SHALL BE CONSTRUED AS CREATING AN OBLIGATION TO INDEMNIFY THE OTHER PARTY AGAINST THE OTHER PARTY'S OWN NEGLIGENCE. ELSEVIER'S LIABILITY FOR ANY OTHER LOSS IMPUTABLE TO IT SHALL IN ANY EVENT BE LIMITED TO THE INVOICE VALUE OF THE PART OF THE TC TO WHICH THE LIABILITY ARISES. TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS Elsevier EXPRESSLY EXCLUDES ANY LIABILITY FOR BREACH OF ANY IMPLIED OR EXPRESS WARRANTY OF AS TO MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. NOTHING IN THIS CONTRACT SHALL LIMIT THE CLIENT'S EXISTING LEGAL OR STATUTORY RIGHTS WHERE IT IS ACTING AS A CONSUMER.The parties agree that the United Nations Convention on Contracts for the International Sale of Goods shall not apply to this TC or the interpretation or enforcement thereof. The Client has entered into this TC in the knowledge that the liability of Elsevier is to be limited in accordance with these terms and conditions and the charges have been agreed accordingly. The Client acknowledges that a higher price would be payable for the Products or Services but for such limitations.

**9. Force majeure:** If by reason of labor dispute, strikes, inability to obtain labor or materials, fire or other action of the elements, accidents, power or telecommunications failure, governmental acts, governmental restrictions or appropriation or other causes beyond the control of a party, such party is unable to perform in whole or in part its obligations set forth in this TC, then such party shall be relieved of those obligations to the extent it is thereby unable to perform, and such inability to perform shall not make such party liable to any other party. The party subject to an event of force majeure shall use good faith efforts to comply as closely as possible with the provisions of this TC and to avoid the effects of such event to the extent possible.

**10. Audit:** If Client is an agent, Client shall allow Elsevier's authorized representative at any reasonable time to have access to Client's premises (or to arrange for Elsevier's authorized representatives to have access to Client relevant premises) for the purpose of inspecting Client's facilities, books and records to verify Client's compliance with the TC.

**11. Compliance with laws:** Client shall at all times during the term strictly comply with all applicable laws, ordinances, codes, regulations, standards and judicial and administrative orders (jointly "Applicable Laws" or "Laws") relevant to its duties, obligations and performance under the TC, including, without limitation, the Reed Elsevier Code of Conduct for Suppliers www.reedelsevier.com/investorcentre/corporatestructure/Pages/Codeofethics.aspx and Applicable Laws related to bribery, including, without limitation any such Laws that are enforced internationally (such as the United States Foreign Corrupt Practice Act and the UK Bribery Act) and those enforced in the country where business is being conducted and/or the Clients place of business or residency. Client and its officers, directors, employees and agents shall engage only in legitimate business and ethical practices in commercial operations and in relation to its dealings with any employee or official of a government agency or any other government owned, operated or controlled entity (including, without limitation, state run universities, hospitals and libraries), or political parties or candidates (jointly "Government Official"). Neither Client nor any of its officers, directors, employees or agents shall pay, offer, give, promise or authorize the payment, directly or indirectly, of any monies or anything of value to any commercial contact or Government Official for the purpose or intent to induce such person to use his/her authority to help the Client, Elsevier, and/or any affiliate of Elsevier for personal gain or for that of Elsevier or Elsevier's affiliates (any such act, a "Prohibited Payment"). A Prohibited Payment does not include a payment of reasonable and bona fide expenditures, such as travel or lodging expenses, which are directly related to the promotion, demonstration or explanation of Products or Services or the execution or performance of a contract  provided that such payments are permissable under the Applicable Laws. Client further agrees that he/she will not accept any payment or other benefit in money or in kind from any person as an inducement or reward for any act or forbearance or in connection with any matter or business transacted by or on behalf of Elsevier.

**12. Cancellations & Returns:** Without prejudice to any rights the Client may have under statute as a consumer, if the Client cancels an order either fully or partially, a cancellation fee may be charged. All cancellations must be made in writing.  This fee will be calculated to cover any external or internal costs which have been incurred or committed up to and including the date of cancellation. No new external costs will be incurred or committed/contracted from the date of receipt of written notice of cancellation by Elsevier.  Any returns of the Products shall be subject to the relevant Elsevier company's return policy applicable to the product at the time of the return. Details of such policies will be provided to the Client upon request.  Reprints cannot be returned once these have been printed.

**13. General:** The formation, existence, construction, performance, validity and all aspects of the TC shall be governed by the law of the corporate domicile of the Elsevier company which is providing the Products or Services. The parties agree to submit to the exclusive jurisdiction of the courts of that same corporate domicile. The Client shall not be entitled to assign the TC or any part of it without the prior written consent of Elsevier. Elsevier may assign the TC or any part of it to any person, firm or company. If any provision of the TC is found by any court, tribunal or administrative body of competent jurisdiction to be wholly or partly illegal, invalid, void, voidable, unenforceable or unreasonable it shall to the extent of such illegality, invalidity, voidness, voidability, unenforceability or unreasonableness be deemed severable and the remaining provisions of the TC and the remainder of such provision shall continue in full force and effect. Failure or delay by Elsevier in enforcing or partially enforcing any provision of the TC shall not be construed as a waiver of any of its rights under the TC.

ELS 000137



ELSEVIER

**Elsevier**
Customer Service
6277 Sea Harbor Drive
Orlando FL 32887-4800
USA

NL801481247B01

# *Invoice*
## *Archive Copy*

Tel: (+1) 407-345-4020
Fax: (+1) 407 363 1354
Email: usjcs@elsevier.com
www.elsevier.com

FED: 13-1958712
DUNS: 006-294-391
GST: R137135919

Billing Account Number. **00794881**

BILL TO:

IBIS/PTI
PUBLICACOES TECNICAS
INTERNACIONIS LTDA
R PEIXOTO GOMIDE 209
01409-901 SAO PAULO SP
BRAZIL

Delivery Account Number. **10873692**

SEND TO:

ERNANI DE MOURA JUNIOR
AV NASCIMENTO DE CASTRO 1597
59054 NATAL RN
BRAZIL

Registered in England Number 1982084 Elsevier, Fulfilment Centre, The Boulevard, Kidlington, Oxford, OX5 1GB, UK

INCL    FT0

| PAGE NO 1 | SOURCE CODE Normal Post | DUE DATE 12-DEC-2007 | INVOICE DATE 12-NOV-2007 | INVOICE NO A9874363 | | | | |
|---|---|---|---|---|---|---|---|---|
| PRODUCT REF | DETAIL | PURCHASE ORDER NUMBER | QTY | PRICE | NET AMOUNT | POSTAGE | TAX | TOTAL AMOUNT |
| 05549 P | FITOTERAPIA 00078/0001 JAN-07 00078/0007 DEC-07 Number of Issues= 8 Personal | | 1 | 179.00 | 179.00 | 0.00 | 0.00 | 179.00 |
| | ELSEVIER ORDER NUMBER: 1004104564 | | | | | | | |
| | TOTAL VALUE OF THIS INVOICE LESS PAYMENT ALREADY RECEIVED | | | | | 0.00 | 0.00 | 179.00 170.05 |

REMARKS
Thank you for your payment of 170.05 USD of which 170.05 USD has been applied to this invoice. Thank you for your order as listed on this invoice. Please note the amount paid was insufficient for this order.  Your order has been processed. We kindly request you remit the additional payment quoted on this invoice to balance your account.

| Amount due in US Dollars | USD | 8.95 |
|---|---|---|

| Quantity Supplied 7 | Method Dutch PTT/Stan |
|---|---|
| Total Weight 1.020 | Type Dutch PTT/Stan |

---

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return the complete invoice to the Customer Service address above if you are making any changes
**REMITTANCE ADVICE - PLEASE RETURN WITH CHEQUE OR CREDIT CARD PAYMENTS**

BACS transfers - please quote invoice and billing account numbers. Failure to do so will result in delays or lost payments.

| Billing Account Number | 00794881 |
|---|---|
| Invoice Number: | A9874363 |
| Delivery Account Number: | 10873692 |
| Invoice Date: | 12-NOV-2007 |
| TOTAL AMOUNT  USD | 8.95 |

Registered in England Number 1982084  Elsevier,
Fulfilment Centre, The Boulevard, Kidlington, Oxford, OX5 1GB, UK

## PAYMENT OPTIONS:

**Bank Transfer:** Remit the amount to our account 62.65.07.634 with the Hollandsche Bank Unie NV, Rotterdam, The Netherlands, SWIFT-address: HBUANL2R, IBAN: NL76 HBUA 0626 5076 34

**Cheque:** Draw and send this slip with a check to Elsevier, PO Box 7247-7682 Philadelphia, PA 19170-7682, USA

**Credit Card:** Fill in your credit card details and send to Customer Service, 11830 Westline IND Dr, St Louis, MO 63146, USA

☐ Amex (not JPY)   ☐ Visa   ☐ Euro/Mastercard   ☐ JCB

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Valid Expiry Date:    Month _____    Year _____

Signature _____

Name _____

00794881  A9874363  00  0000000017900  0

**ELS 000122**

# Elsevier Terms and Conditions of Supply

**1. Applicability:** These terms and conditions shall apply to all offers, proposals and agreements made between Elsevier and any third party or its agent ("the Client') relating to the products and/or services of Elsevier ('the Products and/or Services") and, along with the relevant Elsevier order acknowledgement, shall form the entire agreement between the parties (the "TC"). They supersede any previous supply terms and conditions. For the purposes of the TC 'Elsevier' shall mean the company within the Elsevier group that is providing the Products or Services as set out on the Elsevier order acknowledgement or invoice. Where general terms and conditions of business are proposed by the Client, these shall not apply and the TC will prevail. Any variation to the TC and any representations about the Products and Services shall have no effect unless expressly agreed in writing and signed by an authorised signatory of Elsevier. Nothing in the TC will exclude or limit Elsevier's liability for fraudulent misrepresentation.

**2. Offer and acceptance/ Description:** Each order for the Products and Services by the Client from Elsevier shall be deemed to be an **offer** by the Client to purchase the Products and Services subject to the TC. No order placed by the Client shall be deemed accepted until a written acknowledgement of order is issued by Elsevier or (if earlier) Elsevier delivers the Products or issues the invoice to the Client or commences performance of the Services for the Client. All product orders are accepted subject to availability of the ordered Products. Unless otherwise expressly agreed by Elsevier in writing, Client represents and warrants that it is purchasing Products or Services from Elsevier for its own account and use and not on behalf of any other person or entity. If Client is an agent, it represents and warrants that it is purchasing the Products and Services from Elsevier for the account and use of no more than one identified institutional subscriber as principal or, if the agent is permitted to order personal subscriptions in a representative capacity, for the account and use of no more than one identified eligible individual subscriber for valid personal use. Client acknowledges that violation of this representation and warranty will cause irreparable harm to Elsevier. Upon any violation of this representation and warranty, Elsevier shall be entitled to immediate injunctive relief requiring Client to disclose all recipients of Elsevier Products and Services from Client, including all actual recipients that have not been previously properly identified by Client. Elsevier shall use commercially reasonable efforts to comply with descriptions of the Products and Services agreed by both parties in the relevant order, including such things as format, printing processes, technical design, size and kind of address file, weights and the like. All drawings, descriptive matter, specifications and advertising issued by Elsevier and any descriptions or illustrations contained in Elsevier's catalogues or brochures are issued or published for the sole purpose of giving an approximate description of the Products and Services described in them. They will not form part of the TC. Publishing errors, including, but not limited to, typographical errors, having no significant effect on the editorial content or design characteristics of the Products and Services, cannot be considered a reason for rejecting delivery or, as the case may be, modifying the agreed price.

**3. Execution and modification of the order:** Any modifications to the agreed product or service description, budget or schedule, as set out in the order acknowledgement, may result in an adjustment to the final price and/or delivery schedule at Elsevier's discretion.

**4. Rates and prices:** Unless otherwise agreed by Elsevier in writing the price/rates for the Products shall be those set out in Elsevier's current price/rate list (whether print or online). All such prices/rates shall be exclusive of any handling, packing, loading, freight, transport and insurance charges unless otherwise agreed in writing, and shall also be exclusive of any taxes, import duties or other levies imposed on the sale or import of the Products by local or national authorities, which shall be charged by Elsevier as appropriate. Where applicable, Client shall provide its VAT registration number or other evidence of tax exemption to Elsevier at the time of placing its order. If, under the laws of the territory in which Client is selling the Products, the Client is required to withhold any tax on the amounts payable to Elsevier under the TC, then the amount of the payment will be automatically increased to fully offset such tax, so that the amount actually remitted to Elsevier, net of all taxes, equals the amount invoiced or otherwise due. The Client will promptly furnish Elsevier with the official receipt of payment of those taxes to the appropriate taxing authority. All financial transactions must be settled in the currency of the applicable Elsevier invoice. The Client will be solely responsible at its own cost for completing any foreign exchange-related procedures in the said territory that are necessary to make payments to Elsevier under the TC, including without limitation all bank charges and foreign exchange charges.

**5. Payment:** Unless otherwise agreed in writing, payments shall be effected within thirty (30) days of the invoice **date** in the currency invoiced. Time for payment shall be of the essence. Elsevier may set and vary credit limits for any Client account and shall be entitled to refuse to supply any Client who has exceeded its current credit limit. Legal and beneficial title in any tangible Products supplied by Elsevier to the Client shall remain with Elsevier until Elsevier has received in full (in cash or cleared funds) all sums due to it in respect of the Products and all other sums which are or which become due to Elsevier from the Client on any account. The Client may resell the Products before ownership has passed to it provided that any sale shall be effected in the ordinary course of the Client's business at full market value and any such sale shall be a sale of Elsevier's property on the Client's own behalf and the Client shall deal as principal when making such a sale. Elsevier shall be entitled to recover payment for the copies of the Products notwithstanding that ownership of any of the copies of the Product has not passed from Elsevier. For the avoidance of doubt no intellectual property rights in any Elsevier Products shall transfer to the Client. Products shall be at the Client's risk as from delivery. The Client shall make all payments due under the TC without any deduction whether by way of set-off, counterclaim, discount, abatement or otherwise unless the Client has a valid court order requiring an amount equal to such deduction to be paid by Elsevier to the Client. From the due date of the invoice to the date of payment in full, interest at the rate of 1% may be charged to the Client on a monthly basis for any sums outstanding, together with any collection fees incurred by Elsevier. If the Client wishes to dispute any invoice (or part), the Client shall, as soon as reasonably practicable, but no later than the due date of such invoice, send full details of such dispute to Elsevier in writing. The Client shall remain liable for any undisputed part of such invoice. Elsevier shall be entitled, at any time, to demand payment in advance and may suspend performance of its obligations arising from the TC until such advance payment has been received. Where the Client is indebted to Elsevier for any other Product or Service under any other order, Elsevier reserves the right to withhold supply of the Products or Services under the current order until any outstanding monies are fully paid. Elsevier shall be entitled to apply any monies received by the Client, to clear any of the Client's outstanding debts to Elsevier.

**6. Distribution:** The Client shall not engage in piracy, reproduction, or plagiarism of the Products or any other products of Elsevier or its affiliates, nor shall it directly or indirectly facilitate any other party to engage in those activities. The Client shall promptly notify Elsevier if it becomes aware of any piracy, reproduction, or plagiarism of the Products by any third party. The Client is solely responsible for collecting from its customers amounts due in respect of its sales of the Products, exercising full credit control and solely bearing all of its own losses resulting from any uncollected amounts. Delays or failures in obtaining such payments will not affect the Client's obligation to make payments to Elsevier under clause 5.

**7. Intellectual property:** Copyright and other intellectual property rights to all Elsevier proposals, publications and other Products and or Services shall remain with Elsevier. These Products and Services offered in writing. The rights granted by Elsevier are restricted to use solely by the Client and may not be assigned, transferred or sublicensed without the prior written permission of Elsevier. The rights granted by Elsevier are non-exclusive and for the purpose expressly agreed upon. Any other use shall require the prior written permission of Elsevier. The Client shall not acquire any intellectual property rights in the Products. No part of the Elsevier proposals, publications or Products may be stored in any automated data file and/or reproduced, whether electronically, mechanically, by photocopying, recording or in any other manner or form, without the specific prior written permission of Elsevier.

**8. Liability and claims:** TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS (i) Elsevier shall not be liable for any of the following losses which may arise by reason of any breach of this TC or any implied warranty, condition or other term, any representation or any duty of any kind imposed on Elsevier by operation of law: (a) any loss of anticipated profits or expected future business; (b) damage to reputation or goodwill; (c) any damages, costs or expenses payable by Elsevier to any third party; (d) loss of any order or contract; or (e) any loss that was not foreseeable by the Client and Elsevier at the time this TC was entered into; or (f) any loss not caused by any breach on the part of Elsevier; AND (ii) NEITHER PARTY SHALL BE RESPONSIBLE FOR DEATH OR PERSONAL INJURY EXCEPT THAT RESULTING FROM ITS OWN NEGLIGENCE OR WILFUL INTENT OR THE NEGLIGENCE OF ITS EMPLOYEES OR OTHERS FOR WHOM THE PARTY IS LEGALLY RESPONSIBLE. NOTHING IN THE TC SHALL BE CONSTRUED AS CREATING AN OBLIGATION TO INDEMNIFY THE OTHER PARTY AGAINST THE OTHER PARTY'S OWN NEGLIGENCE. ELSEVIER'S LIABILITY FOR ANY OTHER LOSS IMPUTABLE TO IT SHALL IN ANY EVENT BE LIMITED TO THE INVOICE VALUE OF THE PART OF THE TC TO WHICH THE LIABILITY ARISES. TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS ELSEVIER EXPRESSLY EXCLUDES ANY LIABILITY FOR BREACH OF ANY IMPLIED OR EXPRESS WARRANTY OF AS TO MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. NOTHING IN THIS CONTRACT SHALL LIMIT THE CLIENT'S EXISTING LEGAL OR STATUTORY RIGHTS WHERE IT IS ACTING AS A CONSUMER. The parties agree that the United Nations Convention on Contracts for the International Sale of Goods shall not apply to this TC or the interpretation or enforcement thereof. The Client has entered into this TC in the knowledge that the liability of Elsevier is to be limited in accordance with these terms and conditions and the charges have been agreed accordingly. The Client acknowledges that a higher price would be payable for the Products or Services but for such limitations.

**9. Force majeure:** If by reason of labor dispute, strikes, inability to obtain labor or materials, fire or other action of the elements, accidents, power or telecommunications failure, customs delays, governmental restrictions or appropriation or other causes beyond the control of a party, such party is unable to perform in whole or in part its obligations set forth in this TC, then such party shall be relieved of those obligations to the extent it is thereby unable to perform, and such inability to perform shall not make such party liable to any other party. The party subject to an event of force majeure shall use good faith efforts to comply as closely as possible with the provisions of this TC and to avoid the effects of such event to the extent possible.

**10. Audit:** If Client is an agent, Client shall allow Elsevier's authorized representative at any reasonable time to have access to Client's premises (or to arrange for Elsevier's authorized representatives to have access to other relevant premises) for the purpose of inspecting Client's facilities, books and records to verify Client's compliance with the TC.

**11. Compliance with laws:** Client shall at all times during the term strictly comply with all applicable laws, ordinances, codes, regulations, standards and judicial and administrative orders (jointly "Applicable Laws" or "Laws") relevant to its duties, obligations and performance under the TC, including, without limitation, the Reed Elsevier Code of Conduct for Suppliers (www.reedelsevier.com/investorcentre/corporatestructure/Pages/Codeofethics.aspx and Applicable Laws related to bribery, including, without limitation any such Laws that are enforced internationally (such as the United States Foreign Corrupt Practice Act and the UK Bribery Act) and those enforced in the country where business is being conducted and/or the Clients place of business or residence. Client and its officers, directors, employees and agents shall engage only in legitimate business and ethical practices in commercial operations and in relation to its dealings with any employee or official of a government agency or any other government owned, operated or controlled entity (including, without limitation, state run universities, hospitals and libraries), or political parties or candidates (jointly "Government Official"). Neither Client nor any of its officers, directors, employees or agents shall pay, offer, give, promise or authorize the payment, directly or indirectly, of any monies or anything of value to any commercial contact or Government Official for the purpose or intent to induce such person to use his/her authority to help the Client, Elsevier, and/or any affiliate of Elsevier for personal gain or for that of Elsevier or Elsevier's affiliates (any such act, a "Prohibited Payment"). A Prohibited Payment does not include a payment of reasonable and bona fide expenditures, such as travel or lodging expenses, which are directly related to the promotion, demonstration or explanation of Products or Services or the execution or performance of a contract provided that such payments are permissible under the Applicable Laws. Client further agrees that he/she will not accept any payment or other benefit in money or in kind from any person as an inducement or reward for any act or forbearance or in connection with any matter or business transacted by or on behalf of Elsevier.

**12. Cancellations & Returns:** Without prejudice to any rights the Client may have under statute as a consumer, if the Client cancels an order either fully or partially, a cancellation fee may be charged. All cancellations must be made in writing. This fee will be calculated to cover any external or internal costs which have been incurred or committed up to and including the date of cancellation. No new external costs will be incurred or committed/contracted from the date of receipt of written notice of cancellation by Elsevier. Any returns of the Products shall be subject to the relevant Elsevier company's return policy applicable to the product at the time of the return. Details of such policies will be provided to the Client upon request. Reprints cannot be returned once these have been printed.

**13. General:** The formation, existence, construction, performance, validity and all aspects of the TC shall be governed by the law of the corporate domicile of the Elsevier company which is providing the Products or Services. The parties agree to submit to the exclusive jurisdiction of the courts of that same corporate domicile. The Client shall not be entitled to assign the TC or any part of it without the prior written consent of Elsevier. Elsevier may assign the TC or any part of it to any person, firm or company. If any provision of the TC is found by any court, tribunal or administrative body of competent jurisdiction to be wholly or partly illegal, invalid, void, voidable, unenforceable or unreasonable it shall to the extent of such illegality, invalidity, voidness, voidability, unenforceability or unreasonableness be deemed severable and the remaining provisions of the TC and the remainder of such provision shall continue in full force and effect. Failure or delay by Elsevier in enforcing or partially enforcing any provision (or prosecuting any breach) of the TC will not be construed as a waiver of any of its rights under the TC.

**ELS 000123**



Elsevier
Customer Service
6277 Sea Harbor Drive
Orlando FL 32887-4800
USA

Tel: (+1) 407-345-4020
Fax: (+1) 407 363 1354
Email: usjcs@elsevier.com
www.elsevier.com



# Invoice
## Archive Copy

FED: 13-1932
DUNS: 006294-391
GST: R1373519

Billing Account Number. **00042533**

BILL TO:

IBIS

1740 BERKSHIRE DRIVE
FULLERTON CA 92833-4815
USA

Delivery Account Number. **10853905**

SEND TO:

BRUNO ROSSI
PTI/BOOKS-87920.01.01
R PEIXOTO GOMIDE 209 CP 31220
01309-970 SAO PAULO
BRAZIL

Registered in England Number 1982084 Elsevier, Fulfilment Centre, The Boulevard, Kidlington, Oxford, OX5 1GB, UK

INCL   FT0

| PAGE NO | SOURCE CODE | DUE DATE | INVOICE DATE | INVOICE NO | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | E-PID Order | 28-OCT-2007 | 28-SEP-2007 | A9764402 | | | | |

| | PRODUCT REF | DETAIL | PURCHASE ORDER NUMBER | QTY | PRICE | NET AMOUNT | POSTAGE | TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 05287 P | INTERACTING WITH COMPUTERS<br>00019/0001 JAN-07   00019/0005<br>DEC-07 Number of Issues=   6<br>Personal<br><br>ELSEVIER ORDER NUMBER: 1003998658 | 87920.01.01 | 1 | 105.00 | 105.00 | 0.00 | 0.00 | 105.00 |
| 2 | 00321 P | JOURNAL OF BIOMECHANICS<br>00040/0001 JAN-07   00040/0016<br>DEC-07 Number of Issues=   16<br>Personal<br><br>ELSEVIER ORDER NUMBER: 1003998658 | 87920.01.01 | 1 | 416.00 | 416.00 | 0.00 | 0.00 | 416.00 |

**Continued on next page ..**

**ELS 000142**

See final page for Elsevier's

terms and conditions of supply

ELS 000143



**ELSEVIER**

Elsevier
Customer Service
6277 Sea Harbor Drive
Orlando FL 32887-4800
USA

NL801481247B01
GB494627212

# *Invoice*
## *Archive Copy*

Tel: (+1) 407-345-4020
Fax: (+1) 407 363 1354
Email: usjcs@elsevier.com
www.elsevier.com

FED: 13-1958712
DUNS: 006-294-391
GST: R137135919

Billing Account Number. **00042533**

Delivery Account Number. **10853905**

BILL TO:

IBIS

1740 BERKSHIRE DRIVE
FULLERTON CA 92833-4815
USA

SEND TO:

BRUNO ROSSI
PTI/BOOKS-87920.01.01
R PEIXOTO GOMIDE 209 CP 31220
01309-970 SAO PAULO
BRAZIL

Registered in England Number 1982084 Elsevier, Fulfilment Centre, The Boulevard, Kidlington, Oxford, OX5 1GB, UK          INCL     FT0

| PAGE NO 3 | SOURCE CODE E-PID Order | DUE DATE 28-OCT-2007 | INVOICE DATE 28-SEP-2007 | INVOICE NO A9764402 | | | |
|-----------|-------------------------|----------------------|--------------------------|---------------------|---|---|---|
| PRODUCT REF | DETAIL | PURCHASE ORDER NUMBER | QTY | PRICE | NET AMOUNT | POSTAGE | TAX | TOTAL AMOUNT |
| | TOTAL VALUE OF THIS INVOICE LESS PAYMENT ALREADY RECEIVED | | | | | 0.00 | 0.00 | 521.00 494.95 |

REMARKS
Thank you for your payment of 494.95 USD of which 494.95 USD has been applied to this invoice. Thank you for your order as listed on this invoice. Please note the amount paid was insufficient for this order.  Your order has been processed. We kindly request you remit the additional payment quoted on this invoice to balance your account.

| Amount due in US Dollars | USD | 26.05 |

Quantity Supplied
19

Method
Dutch PTT/Stan

Total Weight
9.406

Type
Dutch PTT/Stan

---

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return the complete invoice to the Customer Service address above if you are making any changes
**REMITTANCE ADVICE - PLEASE RETURN WITH CHEQUE OR CREDIT CARD PAYMENTS**

**BACS transfers - please quote invoice and billing account numbers. Failure to do so will result in delays or lost payments.**

## PAYMENT OPTIONS:

| Billing Account Number | 00042533 |
|------------------------|----------|
| Invoice Number: | A9764402 |
| Delivery Account Number: | 10853905 |
| Invoice Date: | 28-SEP-2007 |
| TOTAL AMOUNT  USD | 26.05 |

Registered in England Number 1982084  Elsevier,
Fulfilment Centre, The Boulevard, Kidlington, Oxford, OX5 1GB, UK

**Bank Transfer:** Remit the amount to our account 62.65.07.634 with the Hollandsche Bank Unie NV, Rotterdam, The Netherlands, SWIFT-address: HBUANL2R, IBAN: NL76 HBUA 0626 5076 34

**Cheque:** Draw and send this slip with a check to Elsevier, PO Box 7247-7682 Philadelphia, PA 19170-7682, USA

**Credit Card:** Fill in your credit card details and send to Customer Service, 11830 Westline IND Dr, St Louis, MO 63146, USA

☐ Amex (not JPY)   ☐ Visa   ☐ Euro/Mastercard   ☐ JCB

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Valid Expiry Date:        Month            Year

Signature _____

Name _____

00042533  A9764402  00  0000000052100  0

**ELS 000144**

# Elsevier Terms and Conditions of Supply

**1. Applicability:** These terms and conditions shall apply to all offers, proposals and agreements made between Elsevier and any third party or its agent ("the Client") relating to the products and/or services of Elsevier ("the Products and/or Services") and, along with the relevant Elsevier order acknowledgement, shall form the entire agreement between the parties (the "TC"). They supersede any previous supply terms and conditions. For the purposes of the TC "Elsevier" shall mean the company within the Elsevier group that is providing the Products or Services as set out on the Elsevier order acknowledgement or invoice. Where general terms and conditions of business are proposed by the Client, these shall not apply and the TC will prevail. Any variation to the TC and any representations about the Products and Services shall have no effect unless expressly agreed in writing and signed by an authorized signatory of Elsevier. Nothing in the TC will exclude or limit Elsevier's liability for fraudulent misrepresentation.

**2. Offer and acceptance/ Description:** Each order for the Products and Services by the Client from Elsevier shall be deemed to be an offer by the Client to purchase the Products and Services subject to the TC. No order placed by the Client shall be deemed accepted until a written acknowledgement of order is issued by Elsevier or (if earlier) Elsevier delivers the Products or issues the invoice to the Client or commences performance of the Services for the Client. All product orders are accepted subject to availability of the ordered Products. Unless otherwise expressly agreed by Elsevier in writing, Client represents and warrants that it is purchasing Products or Services from Elsevier for its own account and use and not on behalf of any other person or entity. If Client is an agent, it represents and warrants that it is purchasing the Products and Services from Elsevier for the account and use of no more than one identified institutional subscriber as principal or, if the agent is permitted to order personal subscriptions in a representative capacity, for the account and use of no more than one identified eligible individual subscriber for valid personal use. Client acknowledges that violation of this representation and warranty will cause irreparable harm to Elsevier. Upon any violation of this representation and warranty, Elsevier shall be entitled to immediate injunctive relief requiring Client to disclose all recipients of Elsevier Products and Services from Client, including all actual recipients that have not previously properly identified by Client. Elsevier shall use commercially reasonable efforts to comply with descriptions of the Products and Services agreed by both parties in the relevant order, including such things as format, printing processes, technical design, size and kind of address file, weights and the like. All drawings, descriptive matter, specifications and advertising issued by Elsevier and any descriptions or illustrations contained in Elsevier's catalogues or brochures are issued or published for the sole purpose of giving an approximate description of the Products and Services described in them. They will not form part of the TC. Publishing errors, including, but not limited to, typographical errors, having no significant effect on the editorial content or design characteristics of the Products and Services, cannot be considered a reason for rejecting delivery or, as the case may be, modifying the agreed price.

**3. Execution and modification of the order:** Any modifications to the agreed product or service description, budget or schedule, as set out in the order acknowledgement, may result in an adjustment to the final price and/or delivery schedule at Elsevier's discretion.

**4. Rates and prices:** Unless otherwise agreed by Elsevier in writing the price/rates for the Products shall be those set out in Elsevier's current price list (whether print or online). All such prices/rates shall be exclusive of any handling, packing, loading, freight, transport and insurance charges unless otherwise agreed in writing, and shall also be exclusive of any taxes, import duties or other levies imposed on the sale or import of the Products by local or national authorities, which shall be charged by Elsevier as appropriate. Where applicable, Client shall provide its VAT registration number or other evidence of tax exemption to Elsevier at the time of placing its order. If, under the laws of the territory in which Client is selling the Products, the Client is required to withhold any tax on the amounts payable to Elsevier under the TC, then the amount of the payment will be automatically increased to fully offset such tax, so that the amount actually remitted to Elsevier, net of all taxes, equals the amount invoiced or otherwise due. The Client will promptly furnish Elsevier with the official receipt of payment of those taxes to the appropriate taxing authority. All financial transactions must be settled in the currency of the applicable Elsevier invoice. The Client will be solely responsible at its own cost for completing any foreign exchange-related procedures in the said territory that are necessary to make payments to Elsevier under the TC, including without limitation all bank charges and foreign exchange charges.

**5. Payment:** Unless otherwise agreed in writing, payments shall be effected within thirty (30) days of the invoice date in the currency invoiced. Time for payment shall be of the essence. Elsevier may set and vary credit limits for any Client account and shall be entitled to refuse to supply any Client who has exceeded its current credit limit. Legal and beneficial title in any tangible Products supplied by Elsevier to the Client shall remain with Elsevier until Elsevier has received in full (in cash or cleared funds) all sums due to it in respect of the Products and all other sums which are or which become due to Elsevier from the Client on any account. The Client may resell the Products before ownership has passed to it provided that any sale shall be effected in the ordinary course of the Client's business at full market value and any such sale shall be a sale of Elsevier's property on the Client's own behalf and the Client shall deal as principal when making such a sale. Elsevier shall be entitled to recover payment for the copies of the Product notwithstanding that ownership of any of the copies of the Product has not passed from Elsevier. For the avoidance of doubt no intellectual property rights in any Elsevier Products shall transfer to the Client. Products shall be at the Client's risk as from delivery. The Client shall make all payments due under the TC without any deduction whether by way of set-off, counterclaim, discount, abatement or otherwise unless the Client has a valid court order requiring an amount equal to such deduction to be paid by Elsevier to the Client. From the due date of the invoice to the date of payment in full, interest at the rate of 1% may be charged to the Client on a monthly basis for any sums outstanding, together with any collection fees incurred by Elsevier. If the Client wishes to dispute any invoice (or part), the Client shall, as soon as reasonably practicable, but no later than the due date of such invoice, send full details of such dispute to Elsevier in writing. The Client shall remain liable for any undisputed part of such invoice. Elsevier shall be entitled, at any time, to demand payment in advance and may suspend performance of its obligations arising from the TC until such advance payment has been received. Where the Client is indebted to Elsevier for any other Product or Service under any other order, Elsevier reserves the right to withhold supply of the Products or Services under the current order until any outstanding monies are fully paid. Elsevier shall be entitled to apply any monies received by the Client, to clear any of the Client's outstanding debts to Elsevier.

**6. Distribution:** The Client shall not engage in piracy, reproduction, or plagiarism of the Products or any other products of Elsevier or its affiliates, nor shall it directly or indirectly facilitate any other party to engage in those activities. The Client shall promptly notify Elsevier if it becomes aware of any piracy, reproduction, or plagiarism of the Products by any third party. The Client is solely responsible for collecting from its customers amounts due in respect of its sales of the Products, exercising full credit control and solely bearing all of its own losses resulting from any uncollected amounts. Delays or failures in obtaining such payments will not affect the Client's obligation to make payments to Elsevier under clause 5.

**7. Intellectual property:** Copyright and other intellectual property rights to all Elsevier proposals, publications and other Products and or Services shall remain with Elsevier unless agreed otherwise in writing. The rights granted by Elsevier are restricted to use solely by the Client and shall not be assigned, transferred or sublicensed without the prior written permission of Elsevier. The rights granted by Elsevier are non-exclusive and for the purpose expressly agreed upon. Any other use shall require the prior written permission of Elsevier. The Client shall not acquire any intellectual property rights in the Products. No part

of the Elsevier proposals, publications or Products may be stored in any automated data file and/or reproduced, whether electronically, mechanically, by photocopying, recording or in any other manner or form, without the specific prior written permission of Elsevier.

**8. Liability and claims:** TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS (i) Elsevier shall not be liable for any of the following losses which may arise by reason of any breach of this TC or any implied warranty, condition or other term, any representation or any duty of any kind imposed on Elsevier by operation of law: (a) any loss of anticipated profits or expected future business; (b) damage to reputation or goodwill; (c) any damages, costs or expenses payable by Elsevier to any third party; (d) loss of any order or contract; or (e) any loss that was not foreseeable by the Client and Elsevier at the time this TC was entered into; or (f) any loss not caused by any breach on the part of Elsevier; AND (ii) NEITHER PARTY SHALL BE RESPONSIBLE FOR DEATH OR PERSONAL INJURY EXCEPT THAT RESULTING FROM ITS OWN NEGLIGENCE OR WILFUL INTENT OR THE NEGLIGENCE OF ITS EMPLOYEES OR OTHERS FOR WHOM THE PARTY IS LEGALLY RESPONSIBLE. NOTHING IN THE TC SHALL BE CONSTRUED AS CREATING AN OBLIGATION TO INDEMNIFY THE OTHER PARTY AGAINST THE OTHER PARTY'S OWN NEGLIGENCE. ELSEVIER'S LIABILITY FOR ANY OTHER LOSS IMPUTABLE TO IT SHALL IN ANY EVENT BE LIMITED TO THE INVOICE VALUE OF THE PART OF THE TC TO WHICH THE LIABILITY ARISES. TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS Elsevier EXPRESSLY EXCLUDES ANY LIABILITY FOR BREACH OF ANY IMPLIED OR EXPRESS WARRANTY OF AS TO MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. NOTHING IN THIS CONTRACT SHALL LIMIT THE CLIENT'S EXISTING LEGAL OR STATUTORY RIGHTS WHERE IT IS ACTING AS A CONSUMER. The parties agree that the United Nations Convention on Contracts for the International Sale of Goods shall not apply to this TC or the interpretation or enforcement thereof. The Client has entered into this TC in the knowledge that the liability of Elsevier is to be limited in accordance with these terms and conditions and the charges have been agreed accordingly. The Client acknowledges that a higher price would be payable for the Products or Services but for such limitations.

**9. Force majeure:** If by reason of labour disputes, strikes, inability to obtain labor or materials, fire or other action of the elements, accidents, power or telecommunications failure, customs delays, governmental restrictions or appropriation or other causes beyond the control of a party, such party is unable to perform in whole or in part its obligations set forth in this TC, then such party shall be relieved of those obligations to the extent it is thereby unable to perform, and such inability to perform shall not make such party liable to any other party. The party subject to an event of force majeure shall use good faith efforts to comply as closely as possible with the provisions of this TC and to avoid the effects of such event to the extent possible.

**10. Audit:** If Client is an agent, Client shall allow Elsevier's authorized representative at any reasonable time to have access to Client's premises (or to arrange for Elsevier's authorized representatives to have access to other relevant premises) for the purpose of inspecting Client's facilities, books and records to verify Client's compliance with the TC.

**11. Compliance with laws:** Client shall at all times during the term strictly comply with all applicable laws, ordinances, codes, regulations, standards and judicial and administrative orders (jointly "Applicable Laws" or "Laws") relevant to its duties, obligations and performance under the TC, including, without limitation, the Reed Elsevier Code of Conduct for Suppliers www.reedelsevier.com/investorcentre/corporateresponsibility/Pages/Codeofethics.aspx and Applicable Laws related to bribery, including, without limitation any such Laws that are enforced internationally (such as the United States Foreign Corrupt Practice Act and the UK Bribery Act) and those enforced in the country where business is being conducted and/or the Clients place of business or residency. Client and its officers, directors, employees and agents shall engage only in legitimate business and ethical practices in commercial operations and in relation to its dealings with any employee or official of a government agency or any other government owned, operated or controlled entity (including, without limitation, state run universities, hospitals and libraries), or political parties or candidates (jointly "Government Official"). Neither Client nor any of its officers, directors, employees or agents shall pay, offer, give, promise or authorize the payment, directly or indirectly, of any monies or anything of value to any commercial contact or Government Official for the purpose or intent to induce such person to use his/her authority to help the Client, Elsevier. and/or any affiliate of Elsevier for personal gain or for that of Elsevier or Elsevier's affiliates (any such act, a "Prohibited Payment"). A Prohibited Payment does not include a payment of reasonable and bona fide expenditures, such as travel or lodging expenses, which are directly related to the promotion, demonstration or explanation of Products or Services or the execution or performance of a contract provided that such payments are permissible under the Applicable Laws. Client further agrees that he/she will not accept any payment or other benefit in money or in kind from any person as an inducement or reward for any act or forbearance or in connection with any matter or business transacted by or on behalf of Elsevier.

**12. Cancellations & Returns:** Without prejudice to any rights the Client may have under statute as a consumer, if the Client cancels an order either fully or partially, a cancellation fee may be charged. All cancellations must be made in writing. This fee will be calculated to cover any external or internal costs which have been incurred or committed up to and including the date of cancellation. No new external costs will be incurred or committed/contracted from the date of receipt of written notice of cancellation by Elsevier. Any returns of the Products shall be subject to the relevant Elsevier company's return policy applicable to the product at the time of the return. Details of such policies will be provided to the Client upon request. Reprints cannot be returned once these have been printed.

**13. General:** The formation, existence, construction, performance, validity and all aspects of the TC shall be governed by the law of the corporate domicile of the Elsevier company which is providing the Products or Services. The parties agree to submit to the exclusive jurisdiction of the courts of that same corporate domicile. The Client shall not be entitled to assign the TC or any part of it without the prior written consent of Elsevier. Elsevier may assign the TC or any part of it to any person, firm or company. If any provision of the TC is found by any court, tribunal or administrative body of competent jurisdiction to be wholly or partly illegal, invalid, void, voidable, unenforceable or unreasonable it shall to the extent of such illegality, invalidity, voidness, voidability, unenforceability or unreasonableness be deemed severable and the remaining provisions of the TC and the remainder of such provision shall continue in full force and effect. Failure or delay by Elsevier in enforcing or partially enforcing any provision or provisions (or any breach) of the TC will not be construed as a waiver of any of its rights under the TC.

ELS 000145



**ELSEVIER**

Elsevier
Customer Service
6277 Sea Harbor Drive
Orlando FL 32887-4800
USA

Tel: (+1) 407-345-4020
Fax: (+1) 407 363 1354
Email: usjcs@elsevier.com
www.elsevier.com

GB484627212

# Invoice
## Archive Copy



Q-32

DATE: 8/7/13

CORINNE J. BLAIR, CSR RPR
FED: 13-1958712
DUNS: 006-394-391
GST: RI37135919

Billing Account Number. **10816797**

BILL TO:

PIERRE GROSSMANN
100 HILTON AVE UNIT M23
GARDEN CITY NY 11530-1578
UNITED STATES OF AMERICA

Delivery Account Number. **10816797**

SEND TO:

PIERRE GROSSMANN
100 HILTON AVE UNIT M23
GARDEN CITY NY 11530-1578
UNITED STATES OF AMERICA

Registered in England Number 1982084 Elsevier, Fulfilment Centre, The Boulevard, Kidlington, Oxford, OX5 1GB, UK   INCL   FN2

| PAGE NO | SOURCE CODE | DUE DATE | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|
| 1 | Normal Post | 05-JAN-2008 | 06-DEC-2007 | A0026645 |

| PRODUCT REF | DETAIL | PURCHASE ORDER NUMBER | QTY | PRICE | NET AMOUNT | POSTAGE | TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12615 P | JOURNAL OF MOLECULAR BIOLOGY 00365/0001 JAN-07 00374/0005 DEC-07 Number of Issues= 50 Personal | | 1 | 887.00 | 887.00 | 0.00 | 0.00 | 887.00 |
| | Tax on 887.00 = 0.00 ELSEVIER ORDER NUMBER: 1004206871 | | | | | | | |
| | **TOTAL VALUE OF THIS INVOICE** | | | | | 0.00 | 0.00 | 887.00 |
| | **LESS PAYMENT ALREADY RECEIVED** | | | | | | | 842.65 |

**REMARKS**
Thank you for your payment of 842.65 USD of which 842.65 USD has been applied to this invoice. Thank you for your order as listed on this invoice. Please note the amount paid was insufficient for this order. Your order has been processed. We kindly request you remit the additional payment quoted on this invoice to balance your account.

| | Amount due in US Dollars | USD | 44.35 |
|---|---|---|---|

| Quantity Supplied | Method |
|---|---|
| 50 | Dutch PTT/Stan |
| Total Weight | Type |
| 42.540 | Dutch PTT/Stan |

---

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please return the complete invoice to the Customer Service address above if you are making any changes
**REMITTANCE ADVICE - PLEASE RETURN WITH CHEQUE OR CREDIT CARD PAYMENTS**

**BACS transfers - please quote invoice and billing account numbers. Failure to do so will result in delays or lost payments.**

**PAYMENT OPTIONS:**

| Billing Account Number | 10816797 |
|---|---|
| Invoice Number | A0026645 |
| Delivery Account Number | 10816797 |
| **Invoice Date:** | 06-DEC-2007 |
| **TOTAL AMOUNT  USD** | 44.35 |

Registered in England Number 1982084 Elsevier,
Fulfilment Centre, The Boulevard, Kidlington, OX5 1GB, UK

**Bank Transfer:** Remit the amount to our account 62.65.07.634 with the Hollandsche Bank Unie NV, Rotterdam, The Netherlands, SWIFT-address: HBUANL2R, IBAN: NL76 HBUA 0626 5076 34

**Cheque:** Draw and send this slip with a check to Elsevier, PO Box 7247-7682 Philadelphia, PA 19170-7682, USA

**Credit Card:** Fill in your credit card details and send to Customer Service, 11830 Westline IND Dr, St Louis, MO 63146, USA

☐ Amex (not JPY)   ☐ Visa   ☐ Euro/Mastercard   ☐ JCB

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Valid Expiry Date:   Month _____   Year _____

Signature _____

Name _____

10816797  A0026645  00  0000000088700  0

**ELS 000110**

# Elsevier Terms and Conditions of Supply

**1. Applicability:** These terms and conditions shall apply to all offers, proposals and agreements made between Elsevier and any third party or its agent ("the Client") relating to the products and/or services of Elsevier ("the Products and/or Services") and, along with the relevant Elsevier order acknowledgement, shall form the entire agreement between the parties (the "TC"). They supersede any previous supply terms and conditions. For the purposes of the TC 'Elsevier' shall mean the company within the Elsevier group that is providing the Products or Services as set out on the Elsevier order acknowledgement or invoice. Where general terms and conditions of business are proposed by the Client, these shall not apply and the TC will prevail. Any variation to the TC and any representations about the Products and Services shall have no effect unless expressly agreed in writing and signed by an authorised signatory of Elsevier. Nothing in the TC will exclude or limit Elsevier's liability for fraudulent misrepresentation.

**2. Offer and Acceptance/ Description:** Each order for the Products and Services by the Client from Elsevier shall be deemed to be an offer by the Client to purchase the Products and Services subject to the TC. No order placed by the Client shall be deemed accepted until a written acknowledgement of order is issued by Elsevier or (if earlier) Elsevier delivers the Products or issues the invoice to the Client or commences performance of the Services for the Client. All product orders are accepted subject to availability of the ordered Products. Unless otherwise expressly agreed by Elsevier in writing, Client represents and warrants that it is purchasing Products or Services from Elsevier for its own account and use and not on behalf of any other person or entity. If Client is an agent, it represents and warrants that it is purchasing the Products and Services from Elsevier for the account and use of no more than one identified institutional subscriber as principal or, if the agent is permitted to order personal subscriptions in a representative capacity, for the account and use of no more than one identified eligible individual subscriber for valid personal use. Client acknowledges that violation of this representation and warranty will cause irreparable harm to Elsevier. Upon any violation of this representation and warranty, Elsevier shall be entitled to immediate injunctive relief requiring Client to disclose all recipients of Elsevier Products and Services from Client, including all actual recipients that have not been previously properly identified by Client. Elsevier shall use commercially reasonable efforts to comply with descriptions of the Products and Services agreed by both parties in the relevant order, including such things as format, printing processes, technical design, size and kind of address file, weights and the like. All drawings, descriptive matter, specifications and advertising issued by Elsevier and any descriptions or illustrations contained in Elsevier's catalogues or brochures are issued or published for the sole purpose of giving an approximate description of the Products and Services described in them. They will not form part of the TC. Publishing errors, including, but not limited to, typographical errors, having no significant effect on the editorial content or design characteristics of the Products and Services, cannot be considered a reason for rejecting delivery or, as the case may be, modifying the agreed price.

**3. Execution and modification of the order:** Any modifications to the agreed product or service description, budget or schedule, as set out in the order acknowledgement, may result in an adjustment to the final price and/or delivery schedule at Elsevier's discretion.

**4. Rates and prices:** Unless otherwise agreed by Elsevier in writing the price/rates for the Products shall be those set out in Elsevier's current price/rate list (whether print or online). All prices/rates shall be exclusive of any handling, packing, freight, transport and insurance charges unless otherwise agreed in writing, and shall also be exclusive of any taxes, import duties or other levies imposed on the sale or import of the Products by local or national authorities, which shall be charged by Elsevier as appropriate. Where applicable, Client shall provide its VAT registration number or other evidence of tax exemption to Elsevier at the time of placing its order. If, under the laws of the territory in which Client is selling the Products, the Client is required to withhold any tax on the amounts payable to Elsevier under the TC, then the amount of the payment will be automatically increased to fully offset such tax, so that the amount actually remitted to Elsevier, net of all taxes, equals the amount invoiced or otherwise due. The Client will promptly furnish Elsevier with the official receipt of payment of those taxes to the appropriate taxing authority. All financial transactions must be settled in the currency of the applicable Elsevier invoice. The Client will be solely responsible at its own cost for completing any foreign exchange-related procedures in the said territory that are necessary to make payments to Elsevier under the TC, including without limitation all bank charges and foreign exchange charges.

**5. Payment:** Unless otherwise agreed in writing, payments shall be effected within thirty (30) days of the invoice date in the currency invoiced. Time for payment shall be of the essence. Elsevier may set and vary credit limits for any Client account and shall be entitled to refuse to supply any Client who has exceeded its current credit limit. Legal and beneficial title in any tangible Products supplied by Elsevier to the Client shall remain with Elsevier until Elsevier has received in full (in cash or cleared funds) all sums due to it in respect of the Products and all other sums which are or which become due to Elsevier from the Client on any account. The Client may resell the Products before ownership has passed to it provided that any sale shall be effected in the ordinary course of the Client's business at full market value and any such sale shall be a sale of Elsevier's property on the Client's own behalf and the Client shall deal as principal when making such a sale. Elsevier shall be entitled to recover payment for the copies of the Product notwithstanding that ownership of any of the copies of the Product has not passed from Elsevier. For the avoidance of doubt no intellectual property rights in any Elsevier Products shall transfer to the Client. Products shall be at the Client's risk as from delivery. The Client shall make all payments due under the TC without any deduction whether by way of set-off, counterclaim, discount, abatement or otherwise unless the Client has a valid court order requiring an amount equal to such deduction to be paid by Elsevier to the Client. From the due date of the invoice to the date of payment in full, interest at the rate of 1% may be charged to the Client on any monthly basis for any sums outstanding, together with any collection fees incurred by Elsevier. If the Client wishes to dispute any invoice (or part), the Client shall, as soon as reasonably practicable, but no later than the due date of such invoice, send full details of such dispute to Elsevier in writing. The Client shall remain liable for any undisputed part of such invoice. Elsevier shall be entitled, at any time, to demand payment in advance and may suspend performance of its obligations arising from the TC until such advance payment has been received. Where the Client is indebted to Elsevier for any other Product or Service under any other order, Elsevier reserves the right to withhold supply of the Products or Services under the current order until any outstanding monies are fully paid. Elsevier shall be entitled to apply any monies received by the Client, to clear any of the Client's outstanding debts to Elsevier.

**6. Distribution:** The Client shall not engage in piracy, reproduction, or plagiarism of the Products or any other products of Elsevier or its affiliates, nor shall it directly or indirectly facilitate any other party to engage in those activities. The Client shall promptly notify Elsevier if it becomes aware of any piracy, reproduction, or plagiarism of the Products by any third party. The Client is solely responsible for collecting from its customers amounts due in respect of its sales of the Products, exercising full credit control and solely bearing all of its own losses resulting from any uncollected amounts. Delays or failures in obtaining such payments will not affect the Client's obligation to make payments to Elsevier under clause 5.

**7. Intellectual property:** Copyright and other intellectual property rights to all Elsevier proposals, publications and other Products and or Services shall remain with Elsevier unless agreed otherwise in writing. The rights granted by Elsevier are restricted to use solely by the Client and may not be assigned, transferred or sublicensed without the prior written permission of Elsevier. The rights granted by Elsevier are non-exclusive and for the purpose expressly agreed upon. Any other use shall require the prior written permission of Elsevier. The Client shall not acquire any intellectual property rights in the Products. No part of the Elsevier proposals, publications or Products may be stored in any automated data file and/or reproduced, whether electronically, mechanically, by photocopying, recording or in any other manner or form, without the specific prior written permission of Elsevier.

**8. Liability and claims:** TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS (i) Elsevier shall not be liable for any of the following losses which may arise by reason of any breach of this TC or any implied warranty, condition or other term, any representation or any duty of any kind imposed on Elsevier by operation of law: (a) any loss of anticipated profits or expected future business; (b) damage to reputation or goodwill; (c) any damages, costs or expenses payable by Elsevier to any third party; (d) loss of any order or contract; or (e) any loss that was not foreseeable by the Client and Elsevier at the time this TC was entered into; or (f) any loss not caused by any breach on the part of Elsevier; AND (ii) NEITHER PARTY SHALL BE RESPONSIBLE FOR DEATH OR PERSONAL INJURY EXCEPT THAT RESULTING FROM ITS OWN NEGLIGENCE OR WILFUL INTENT OR THE NEGLIGENCE OF ITS EMPLOYEES OR OTHERS FOR WHOM THE PARTY IS LEGALLY RESPONSIBLE. NOTHING IN THE TC SHALL BE CONSTRUED AS CREATING AN OBLIGATION TO INDEMNIFY THE OTHER PARTY AGAINST THE OTHER PARTY'S OWN NEGLIGENCE. ELSEVIER'S LIABILITY FOR ANY OTHER LOSS IMPUTABLE TO IT SHALL IN ANY EVENT BE LIMITED TO THE INVOICE VALUE OF THE PART OF THE TC TO WHICH THE LIABILITY ARISES. TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS Elsevier EXPRESSLY EXCLUDES ANY LIABILITY FOR BREACH OF ANY IMPLIED OR EXPRESS WARRANTY OF AS TO MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. NOTHING IN THIS CONTRACT SHALL LIMIT THE CLIENT'S EXISTING LEGAL OR STATUTORY RIGHTS WHERE IT IS ACTING AS A CONSUMER. The parties agree that the United Nations Convention on Contracts for the International Sale of Goods shall not apply to this TC or the interpretation or enforcement thereof. The Client has entered into this TC in the knowledge that the liability of Elsevier is to be limited in accordance with these terms and conditions and the charges have been agreed accordingly. The Client acknowledges that a higher price would be payable for the Products or Services but for such limitations.

**9. Force majeure:** If by reason of labor dispute, strikes, inability to obtain labor or materials, fire or other action of the elements, accidents, power or telecommunications failure, customs delays, governmental restrictions or appropriation or other causes beyond the control of a party, such party is unable to perform in whole or in part its obligations set forth in this TC, then such party shall be relieved of those obligations to the extent it is thereby unable to perform, and such inability to perform shall not make such party liable to any other party. The party subject to an event of force majeure shall use good faith efforts to comply as closely as possible with the provisions of this TC and to avoid the effects of such event to the extent possible.

**10. Audit:** If Client is an agent, Client shall allow Elsevier's authorized representative at any reasonable time to have access to Client's premises (or to arrange for Elsevier's authorized representatives to have access to Client records) for the purpose of inspecting Client's facilities, books and records to verify Client's compliance with the TC.

**11. Compliance with laws:** Client shall at all times during the term strictly comply with all applicable laws, ordinances, codes, regulations, standards and judicial and administrative orders (jointly "Applicable Laws" or "Laws") relevant to its duties, obligations and performance under the TC, including, without limitation, the Reed Elsevier Code of Conduct for Suppliers www.reedelsevier.com/investorcentre/corporatestructure/Pages/Codeofethics.aspx and Applicable Laws related to bribery, including, without limitation any such Laws that are enforced internationally (such as the United States Foreign Corrupt Practice Act and the UK Bribery Act) and those enforced in the country where business is being conducted and/or the Clients place of business or residency. Client and its officers, directors, employees and agents shall engage only in legitimate business and ethical practices in commercial operations and in relation to its dealings with any employee or official of a government agency or any other government owned, operated or controlled entity (including, without limitation, state run universities, hospitals and libraries), or political parties or candidates (jointly "Government Official"). Neither Client nor any of its officers, directors, employees or agents shall pay, offer, give, promise or authorize the payment, directly or indirectly, of any monies or anything of value to any commercial contact or Government Official for the purpose or intent to induce such person to use his/her authority to help the Client, Elsevier, and/or any affiliate of Elsevier for personal gain or for that of Elsevier or Elsevier's affiliates (any such act, a "Prohibited Payment"). A Prohibited Payment does not include a payment of reasonable and bona fide expenditures, such as travel or lodging expenses, which are directly related to the promotion, demonstration or explanation of Products or Services or the execution or performance of a contract provided that such payments are permissible under the Applicable Laws. Client further agrees that he/she will not accept any payment or other benefit in money or in kind from any person as an inducement or reward for any act or forbearance or in connection with any matter or business transacted by or on behalf of Elsevier.

**12. Cancellations & Returns:** Without prejudice to any rights the Client may have under statute as a consumer, if the Client cancels an order either fully or partially, a cancellation fee may be charged. All cancellations must be made in writing. This fee will be calculated to cover any external or internal costs which have been incurred or committed up to and including the date of cancellation. No new external costs will be incurred or committed/contracted from the date of receipt of written notice of cancellation by Elsevier. Any returns of the Products shall be subject to the relevant Elsevier company's return policy applicable to the product at the time of the return. Details of such policies will be provided to the Client upon request. Products cannot be returned once these have been printed.

**13. General:** The formation, existence, construction, performance, validity and all aspects of the TC shall be governed by the law of the corporate domicile of the Elsevier company which is providing the Products or Services. The parties agree to submit to the exclusive jurisdiction of the courts of that same corporate domicile. The Client shall not be entitled to assign the TC or any part of it without the prior written consent of Elsevier. Elsevier may assign the TC or any part of it to any person, firm or company. If any provision of the TC is found by any court, tribunal or administrative body of competent jurisdiction to be wholly or partly illegal, invalid, void, voidable, unenforceable or unreasonableness be deemed severable and the remaining provisions of the TC and the remainder of such provision shall continue in full force and effect. Failure or delay by Elsevier in enforcing or partially enforcing any provision (or prosecuting any breach) of the TC will not be construed as a waiver of any of its rights under the TC.

ELS 000111



**Elsevier**
Customer Service
6277 Sea Harbor Drive
Orlando FL 32887-4800
USA

Tel: (+1) 407-345-4020
Fax: (+1) 407 363 1354
Email: usjcs@elsevier.com
www.elsevier.com

FR67390585230


*Invoice*
*Archive Copy*

FED: 13-1958712
DUNS: 006-294-391
GST: R137135919

Billing Account Number. **10816797**

BILL TO:

PIERRE GROSSMANN
100 HILTON AVE UNIT M23
GARDEN CITY NY 11530-1578
UNITED STATES OF AMERICA

Delivery Account Number. **10816797**

SEND TO:

PIERRE GROSSMANN
100 HILTON AVE UNIT M23
GARDEN CITY NY 11530-1578
UNITED STATES OF AMERICA

Registered in England Number 1982084 Elsevier, Fulfilment Centre, The Boulevard, Kidlington, Oxford, OX5 1GB, UK

INCL    FN8

| PAGE NO 1 | SOURCE CODE Mail Shot | DUE DATE 22-JUN-2007 | INVOICE DATE 23-MAY-2007 | INVOICE NO A9314349 | | | | |
|---|---|---|---|---|---|---|---|---|
| PRODUCT REF | DETAIL | | PURCHASE ORDER NUMBER | QTY | PRICE | NET AMOUNT | POSTAGE | TAX | TOTAL AMOUNT |

| 1 | 12875 P | PHYSICAL THERAPY IN SPORT | | 1 | 92.00 | 92.00 | 0.00 | 0.00 | 92.00 |
|---|---|---|---|---|---|---|---|---|---|
| | | 00008/0001 JAN-07  00008/0004 | | | | | | | |
| | | DEC-07 Number of Issues=  4 | | | | | | | |
| | | Personal | | | | | | | |
| | | Tax on 92.00 = 0.00 | | | | | | | |
| | | ELSEVIER ORDER NUMBER: 1003724119 | | | | | | | |
| | | **TOTAL VALUE OF THIS INVOICE** | | | | | 0.00 | 0.00 | 92.00 |
| | | **LESS PAYMENT ALREADY RECEIVED** | | | | | | | 92.00 |

**REMARKS**
Thank you for your payment of 92.00 USD of which 92.00 USD has been applied
to this invoice.

| Amount due in US Dollars | USD | 0.00 |
|---|---|---|

| Quantity Supplied 3 | Method Dutch PTT/Stan |
|---|---|
| Total Weight 0.360 | Type Dutch PTT/Stan |

**ELS 000118**

# Elsevier Terms and Conditions of Supply

**1. Applicability:** These terms and conditions shall apply to all offers, proposals and agreements made between Elsevier and any third party or its agent ("the Client") relating to the products and/or services of Elsevier ("the Products and/or Services") and, along with the relevant Elsevier order acknowledgement, shall form the entire agreement between the parties (the "TC"). They supersede any previous supply terms and conditions. For the purposes of the TC "Elsevier" shall mean the company within the Elsevier group that is providing the Products or Services as set out on the Elsevier order acknowledgement or invoice. Where general terms and conditions of business are proposed by the Client, these shall not apply and the TC will prevail. Any variation to the TC and any representations about the Products and Services shall have no effect unless expressly agreed in writing and signed by an authorised signatory of Elsevier. Nothing in the TC will exclude or limit Elsevier's liability for fraudulent misrepresentation.

**2. Offer and acceptance/ Description:** Each order for the Products and Services by the Client from Elsevier shall be deemed to be an offer by the Client to purchase the Products and Services subject to the TC. No order placed by the Client shall be deemed accepted until a written acknowledgement of order is issued by Elsevier or (if earlier) Elsevier delivers the Products or issues the invoice to the Client or commences performance of the Services for the Client. All product orders are accepted subject to availability of the ordered Products. Unless otherwise expressly agreed by Elsevier in writing, Client represents and warrants that it is purchasing Products or Services from Elsevier for its own account and use and not on behalf of any other person or entity. If Client is an agent, it represents and warrants that it is purchasing the Products and Services from Elsevier for the account and use of no more than one identified institutional subscriber as principal or, if the agent is permitted to order personal subscriptions in a representative capacity, for the account and use of no more than one identified eligible individual subscriber for valid personal use. Client acknowledges that violation of this representation and warranty will cause irreparable harm to Elsevier. Upon any violation of this representation and warranty, Elsevier shall be entitled to immediate injunctive relief requiring Client to disclose all recipients of Elsevier Products and Services from Client, including all actual recipients that have not been previously properly identified by Client. Elsevier shall use commercially reasonable efforts to comply with descriptions of the Products and Services agreed by both parties in the relevant order, including such things as format, printing processes, technical design, size and kind of address file, weights and the like. All drawings, descriptive matter, specifications and advertising issued by Elsevier and any descriptions or illustrations contained in Elsevier's catalogues or brochures are issued or published for the sole purpose of giving an approximate description of the Products and Services described in them. They will not form part of the TC. Publishing errors, including, but not limited to, typographical errors, having no significant effect on the editorial content or design characteristics of the Products and Services, cannot be considered a reason for rejecting delivery or, as the case may be, modifying the agreed price.

**3. Execution and modification of the order:** Any modifications to the agreed product or service description, budget or schedule, as set out in the order acknowledgement, may result in an adjustment to the final price and/or delivery schedule at Elsevier's discretion.

**4. Rates and prices:** Unless otherwise agreed by Elsevier in writing the price/rates for the Products shall be those set out in Elsevier's current price/rate list (whether print or online). All such prices/rates shall be exclusive of any handling, packing, loading, freight, transport and insurance charges unless otherwise agreed in writing, and shall also be exclusive of any taxes, import duties or other levies imposed on the sale or import of the Products by local or national authorities, which shall be charged by Elsevier as appropriate. Where applicable, Client shall provide its VAT registration number or other evidence of tax exemption to Elsevier at the time of placing its order. If, under the laws of the territory in which Client is selling the Products, the Client is required to withhold any tax on the amounts payable to Elsevier under the TC, then the amount of the payment will be automatically increased to fully offset such tax, so that the amount actually remitted to Elsevier, net of all taxes, equals the amount invoiced or otherwise due. The Client will promptly furnish Elsevier with the official receipt of payment of those taxes to the appropriate taxing authority. All financial transactions must be settled in the currency of the applicable Elsevier invoice. The Client will be solely responsible at its own cost for completing any foreign exchange-related procedures in the said territory that are necessary to make payments to Elsevier under the TC, including without limitation all bank charges and foreign exchange charges.

**5. Payment:** Unless otherwise agreed in writing, payments shall be effected within thirty (30) days of the invoice date in the currency invoiced. Time for payment shall be of the essence. Elsevier may set and vary credit limits for any Client account and shall be entitled to refuse to supply any Client who has exceeded its current credit limit. Legal and beneficial title in any tangible Products supplied by Elsevier to the Client shall remain with Elsevier until Elsevier has received in full (in cash or cleared funds) all sums due to it in respect of the Products and all other sums which are or which become due to Elsevier from the Client on any account. The Client may resell the Products before ownership has passed to it provided that any sale shall be effected in the ordinary course of the Client's business at full market value and any such sale shall be a sale of Elsevier's property on the Client's own behalf and the Client shall deal as principal when making such a sale. Elsevier shall be entitled to recover payment for the copies of the Product notwithstanding that ownership of any of the copies of the Product has not passed from Elsevier. For the avoidance of doubt no intellectual property rights in any Elsevier Products shall transfer to the Client. Products shall be at the Client's risk as from delivery. The Client shall make all payments due under the TC without any deduction whether by way of set-off, counterclaim, discount, abatement or otherwise unless the Client has a valid court order requiring an amount equal to such deduction to be paid by Elsevier to the Client. From the due date of the invoice to the date of payment in full, interest at the rate of 1% may be charged to the Client on a monthly basis for any sums outstanding, together with any collection fees incurred by Elsevier. If the Client wishes to dispute any invoice (or part), the Client shall, as soon as reasonably practicable, but no later than the due date of such invoice, send full details of such dispute to Elsevier in writing. The Client shall remain liable for any undisputed part of such invoice. Elsevier shall be entitled, at any time, to demand payment in advance and may suspend performance of its obligations arising from the TC until such advance payment has been received. Where the Client is indebted to Elsevier for any other Product or Service under any other order, Elsevier reserves the right to withhold supply of the Products or Services under the current order until any outstanding monies are fully paid. Elsevier shall be entitled to apply any monies received by the Client, to clear any of the Client's outstanding debts to Elsevier.

**6. Distribution:** The Client shall not engage in piracy, reproduction, or plagiarism of the Products or any other products of Elsevier or its affiliates, nor shall it directly or indirectly facilitate any other party to engage in those activities. The Client shall promptly notify Elsevier if it becomes aware of any piracy, reproduction, or plagiarism of the Products by any third party. The Client is solely responsible for collecting from its customers amounts due in respect of its sales of the Products, exercising full credit control and solely bearing all of its own losses resulting from any uncollected amounts. Delays or failures in obtaining such payments will not affect the Client's obligation to make payments to Elsevier under clause 5.

**7. Intellectual property:** Copyright and other intellectual property rights in all Elsevier proposals, publications and other Products and or Services shall remain with Elsevier unless agreed otherwise in writing. The rights granted by Elsevier are restricted to use solely by the Client and may not be assigned, transferred or sublicensed without the prior written permission of Elsevier. The rights granted by Elsevier are non-exclusive and for the purpose expressly agreed upon. Any other use shall require the prior written permission of Elsevier. The Client shall not acquire any intellectual property rights in the Products. No part

of the Elsevier proposals, publications or Products may be stored in any automated data file and/or reproduced, whether electronically, mechanically, by photocopying, recording or in any other manner or form, without the specific prior written permission of Elsevier.

**8. Liability and claims:** TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS (:) Elsevier shall not be liable for any of the following losses which may arise by reason of any breach of this TC or any implied warranty, condition or other term, any representation or any duty of any kind imposed on Elsevier by operation of law: (a) any loss of anticipated profits or expected future business; (b) damage to reputation or goodwill; (c) any damages, costs or expenses payable by Elsevier to any third party; (d) loss of any order or contract; or (e) any loss that was not foreseeable by the Client and Elsevier at the time this TC was entered into; or (f) any loss not caused by any breach on the part of Elsevier; AND (G) NEITHER PARTY SHALL BE RESPONSIBLE FOR DEATH OR PERSONAL INJURY EXCEPT THAT RESULTING FROM ITS OWN NEGLIGENCE OR WILFUL INTENT OR THE NEGLIGENCE OF ITS EMPLOYEES OR OTHERS FOR WHOM THE PARTY IS LEGALLY RESPONSIBLE. NOTHING IN THE TC SHALL BE CONSTRUED AS CREATING AN OBLIGATION TO INDEMNIFY THE OTHER PARTY AGAINST THE OTHER PARTY'S OWN NEGLIGENCE. ELSEVIER'S LIABILITY FOR ANY OTHER LOSS IMPUTABLE TO IT SHALL IN ANY EVENT BE LIMITED TO THE INVOICE VALUE OF THE PART OF THE TC TO WHICH THE LIABILITY ARISES. TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS Elsevier EXPRESSLY EXCLUDES ANY LIABILITY FOR BREACH OF ANY IMPLIED OR EXPRESS WARRANTY OF AS TO MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. NOTHING IN THIS CONTRACT SHALL LIMIT THE CLIENT'S EXISTING LEGAL OR STATUTORY RIGHTS WHERE IT IS ACTING AS A CONSUMER. The parties agree that the United Nations Convention on Contracts for the International Sale of Goods shall not apply to this TC or the interpretation or enforcement thereof. The Client has entered into this TC in the knowledge that the liability of Elsevier is to be limited in accordance with these terms and conditions and the charges have been agreed accordingly. The Client acknowledges that a higher price would be payable for the Products or Services but for such limitations.

**9. Force majeure:** If by reason of labor dispute, strikes, inability to obtain labor or materials, fire or other action of the elements, accidents, power or telecommunications failure, customs delays, governmental restrictions or appropriation or other causes beyond the control of a party, such party is unable to perform in whole or in part its obligations set forth in this TC, then such party shall be relieved of those obligations to the extent it is thereby unable to perform, and such inability to perform shall not make such party liable to any other party. The party subject to an event of force majeure shall use good faith efforts to comply as closely as possible with the provisions of this TC and to avoid the effects of such event to the extent possible.

**10. Audit:** If Client is an agent, Client shall allow Elsevier's authorized representative at any reasonable time to have access to Client's premises (or to arrange for Elsevier's authorized representatives to have access to other relevant premises) for the purpose of inspecting Client's facilities, books and records to verify Client's compliance with the TC.

**11. Compliance with laws:** Client shall at all times during the term strictly comply with all applicable laws, ordinances, codes, regulations, standards and judicial and administrative orders (jointly "Applicable Laws" or "Laws") relevant to its duties, obligations and performance under the TC, including, without limitation, the Reed Elsevier Code of Conduct for Suppliers www.reedelsevier.com/investorcentre/corporatestructure/Pages/Codeofethics.aspx and Applicable Laws related to bribery, including, without limitation any such Laws that are enforced internationally (such as the United States Foreign Corrupt Practice Act and the UK Bribery Act) and those enforced in the country where business is being conducted and/or the Clients place of business or residence. Client and its officers, directors, employees and agents shall engage only in legitimate business and ethical practices in commercial operations and in relation to its dealings with any employee or official of a government agency or any other government owned, operated or controlled entity (including, without limitation, state run universities, hospitals and libraries), or political parties or candidates (jointly "Government Official"). Neither Client nor any of its officers, directors, employees or agents shall pay, offer, give, promise or authorize the payment, directly or indirectly, of any monies or anything of value to any commercial contact or Government Official for the purpose or intent to induce such person to use his/her authority to help the Client, Elsevier, and/or any affiliate of Elsevier for personal gain or for that of Elsevier or Elsevier's affiliates (any such act, a "Prohibited Payment"). A Prohibited Payment does not include a payment of reasonable and bona fide expenditures, such as travel or lodging expenses, which are directly related to the promotion, demonstration or explanation of Products or Services or the execution or performance of a contract provided that such payments are permissible under the Applicable Laws. Client further agrees that he/she will not accept any payment or other benefit in money or in kind from any person as an inducement or reward for any act or forbearance or in connection with any matter or business transacted by or on behalf of Elsevier.

**12. Cancellations & Returns:** Without prejudice to any rights the Client may have under statute as a consumer, if the Client cancels an order either fully or partially, a cancellation fee may be charged. All cancellations must be made in writing. This fee will be calculated to cover any external or internal costs which have been incurred or committed up to and including the date of cancellation. No new external costs will be incurred or committed/contracted from the date of receipt of written notice of cancellation by Elsevier. Any returns of the Products shall be subject to the relevant Elsevier company's return policy applicable to the product at the time of the return. Details of such policies will be provided to the Client upon request. Reprints cannot be returned once these have been printed.

**13. General:** The formation, existence, construction, performance, validity and all aspects of the TC shall be governed by the law of the corporate domicile of the Elsevier company which is providing the Products or Services. The parties agree to submit to the exclusive jurisdiction of the courts of that same corporate domicile. The Client shall not be entitled to assign the TC or any part of it without the prior written consent of Elsevier. Elsevier may assign the TC or any part of it to any person, firm or company. If any provision of the TC is found by any court, tribunal or administrative body of competent jurisdiction to be wholly or partly illegal, invalid, void, voidable, unenforceable or unreasonable it shall to the extent of such illegality, invalidity, voidness, voidability, unenforceability or unreasonableness be deemed severable and the remaining provisions of the TC and the remainder of such provision shall continue in full force and effect. Failure or delay by Elsevier in enforcing or partially enforcing any provision (or prosecuting any breach) of the TC will not be construed as a waiver of any of its rights under the TC.

ELS 000119



**Elsevier**
Customer Service
6277 Sea Harbor Drive
Orlando FL 32887-4800
USA

Tel: (+1) 407-345-4020
Fax: (+1) 407 363 1354
Email: usjcs@elsevier.com
www.elsevier.com

FR67390585230



# Invoice
## Archive Copy

FED: 13-1988712
DUNS: 006-294-391
GST: R137135919

| Billing Account Number. | **00794881** |
|---|---|

BILL TO:

IBIS/PTI
PUBLICACOES TECNICAS
INTERNACIONIS LTDA
R PEIXOTO GOMIDE 209
01409-901 SAO PAULO SP
BRAZIL

| Delivery Account Number. | **10839251** |
|---|---|

SEND TO:

REGINA MORETTI
AV PARIGOT DE SOUZA 3636
85903-170 TOLEDO PR
BRAZIL

Registered in England Number 1982084 Elsevier, Fulfilment Centre, The Boulevard, Kidlington, Oxford, OX5 1GB, UK

INCL    FD9

| PAGE NO | SOURCE CODE | DUE DATE | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|
| 1 | E-PID Order | 01-SEP-2007 | 02-AUG-2007 | A9482362 |

| | PRODUCT REF | DETAIL | PURCHASE ORDER NUMBER | QTY | PRICE | NET AMOUNT | POSTAGE | TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 12875 P | PHYSICAL THERAPY IN SPORT | 88041.01.01 | 1 | 92.00 | 92.00 | 0.00 | 0.00 | 92.00 |
| | | 00008/0001  JAN-07  00008/0004 | | | | | | | |
| | | DEC-07 Number of Issues=  4 | | | | | | | |
| | | Personal | | | | | | | |
| | | ELSEVIER ORDER NUMBER: 1003878003 | | | | | | | |
| | | TOTAL VALUE OF THIS INVOICE | | | | | 0.00 | 0.00 | 92.00 |
| | | LESS PAYMENT ALREADY RECEIVED | | | | | | | 92.00 |

REMARKS
Thank you for your payment of 92.00 USD of which 92.00 USD has been applied
to this invoice.

| Amount due in US Dollars | USD | 0.00 |
|---|---|---|

| Quantity Supplied | Method |
|---|---|
| 3 | Dutch PTT/Stan |
| Total Weight | Type |
| 0.360 | Dutch PTT/Stan |



**ELS 000128**

# Elsevier Terms and Conditions of Supply

**1. Applicability:** These terms and conditions shall apply to all offers, proposals and agreements made between Elsevier and any third party or its agent ("the Client") relating to the products and/or services of Elsevier ("the Products and/or Services") and, along with the relevant Elsevier order acknowledgement, shall form the entire agreement between the parties (the "TC"). They supersede any previous supply terms and conditions. For the purposes of the TC 'Elsevier' shall mean the company within the Elsevier group that is providing the Products or Services as set out on the Elsevier order acknowledgement or invoice. Where general terms and conditions of business are proposed by the Client, these shall not apply and the TC will prevail. Any variation to the TC and any representations about the Products and Services shall have no effect unless expressly agreed in writing and signed by an authorised signatory of Elsevier. Nothing in the TC will exclude or limit Elsevier's liability for fraudulent misrepresentation.

**2. Offer and acceptance/ Description:** Each order for the Products and Services by the Client from Elsevier shall be deemed to be an offer by the Client to purchase the Products and Services subject to the TC. No order placed by the Client shall be deemed accepted until a written acknowledgement of order is issued by Elsevier or (if earlier) Elsevier delivers the Products or issues the invoice to the Client or commences performance of the Services for the Client. All product orders are accepted subject to availability of the ordered Products. Unless otherwise expressly agreed by Elsevier in writing, Client represents and warrants that it is purchasing Products or Services from Elsevier for its own account and use and not on behalf of any other person or entity. If Client is an agent, it represents and warrants that it is purchasing the Products and Services from Elsevier for the account and use of no more than one identified institutional subscriber as principal or, if the agent is permitted to order personal subscriptions in a representative capacity, for the account and use of no more than one identified eligible individual subscriber for valid personal use. Client acknowledges that violation of this representation and warranty will cause irreparable harm to Elsevier. Upon any violation of this representation and warranty, Elsevier shall be entitled to immediate injunctive relief requiring Client to disclose all recipients of Elsevier Products and Services from Client, including all actual recipients that have not been previously properly identified by Client. Elsevier shall use commercially reasonable efforts to comply with descriptions of the Products and Services agreed by both parties in the relevant order, including such things as format, printing processes, technical design, size and kind of address file, weights and the like. All drawings, descriptive matter, specifications and advertising issued by Elsevier and any descriptions or illustrations contained in Elsevier's catalogues or brochures are issued or published for the sole purpose of giving an approximate description of the Products and Services described in them. They will not form part of the TC. Publishing errors, including, but not limited to, typographical errors, having no significant effect on the editorial content or design characteristics of the Products and Services, cannot be considered a reason for rejecting delivery or, as the case may be, modifying the agreed price.

**3. Execution and modification of the order:** Any modifications to the agreed product or service description, budget or schedule, as set out in the order acknowledgement, may result in an adjustment to the final price and/or delivery schedule at Elsevier's discretion.

**4. Rates and prices:** Unless otherwise agreed by Elsevier in writing the price/rates for the Products shall be those set out in Elsevier's current price/rate list (whether print or online). All such prices/rates shall be exclusive of any handling, packing, loading, freight, transport and insurance charges unless otherwise agreed in writing, and shall also be exclusive of any taxes, import duties or other levies imposed on the sale or import of the Products by local or national authorities, which shall be charged by Elsevier as appropriate. Where applicable, Client shall provide its VAT registration number or other evidence of tax exemption to Elsevier at the time of placing its order. If, under the laws of the territory in which Client is selling the Products, the Client is required to withhold any tax on the amounts payable to Elsevier under the TC, then the amount of the payment will be automatically increased to fully offset such tax, so that the amount actually remitted to Elsevier, net of all taxes, equals the amount invoiced or otherwise due. The Client will promptly furnish Elsevier with the official receipt of payment of those taxes to the appropriate taxing authority. All financial transactions must be settled in the currency of the applicable Elsevier invoice. The Client will be solely responsible at its own cost for completing any foreign exchange-related procedures in the said territory that are necessary to make payments to Elsevier under the TC, including without limitation all bank charges and foreign exchange charges.

**5. Payment:** Unless otherwise agreed in writing, payments shall be effected within thirty (30) days of the invoice date in the currency invoiced. Time for payment shall be of the essence. Elsevier may set and vary credit limits for any Client account and shall be entitled to refuse to supply any Client who has exceeded its current credit limit. Legal and beneficial title in any tangible Products supplied by Elsevier to the Client shall remain with Elsevier until Elsevier has received in full (in cash or cleared funds) all sums due to it in respect of the Products and all other sums which are or which become due to Elsevier from the Client on any account. The Client may resell the Products before ownership has passed to it provided that any sale shall be effected in the ordinary course of the Client's business at full market value and any such sale shall be a sale of Elsevier's property on the Client's own behalf and the Client shall deal as principal when making such a sale. Elsevier shall be entitled to recover payment for the copies of the Product notwithstanding that ownership of any of the copies of the Product has not passed from Elsevier. For the avoidance of doubt no intellectual property rights in any Elsevier Products shall transfer to the Client. Products shall be at the Client's risk as from delivery. The Client shall make all payments due under the TC without any deduction whether by way of set-off, counterclaim, discount, abatement or otherwise unless the Client has a valid court order requiring an amount equal to such deduction to be paid by Elsevier to the Client. From the due date of the invoice to the date of payment in full, interest at the rate of 1% may be charged to the Client on a monthly basis for any sums outstanding, together with any collection fees incurred by Elsevier. If the Client wishes to dispute any invoice (or part), the Client shall, as soon as reasonably practicable, but no later than the due date of such invoice, send full details of such dispute to Elsevier in writing. The Client shall remain liable for any undisputed part of such invoice. Elsevier shall be entitled, at any time, to demand payment in advance and may suspend performance of its obligations arising from the TC until such advance payment has been received. Where the Client is indebted to Elsevier for any other Product or Service under any other order, Elsevier reserves the right to withhold supply of the Products or Services under the current order until any outstanding monies are fully paid. Elsevier shall be entitled to apply any monies received by the Client, to clear any of the Client's outstanding debts to Elsevier.

**6. Distribution:** The Client shall not engage in piracy, reproduction, or plagiarism of the Products or any other products of Elsevier or its affiliates, nor shall it directly or indirectly facilitate any other party to engage in those activities. The Client shall promptly notify Elsevier if it becomes aware of any piracy, reproduction, or plagiarism of the Products by any third party. The Client is solely responsible for collecting from its customers amounts due in respect of its sales of the Products, exercising full credit control and solely bearing all of its own losses resulting from any uncollected amounts. Delays or failures in obtaining such payments will not affect the Client's obligation to make payments to Elsevier under clause 5.

**7. Intellectual property:** Copyright and other intellectual property rights in all Elsevier proposals, publications and other Products and or Services shall remain with Elsevier unless agreed otherwise in writing. The rights granted by Elsevier are restricted to use solely by the Client and may not be assigned, transferred or sublicensed without the prior written permission of Elsevier. The rights granted by Elsevier are non-exclusive and for the purpose expressly agreed upon. Any other use shall require the prior written permission of Elsevier. The Client shall not acquire any intellectual property rights in the Products. No part

of the Elsevier proposals, publications or Products may be stored in any automated data file and/or reproduced, whether electronically, mechanically, by photocopying, recording or in any other manner or form, without the specific prior written permission of Elsevier.

**8. Liability and claims:** TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS (:) Elsevier shall not be liable for any of the following losses which may arise by reason of any breach of this TC or any implied warranty, condition or other term, any representation or any duty of any kind imposed on Elsevier by operation of law: (a) any loss of anticipated profits or expected future business; (b) damage to reputation or goodwill; (c) any damages, costs or expenses payable by Elsevier to any third party; (d) loss of any order or contract; or (e) any loss that was not foreseeable by the Client and Elsevier at the time this TC was entered into; or (f) any loss not caused by any breach on the part of Elsevier; AND (ii) NEITHER PARTY SHALL BE RESPONSIBLE FOR DEATH OR PERSONAL INJURY EXCEPT THAT RESULTING FROM ITS OWN NEGLIGENCE OR WILFUL INTENT OR THE NEGLIGENCE OF ITS EMPLOYEES OR OTHERS FOR WHOM THE PARTY IS LEGALLY RESPONSIBLE. NOTHING IN THE TC SHALL BE CONSTRUED AS CREATING AN OBLIGATION TO INDEMNIFY THE OTHER PARTY AGAINST THE OTHER PARTY'S OWN NEGLIGENCE. ELSEVIER'S LIABILITY FOR ANY OTHER LOSS IMPUTABLE TO IT SHALL IN ANY EVENT BE LIMITED TO THE INVOICE VALUE OF THE PART OF THE TC TO WHICH THE LIABILITY ARISES. TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS Elsevier EXPRESSLY EXCLUDES ANY LIABILITY FOR BREACH OF ANY IMPLIED OR EXPRESS WARRANTY OF AS TO MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. NOTHING IN THIS CONTRACT SHALL LIMIT THE CLIENT'S EXISTING LEGAL OR STATUTORY RIGHTS WHERE IT IS ACTING AS A CONSUMER. The parties agree that the United Nations Convention on Contracts for the International Sale of Goods shall not apply to this TC or the interpretation or enforcement thereof. The Client has entered into this TC in the knowledge that the liability of Elsevier is to be limited in accordance with these terms and conditions and the charges have been agreed accordingly. The Client acknowledges that a higher price would be payable for the Products or Services but for such limitations.

**9. Force majeure:** If by reason of labor dispute, strikes, inability to obtain labor or materials, fire or other action of the elements, accidents, power or telecommunications failure, customs delays, governmental restrictions or appropriation or other causes beyond the control of a party, such party is unable to perform in whole or in part its obligations set forth in this TC, then such party shall be relieved of those obligations to the extent it is thereby unable to perform, and such inability to perform shall not make such party liable to any other party. The party subject to an event of force majeure shall use good faith efforts to comply as closely as possible with the provisions of this TC and to avoid the effects of such event to the extent possible.

**10. Audit:** If Client is an agent, Client shall allow Elsevier's authorized representative at any reasonable time to have access to Client's premises (or to arrange for Elsevier's authorized representatives to have access to other relevant premises) for the purpose of inspecting Client's facilities, books and records to verify Client's compliance with the TC.

**11. Compliance with laws:** Client shall at all times during the term strictly comply with all applicable laws, ordinances, codes, regulations, standards and judicial and administrative orders (jointly "Applicable Laws" or "Laws") relevant to its duties, obligations and performance under the TC, including, without limitation, the Reed Elsevier Code of Conduct for Suppliers www.reedelsevier.com/investorcentre/corporategroup, structure/Pages/Codeofethics.aspx and Applicable Laws related to bribery, including, without limitation any such Laws that are enforced internationally (such as the United States Foreign Corrupt Practice Act and the UK Bribery Act) and those enforced in the country where business is being conducted and/or the Clients place of business or residence. Client and its officers, directors, employees and agents shall engage only in legitimate business and ethical practices in commercial operations and in relation to its dealings with any employee or official of a government agency or any other government owned, operated or controlled entity (including, without limitation, state run universities, hospitals and libraries), or political parties or candidates (jointly "Government Official"). Neither Client nor any of its officers, directors, employees or agents shall pay, offer, give, promise or authorize the payment, directly or indirectly, of any monies or anything of value to any commercial contact or Government Official for the purpose or intent to induce such person to use his/her authority to help the Client, Elsevier, and/or any affiliate of Elsevier for personal gain or for that of Elsevier or Elsevier's affiliates (any such act, a "Prohibited Payment"). A Prohibited Payment does not include a payment of reasonable and bona fide expenditures, such as travel or lodging expenses, which are directly related to the promotion, demonstration or explanation of Products or Services or the execution or performance of a contract provided that such payments are permissible under the Applicable Laws. Client further agrees that he/she will not accept any payment or other benefit in money or in kind from any person as an inducement or reward for any act or forbearance or in connection with any matter or business transacted by or on behalf of Elsevier.

**12. Cancellations & Returns:** Without prejudice to any rights the Client may have under statute as a consumer, if the Client cancels an order either fully or partially, a cancellation fee may be charged. All cancellations must be made in writing. This fee will be calculated to cover any external or internal costs which have been incurred or committed up to and including the date of cancellation. No new external costs will be incurred or committed/contracted from the date of receipt of written notice of cancellation by Elsevier. Any returns of the Products shall be subject to the relevant Elsevier company's return policy applicable to the product at the time of the return. Details of such policies will be provided to the Client upon request. Reprints cannot be returned once these have been printed.

**13. General:** The formation, existence, construction, performance, validity and all aspects of the TC shall be governed by the law of the country domicile of the Elsevier company which is providing the Products or Services. The parties agree to submit to the exclusive jurisdiction of the courts of that same corporate domicile. The Client shall not be entitled to assign the TC or any part of it without the prior written consent of Elsevier. Elsevier may assign the TC or any part of it to any person, firm or company. If any provision of the TC is found by any court, tribunal or administrative body of competent jurisdiction to be wholly or partly illegal, invalid, void, voidable, unenforceable or unreasonable it shall to the extent of such illegality, invalidity, voidness, voidability, unenforceability or unreasonableness be deemed severable and the remaining provisions of the TC and the remainder of such provision shall continue in full force and effect. Failure or delay by Elsevier in enforcing or partially enforcing any provision (or prosecuting any breach) of the TC will not be construed as a waiver of any of its rights under the TC.



**Elsevier**
Customer Service
6277 Sea Harbor Drive
Orlando FL 32887-4800
USA

Tel: (+1) 407-345-4020
Fax: (+1) 407 363 1354
Email: usjcs@elsevier.com
www.elsevier.com

GB494627212



# *Receipt*
## *Archive Copy*

FED: 13-1958712
DUNS: 006-294-391
GST: R137135919

Billing Account Number. **10847099**

Delivery Account Number. **10847099**

BILL TO:

ROBERTO SAAD
31260 CX POSTAL
01309970 SAO PAULO
BRAZIL

SEND TO:

ROBERTO SAAD
31260 CX POSTAL
01309970 SAO PAULO
BRAZIL

Registered in England Number 1982084 Elsevier, Fulfilment Centre, The Boulevard, Kidlington, Oxford, OX5 1GB, UK

INCC     FN8

| PAGE NO 1 | SOURCE CODE Phone Order | DUE DATE 14-FEB-2008 | INVOICE DATE 15-JAN-2008 | INVOICE NO A0141505 | | | |
|---|---|---|---|---|---|---|---|
| PRODUCT REF | DETAIL | | PURCHASE ORDER NUMBER | QTY | PRICE | NET AMOUNT | POSTAGE | TAX | TOTAL AMOUNT |

| | PRODUCT REF | DETAIL | PURCHASE ORDER NUMBER | QTY | PRICE | NET AMOUNT | POSTAGE | TAX | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 04065 P | PHYSIOTHERAPY 00093/0001 | | 1 | 86.00 | 86.00 | 0.00 | 0.00 | 86.00 |
| | | JAN-07  00093/0004  DEC-07 | | | | | | | |
| | | Number of Issues=  4  Personal | | | | | | | |
| | | ELSEVIER ORDER NUMBER: 1004321561 | | | | | | | |
| | | **TOTAL VALUE OF THIS RECEIPT** | | | | | 0.00 | 0.00 | 86.00 |
| | | **LESS PAYMENT ALREADY RECEIVED** | | | | | | | 86.00 |

REMARKS
Thank you for your payment of 86.00 USD of which 86.00 USD has been applied
to this invoice.

| Amount due in US Dollars | USD | 0.00 |
|---|---|---|

| Quantity Supplied 4 | Method Dutch PTT/Stan | |
|---|---|---|
| Total Weight 0.730 | Type Dutch PTT/Stan | |

**ELS 000114**

# Elsevier Terms and Conditions of Supply

**1. Applicability:** These terms and conditions shall apply to all offers, proposals and agreements made between Elsevier and any third party or its agent ("the Client") relating to the products and/or services of Elsevier ("the Products and/or Services") and, along with the relevant Elsevier Elder acknowledgement, shall form the entire agreement between the parties (the "TC"). They supersede any previous supply terms and conditions. For the purposes of the TC 'Elsevier' shall mean the company within the Elsevier group that is providing the Products or Services as set out on the Elsevier order acknowledgement or invoice. Where general terms and conditions of business are proposed by the Client, these shall not apply and the TC will prevail. Any variation to the TC and any representations about the Products and Services shall have no effect unless expressly agreed in writing and signed by an authorised signatory of Elsevier. Nothing in the TC will exclude or limit Elsevier's liability for fraudulent misrepresentation.

**2. Offer and acceptance/ Description:** Each order for the Products and Services by the Client from Elsevier shall be deemed to be an offer by the Client to purchase the Products and Services subject to the TC. No order placed by the Client shall be deemed accepted until a written acknowledgement of order is issued by Elsevier or (if earlier) Elsevier delivers the Products or issues the invoice to the Client or commences performance of the Services for the Client. All product orders are accepted subject to availability of the ordered Products. Unless otherwise expressly agreed by Elsevier in writing, Client represents and warrants that it is purchasing Products or Services from Elsevier for its own account and use and not on behalf of any other person or entity. If Client is an agent, it represents and warrants that it is purchasing the Products and Services from Elsevier for the account and use of no more than one identified institutional subscriber as principal or, if the agent is permitted to order personal subscriptions in a representative capacity, for the account and use of no more than one identified eligible individual subscriber for valid personal use. Client acknowledges that violation of this representation and warranty will cause irreparable harm to Elsevier. Upon any violation of this representation and warranty, Elsevier shall be entitled to immediate injunctive relief requiring Client to disclose all recipients of Elsevier Products and Services from Client, including all actual recipients that have not been previously properly identified by Client. Elsevier shall use commercially reasonable efforts to comply with descriptions of the Products and Services agreed by both parties in the relevant order, including such things as format, printing processes, technical design, size and kind of address file, weights and the like. All drawings, descriptive matter, specifications and advertising issued by Elsevier and any descriptions or illustrations contained in Elsevier's catalogues or brochures are issued or published for the sole purpose of giving an approximate description of the Products and Services described in them. They will not form part of the TC. Publishing errors, including, but not limited to, typographical errors, having no significant effect on the editorial content or design characteristics of the Products and Services, cannot be considered a reason for rejecting delivery or, as the case may be, modifying the agreed price.

**3. Execution and modification of the order:** Any modifications to the agreed product or service description, budget or schedule, as set out in the order acknowledgement, may result in an adjustment to the final price and/or delivery schedule at Elsevier's discretion.

**4. Rates and prices:** Unless otherwise agreed by Elsevier in writing the price/rates for the Products shall be those set out in Elsevier's current price/rate list (whether print or online). All such prices/rates shall be exclusive of any handling, packing, loading, freight, transport and insurance charges unless otherwise agreed in writing, and shall also be exclusive of any taxes, import duties or other levies imposed on the sale or import of the Products by local or national authorities, which shall be charged by Elsevier as appropriate. Where applicable, Client shall provide its VAT registration number or other evidence of tax exemption to Elsevier at the time of placing its order. If, under the laws of the territory in which Client is selling the Products, the Client is required to withhold any tax on the amounts payable to Elsevier under the TC, then the amount of the payment will be automatically increased to fully offset such tax, so that the amount actually remitted to Elsevier, net of all taxes, equals the amount invoiced or otherwise due. The Client will promptly furnish Elsevier with the official receipt of payment of those taxes to the appropriate taxing authority. All financial transactions must be settled in the currency of the applicable Elsevier invoice. The Client will be solely responsible at its own cost for completing any foreign exchange-related procedures in the said territory that are necessary to make payments to Elsevier under the TC, including without limitation all bank charges and foreign exchange charges.

**5. Payment:** Unless otherwise agreed in writing, payments shall be effected within thirty (30) days of the invoice date in the currency invoiced. Time for payment shall be of the essence. Elsevier may set and vary credit limits for any Client account and shall be entitled to refuse to supply any Client who has exceeded its current credit limit. Legal and beneficial title in any tangible Products supplied to the Client by Elsevier shall remain with Elsevier until Elsevier has received in full (in cash or cleared funds) all sums due to it in respect of the Products and all other sums which are or which become due to Elsevier from the Client on any account. The Client may resell the Products before ownership has passed to it provided that any sale shall be effected in the ordinary course of the Client's business at full market value and any such sale shall be a sale of Elsevier's property on the Client's own behalf and the Client shall deal as principal when making such a sale. Elsevier shall be entitled to recover payment for the copies of the Product notwithstanding that ownership of any of the copies of the Product has not passed from Elsevier. For the avoidance of doubt no intellectual property rights in any Elsevier Products shall transfer to the Client. Products shall be at the Client's risk as from delivery. The Client shall make all payments due under the TC without any deduction whether by way of set-off, counterclaim, discount, abatement or otherwise unless the Client has a valid court order requiring an amount equal to such deduction to be paid by Elsevier to the Client. From the due date of the invoice to the date of payment in full, interest at the rate of 1% may be charged to the Client on a monthly basis for any sums outstanding, together with any collection fees incurred by Elsevier. If the Client wishes to dispute any invoice (or part), the Client shall, as soon as reasonably practicable, but no later than the due date of such invoice, send full details of such dispute to Elsevier in writing. The Client shall remain liable for any undisputed part of such invoice. Elsevier shall be entitled, at any time, to demand payment in advance and may suspend performance of its obligations arising from the TC until such advance payment has been received. Where the Client is indebted to Elsevier for any other Product or Service under any other order, Elsevier reserves the right to withhold supply of the Products or Services under the current order until any outstanding monies are fully paid. Elsevier shall be entitled to apply any monies received by the Client, to clear any of the Client's outstanding debts to Elsevier.

**6. Distribution:** The Client shall not engage in piracy, reproduction, or plagiarism of the Products or any other products of Elsevier or its affiliates, nor shall it directly or indirectly facilitate any other party to engage in those activities. The Client shall promptly notify Elsevier if it becomes aware of any piracy, reproduction, or plagiarism of the Products by any third party. The Client is solely responsible for collecting from its customers amounts due in respect of its sales of the Products, exercising full credit control and solely bearing all of its own losses resulting from any uncollected amounts. Delays or failures in obtaining such payments will not affect the Client's obligation to make payments to Elsevier under clause 5.

**7. Intellectual property:** Copyright and other intellectual property in the Products, Elsevier proposals, publications and other Products and or Services shall remain with Elsevier unless agreed otherwise in writing. The rights granted to Elsevier are restricted to use solely by the Client and may not be assigned, transferred or sublicensed without the prior written permission of Elsevier. The rights granted by Elsevier are non-exclusive and for the purpose expressly agreed upon. Any other use shall require the prior written permission of Elsevier. The Client shall not acquire any intellectual property rights in the Products. No part

of the Elsevier proposals, publications or Products may be stored in any automated data file and/or reproduced, whether electronically, mechanically, by photocopying, recording or in any other manner or form, without the specific prior written permission of Elsevier.

**8. Liability and claims:** TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS (i) Elsevier shall not be liable for any of the following losses which may arise by reason of any breach of this TC or any implied warranty, condition or other term, any representation or any duty of any kind imposed on Elsevier by operation of law: (a) any loss of anticipated profits or expected future business; (b) damage to reputation or goodwill; (c) any expenses, costs or expenses payable by Elsevier to any third party; (d) loss of any order or contract; or (e) any loss that was not foreseeable by the Client and Elsevier at the time this TC was entered into; or (f) any loss not caused by any breach on the part of Elsevier; AND (ii) NEITHER PARTY SHALL BE RESPONSIBLE FOR DEATH OR PERSONAL INJURY EXCEPT THAT RESULTING FROM ITS OWN NEGLIGENCE OR WILFUL INTENT OR THE NEGLIGENCE OF ITS EMPLOYEES OR OTHERS FOR WHOM THE PARTY IS LEGALLY RESPONSIBLE. NOTHING IN THE TC SHALL BE CONSTRUED AS CREATING AN OBLIGATION TO INDEMNIFY THE OTHER PARTY AGAINST THE OTHER PARTY'S OWN NEGLIGENCE. ELSEVIER'S LIABILITY FOR ANY OTHER LOSS IMPUTABLE TO IT SHALL IN ANY EVENT BE LIMITED TO THE INVOICE VALUE OF THE PART OF THE TC TO WHICH THE LIABILITY ARISES. TO THE MAXIMUM EXTENT PERMITTED BY RELEVANT LAWS Elsevier EXPRESSLY EXCLUDES ANY LIABILITY FOR BREACH OF ANY IMPLIED OR EXPRESS WARRANTY OF AS TO MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. NOTHING IN THIS CONTRACT SHALL LIMIT THE CLIENT'S EXISTING LEGAL OR STATUTORY RIGHTS WHERE IT IS ACTING AS A CONSUMER. The parties agree that the United Nations Convention on Contracts for the International Sale of Goods shall not apply to this TC or the interpretation or enforcement thereof. The Client has entered into this TC in the knowledge that the liability of Elsevier is to be limited in accordance with these terms and conditions and the charges have been agreed accordingly. The Client acknowledges that a higher price would be payable for the Products or Services but for such limitations.

**9. Force majeure:** If by reason of labor dispute, strikes, inability to obtain labor or materials, fire or other action of the elements, accidents, power or telecommunications failure, customs delays, governmental restrictions or appropriation or other causes beyond the control of a party, such party is unable to perform in whole or in part its obligations set forth in this TC, then such party shall be relieved of those obligations to the extent it is thereby unable to perform, and such inability to perform shall not make such party liable to any other party. The party subject to an event of force majeure shall use good faith efforts to comply as closely as possible with the provisions of this TC and to avoid the effects of such event to the extent possible.

**10. Audit:** If Client is an agent, Client shall allow Elsevier's authorized representative at any reasonable time to have access to Client's premises (or to arrange for Elsevier's authorized representatives to have access to other relevant premises) for the purpose of inspecting Client's facilities, books and records to verify Client's compliance with the TC.

**11. Compliance with laws:** Client shall at all times during the term strictly comply with all applicable laws, ordinances, codes, regulations, standards and judicial and administrative orders (jointly "Applicable Laws" or "Laws") relevant to its duties, obligations and performance under the TC, including, without limitation, the Reed Elsevier Code of Conduct for Suppliers www.reedelsevier.com/investorcentre/corporateresponsibility/Pages/Codeofethics.aspx and Applicable Laws related to bribery, including, without limitation any such Laws that are enforced internationally (such as the United States Foreign Corrupt Practice Act and the UK Bribery Act) and those enforced in the country where business is being conducted and/or the Clients place of business or residency. Client and its officers, directors, employees and agents shall engage only in legitimate business and ethical practices in commercial operations and in relation to its dealings with any employee or official of a government agency or any other government owned, operated or controlled entity (including, without limitation, state run universities, hospitals and libraries), or political parties or candidates (jointly "Government Official"). Neither Client nor any of its officers, directors, employees or agents shall pay, offer, give, promise or authorize the payment, directly or indirectly, of any monies or anything of value to any commercial contact or Government Official for the purpose or intent to induce such person to use his/her authority to help the Client, Elsevier, and/or any affiliate of Elsevier for personal gain or for that of Elsevier or Elsevier's affiliates (any such act, a "Prohibited Payment"). A Prohibited Payment does not include a payment of reasonable and bona fide expenditures, such as travel or lodging expenses, which are directly related to the promotion, demonstration or explanation of Products or Services or the execution or performance of a contract provided that such payments are permissible under the Applicable Laws. Client further agrees that he/she will not accept any payment or other benefit in money or in kind from any person as an inducement or reward for any act or forbearance or in connection with any matter or business transacted by or on behalf of Elsevier.

**12. Cancellations & Returns:** Without prejudice to any rights the Client may have under statute as a consumer, if the Client cancels an order either fully or partially, a cancellation fee may be charged. All cancellations must be made in writing. The fee will be calculated to cover any external or internal costs which have been incurred or committed up to and including the date of cancellation. No new external costs will be incurred or committed/contracted from the date of receipt of written notice of cancellation by Elsevier. Any returns of the Products shall be subject to the relevant Elsevier company's return policy applicable to the product at the time of the return. Details of such policies will be provided to the Client upon request. Reprints cannot be returned once these have been printed.

**13. General:** The formation, existence, construction, performance, validity and all aspects of the TC shall be governed by the law of the corporate domicile of the Elsevier company which is providing the Products or Services. The parties agree to submit to the exclusive jurisdiction of the courts of that same corporate domicile. The Client shall not be entitled to assign the TC or any part of it without the prior written consent of Elsevier. Elsevier may assign the TC or any part of it to any person, firm or company. If any provision of the TC is found by any court, tribunal or administrative body of competent jurisdiction to be wholly or partly illegal, invalid, void, voidable, unenforceable or unreasonable it shall to the extent of such illegality, invalidity, voidness, voidability, unenforceability or unreasonableness be deemed severable and the remaining provisions of the TC and the remainder of such provision shall continue in full force and effect. Failure or delay by Elsevier in enforcing or partially enforcing any provision (or prosecuting any breach) of the TC will not be construed as a waiver of any of its rights under the TC.